M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAY 21 A 9: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>Cyrus Desmond Pierson</u> )
Full name and prison name of )
Plaintiff(s) <u>Coffee County</u> )
                <u>Jail</u>         )
v.                                )
<u>Jeff Shelton of the</u>       )
                                  )
<u>Coffee County Sheriff's</u>   )
<u>Department</u>                 )
                                  )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)                )

CIVIL ACTION NO. <u>1:07-CV-451-WKW</u>
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

    3.    Docket number _____

    4.    Name of judge to whom case was assigned _____

    5.    Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

    6.    Approximate date of filing lawsuit _____

    7.    Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                ADDRESS

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April, 20 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Jeff Shelton was choking me cause I started smiling when he told me to go to my cell, which I was going to my cell, & smiling at the same time, He snatched me by my shirt, threw me against the wall, & started choking me, & none of the Jailors, or deputies tried to stop him

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I guess he just has a bad attitude problem. before he physically handled me, he threatened me by saying be quiet, don't make me open that door, I told him if he touched me, I'll have my lawyer on him so fast, his

GROUND TWO: _____

SUPPORTING FACTS: head would spin, he replied I don't give a fuck, I'm already being sued for 1 million dollars any way

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to be paid, 500,000 to 1 million dollars, & if possible have Jeff Shelton fired. Most of all the money & Coffee County Jail & Sheriff's Department under investigation.

Cyrus D. Pierson
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-16-07
(Date)

Cyrus Pierson
Signature of plaintiff(s)

Incident [illegible] [illegible]

On the 20th day of April, there was a shakedown by the Jailors, the Coffee County Sheriff Department. Deputy Jeff Shelton told me to be quiet & I complied for a little while, but eventually after they searched a couple of cells, they told a couple of inmates to fall in their cells, & they locked the door behind us. I happen to be talking to one of my fellow inmates that was aganist the wall waiting on the officers to say fall in your cell when deputy Shelton steped in front of my cell, (#8) & replied you just won't be quiet will you. I replied you've searched my cell, I'm already locked-down, everyone else is talking, why I got to be quiet? He replied muthafucker cause I said so. Now you better sit down before I open that door & put some of these beam bags out of this shotgun in your ass. I replied my lawyer will be on your ass so fast, your head will spin. He replied I'm already being sued for a million $ $ $, I don't give a fuck. My roomate Dallas Rodgers heard him when he said that, but it gets worst, [y]es, physical contact,

Plaintiff: Cyrus D. Pierson
Defendant: Deputy Jeff Shelton of the Coffee County Sheriff Department

[stamp: 2007 MAY 10 A 8:25 ... HACKETT, CLK ... COURT ... MIDDLE DISTRICT ALA]

Cell Block #2

up stairs; I'm yelling to the whole cell Block now he just threatened me. I guess that really made is temper explode. Beside him their was two jailors present, ; officer Lynn, ; officer Cleeves. There was 3 deputies present, ; 1 police officer out of Opp. Tony Harrison from the Coffee County sheriff's Department, deputy Redman of the coffee County sheriff's Department, officer Dodson a K-9 unit from opp, ; one more K-9 unit of covington County's sheriff's Department, but I don't know his name. When deputy Shelton came back down the stairs, he handed Tony Harrison his shotgun ; told them to roll cell 8. The door opened, ; he told me to step out. All these names that are underlined were right their. I stepped out, then he put his hands in my face ; said if he ever comes back ; I'm not quiet when he says so, he's going to put that shotgun on my ass you understand me, I replied yes sir.

way to my cell, I cracked a grin (smile) with all these officers & deputies present, he snatched me by my shirt, threw me against the wall. The whole bottom floor cell 1-9 is ~~talking~~ also looking. He started choking me why he was talking to me at the same time, & no officers of deputies tried to stop him, as a matter of fact I asked officer <u>Redman</u> of the Coffee County Sheriff's Department was that legal, & he replied legal or not, it be like that sometimes. Estimating, I'll say he had his bear claws, with his black gloves on gripped around my neck for about 12 seconds. While he was choking me, & I was gagging he replied you don't believe I'll beat your ass do you? When I tell you to do something, you don't smile at me muthafucker. I want to sue the Defendant ~~for~~ & the Coffee Sheriff Department for ~~$750,000~~. 1 million + they pay court

Edwards
Merlin Townsend
Andy T___
H___
Pedro Gasp___
Donald E___
Mike Hart
Joseph W___
Juan Pasc___

Cyrus Pierson
4 County Complex
Coffee County Jail
New Brockton AL, 36351



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama, 36101-0711
Official Business