IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CYRUS DESMOND PIERSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-451-WKW-WC |
| ) | |
| **JEFF SHELTON of the COFFEE** ) | |
| **COUNTY SHERIFF'S DEPARTMENT,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER

COMES NOW Defendant Jeff Shelton and moves this Honorable Court for an extension of time of 14 days in which to file his Special Report and Answer. As grounds for said Motion, the Defendant states as follows:

1. Counsel for Defendant is in need of additional time to collect information in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

2. Counsel for Defendant is in need of this additional time to fully review the documentation which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

3. The Defendant has not previously requested an extension of time in this case.

4. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court grant his Motion for Extension of Time to file his Special Report and Answer up to and including July 23, 2007.

Respectfully submitted this 11th day of July, 2007.

1

                        **s/Gary L. Willford, Jr.**
                        GARY L. WILLFORD, JR. Bar No.  WIL198
                        Attorney for Defendants
                        WEBB & ELEY, P.C.
                        7475 Halcyon Pointe Drive (36117)
                        Post Office Box 240909
                        Montgomery, Alabama  36124
                        Telephone:  (334) 262-1850
                        Fax:  (334) 262-1889
                        E-mail:  jhubbard@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the **11th** day of **July, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Cyrus Desmond Pierson
Coffee County Jail
#4 County Complex
New Brockton, AL  36351

                        **s/Gary L. Willford, Jr.**
                        OF COUNSEL