IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

CYRUS DESMOND PIERSON          *

    Plaintiff,                            *

    v.                                    *          1:07-CV-451-WKW

JEFF SHELTON, of the                   *
COFFEE COUNTY SHERIFF'S
DEPARTMENT                             *

    Defendant.                           *

_____

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant's Motion for Extension of Time (Doc. No. 5) is GRANTED; and

2. Defendant is GRANTED an extension from July 9, 2007 to July 23, 2007 to file his answer and written report.

Done, this 12th day of July 2007.

                                              /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL, JR.
                                              UNITED STATES MAGISTRATE JUDGE