**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CYRUS DESMOND PIERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )      **Civil Action No. 1:07-cv-451-WKW-WC** |
| | ) |
| **JEFF SHELTON of the COFFEE** | ) |
| **COUNTY SHERIFF'S DEPARTMENT,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S SPECIAL REPORT**

COMES NOW the Defendant, Coffee County Deputy Sheriff Glenn Shelton, and submits his Special Report to the Court.

**INTRODUCTION**

On May 21, 2007, the Plaintiff filed his Complaint with this Court, naming "Jeff Shelton of the Coffee County Sheriff's Department" as the sole Defendant (Doc. 1.)  On May 29, 2007, the Court ordered the Defendant to file a Special Report.  (Doc. 4.)  On July 11, 2007, Deputy Shelton moved the Court to extend time to file a Special Report.  (Doc. 5.)  The Court granted Deputy Shelton's motion on July 12, 2007.  (Doc. 6.)

**PLAINTIFF'S ALLEGATIONS**

In his Complaint, the Plaintiff appears to allege a single Fourteenth Amendment excessive force claim against Deputy Shelton in his official capacity.  He seeks both money damages and equitable relief (in the form of employment termination and an "investigation" of the Coffee County Sheriff's Department).  The only capacity indication in the Complaint comes from the caption in which the Plaintiff names "Jeff Shelton of the Coffee County Sheriff's

Department". In light of the Plaintiff's pleading, this Special Report will address only a Fourteenth Amendment excessive force claim against Deputy Shelton in his Official Capacity.[1]

**DEFENDANT'S RESPONSE TO PLAINTIFF'S ALLEGATIONS**

The Defendant denies the allegations made against him by the Plaintiff as being untrue and completely without basis in law or fact. The Defendant denies that he acted, or caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled. The Defendant raises the defenses of Eleventh Amendment immunity, inapplicability of 42 U.S.C. § 1983 to official capacity claims, and additional defenses presented below. The Defendant reserves the right to add additional defenses if any further pleading is required or allowed by the Court.

## I.    FACTS

The Plaintiff has a lengthy criminal history that includes no less than eleven arrests in the last 43 months that led to period of incarceration in the Coffee County Jail. (Exhibit A, Plaintiff Cyrus Pierson's Inmate File, "Inmate file", records for arrest dated 12/24/2004 (possession of a controlled substance); Exhibit B, Inmate file, records for arrest dated 1/9/2005 (theft of services); Exhibit C, Inmate file, records for arrest dated 2/19/2005 (third degree burglary); Exhibit D, Inmate file, records for arrest dated 4/13/2005 (third degree theft of property and resisting arrest); Exhibit E, Inmate file, records for arrest dated 6/27/2005 (failure to appear); Exhibit F, Inmate file, records for arrest dated 11/25/2005 (disorderly conduct); Exhibit G, Inmate file, records for arrest dated 11/30/2005 (distribution of a controlled substance); Exhibit H, Inmate file, records for arrest dated 12/20/2005 (contempt); Exhibit I, Inmate file, records for arrest dated 7/6/2006 (failure to appear); Exhibit J, Inmate file, records for arrest dated 8/2/2006 (second degree receipt of stolen property); Exhibit K, Inmate file, records for arrest dated

---

[1] Deputy Shelton reserves the right to amend this Special Report to include additional defenses that may be made available to him as a result of any subsequent pleadings or court orders interpreting the Plaintiff's pleadings.

4/13/2005 (sureties filed to come off of the Plaintiff's bond)).   While the Plaintiff has been incarcerated in the Coffee County Jail, he has continued his criminal enterprises.   The Plaintiff has been involved in no less than three fights with other inmates.   (Exhibit L, Inmate file, Incident Report dated 1/5/2006; Exhibit M, Inmate file, Incident Report dated 3/20/2006; Exhibit N, Plaintiff Cyrus Pierson's Inmate Medical Records, "Medical recs.", Patient Record dated 11/14/2006.)  The Plaintiff has attempted to steal the jail booking camera.  (Exhibit O, Inmate file, Incident Report dated 1/9/2005.)   Just last month, the Plaintiff was arrested on one misdemeanor and one felony count of promotion of prison contraband.  (Exhibit P, Inmate file, records for arrest dated 6/19/2007; Exhibit Q, Inmate file, records for arrest dated 6/20/2007.)

Perhaps not coincidentally, in light of the Plaintiff's most recent charges, the incident complained of by the Plaintiff before this Court involves a search for prison contraband that occurred at the Coffee County Jail on April 20, 2007.   (Doc. 1 at p. 2; Exhibit R, Affidavit of Jeffrey Shelton, "Shelton aff.", at ¶ 4; Exhibit S, Affidavit of Jason Ballard, "Ballard aff.", at ¶ 4.)  The search was precipitated by an intercepted attempt by inmates to pass marijuana from one cell block to another by sliding a book under the door.  (Shelton aff. at ¶ 4.)  One of the inmates believed to have been involved in the failed attempt was the Plaintiff.  Id.

The search that was conducted on April 20, 2007, involved ten to twelve law enforcement officers from a variety of agencies.  (Shelton aff. at ¶ 5; Ballard aff. at ¶¶ 2, 4, 5.)  The Plaintiff was in Cell Block 2, the cell block that was the target of the search.  (Shelton aff. at ¶¶ 4, 7.)  Just two months previously, in February 2007, Deputy Shelton personally participated in a search of Cell Block 2 that resulted in the discovery of a shank.  Id. at ¶ 8.  (Shelton aff. at ¶ 11; Ballard aff. at ¶ 7.)   The search was conducted by removing the inmates from their cells and taking Deputy Jason Ballard's drug dog through each cell.  If the dog alerted on the cell, a thorough search was done by the officers.  Id.

During the search, the Plaintiff constantly attempted to agitate the other inmates in the cell block. The Plaintiff shouted profanities and encouraged the other inmates to do likewise. The Plaintiff's efforts were interfering with the search. (Shelton aff. at ¶ 12.) The Plaintiff was warned numerous times to cease being disruptive. Id. at ¶ 13.

Finally, Deputy Shelton went to deal with the Plaintiff. Deputy Shelton attempted to get the Plaintiff to stop, but his efforts were rewarded only by additional profanity from the Plaintiff. (Shelton aff. at ¶¶ 16-23.) After being asked for the third time by Deputy Shelton to stop, the Plaintiff attempted to turn away from Deputy Shelton. Id. at ¶ 23. When Deputy Shelton attempted to touch the Plaintiff on the sleeve to get his attention, the Plaintiff snatched his hand away. Id. at ¶¶ 24-25. Not knowing what the Plaintiff was going to do, Deputy Shelton grabbed him by the shirt sleeve in order to maintain control of him. Id. at ¶ 25. Deputy Shelton told the Plaintiff that he meant what he said. Id. at ¶ 27. When the Plaintiff responded "yes, sir", Deputy Shelton released the Plaintiff and allowed him to return to his cell. Id. at ¶¶ 27-28.

Deputy Shelton did not have any further interaction with the Plaintiff that night. (Shelton aff. at ¶ 32.) Deputy Shelton never used profanity towards the Plaintiff. Id. at ¶ 30. Deputy Shelton never choked the Plaintiff. Id. at ¶ 31. The Plaintiff never complained of an injury or requested medical treatment for any alleged injury related to the April 20, 2007 search. Id. at ¶ 32; Exhibit T, Affidavit of Richard Moss, "Moss aff." at ¶ 8; Exhibit U, Remainder of Plaintiff's Inmate Medical File not otherwise attached as a separate exhibit.)

The Coffee County Jail has an inmate grievance procedure. When an inmate has a grievance, he may request a form, complete it, and return it to any jailer. Jailers are instructed to attempt to deal with the grievance, but if they are unable to do so, they forward it to the Jail Administrator, Richard Moss. If the Jail Administrator cannot resolve the grievance, it is turned

over to a grievance committee.  Copies of grievances are kept in the inmate's file.  (Moss aff. at ¶¶ 4-6.)

The Plaintiff has only filed one grievance during his incarceration.  That grievance related to an incident that occurred on April 19, 2007 – the day before the incident giving rise to the Plaintiff's Complaint.  The Plaintiff's grievance had nothing to do with the allegations in his Complaint.  (Exhibit V, Inmate file, Grievance Form, dated 4/19/2007.)  At no time has the Plaintiff ever filed a grievance related to the allegations in his Complaint.  (Moss aff. at ¶ 7; Exhibit W, Remainder of Plaintiff's Inmate File not otherwise attached as a separate exhibit.)

## II.    LAW

### A.    The Plaintiff's claims are barred because he has failed to comply with the provisions mandated by 42 U.S.C. § 1997e(a) of the Prison Litigation Reform Act ("PLRA").

#### 1.    The Plaintiff has failed to exhaust all available administrative remedies.

The Court's adherence to mandates of the PLRA is essential to ensure that the "flood" of frivolous claims for constitutional violations does not burden and hinder the Court's consideration of legitimate claims presented by pro se litigants.  See Harris v. Garner, 216 F.3d 970, 972 (11th Cir. 2000) ("In an effort to stem the flood of prisoner lawsuits in federal court, Congress enacted the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321 (1996) ('PLRA').").  As the Supreme Court recently recognized in Jones v. Bock:

> Prisoner litigation continues to "account for an outsized share of filings" in federal district courts.  Woodford v. Ngo, 548 U.S. ----, ----, n. 4, 126 S. Ct. 2378 (2006) (slip op., at 12, n. 4).  In 2005, nearly 10 percent of all civil cases filed in federal courts nationwide were prisoner complaints challenging prison conditions or claiming civil rights violations.  [footnote omitted]  Most of these cases have no merit; many are frivolous.  Our legal system, however, remains committed to guaranteeing that prisoner claims of illegal conduct by their custodians are fairly handled according to law.  The challenge lies in ensuring that the flood of nonmeritorious claims does not submerge and effectively preclude consideration of the allegations with merit.  See Neitzke v. Williams, 490 U.S. 319, 327 [] (1989).

> Congress addressed that challenge in the PLRA. What this country needs, Congress decided, is fewer and better prisoner suits. See Porter v. Nussle, 534 U.S. 516, 524, [] (2002) (PLRA intended to "reduce the quantity and improve the quality of prisoner suits"). To that end, Congress enacted a variety of reforms designed to filter out the bad claims and facilitate consideration of the good. Key among these was the requirement that inmates complaining about prison conditions exhaust prison grievance remedies before initiating a lawsuit.

127 S. Ct. at 914 (emphasis added). Uniform adherence to all the provisions of the PLRA, especially the grievance exhaustion requirement, is mandatory for inmate litigants and the Courts to ensure that the federal judicial system can effectively "separate the wheat from the chaff" with regard to claims asserted by inmate litigants.

The first section of the PLRA provides:

> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

42 U.S.C. § 1997e(a) (emphasis added). Under this provision of the PLRA, an inmate is required to exhaust all administrative remedies before instituting an action under 42 U.S.C. § 1983, and the Court is precluded from granting relief to any plaintiff who has not exhausted all his administrative remedies. In Woodford v. Ngo, ___ U.S. ___; 126 S. Ct. 2378, 2382 (2006), the Supreme Court held, "Exhaustion is no longer left to the discretion of the district court, but is mandatory." See also Booth v. Churner, 532 U.S. 731, 739 (2001) ("Prisoners must now exhaust all 'available' remedies, not just those that meet federal standards."). However, as the Supreme Court recognized in Jones v. Bock, each prison sets its own parameters for what constitutes compliance with its grievance policy:

> In Woodford, we held that to properly exhaust administrative remedies prisoners must "complete the administrative review process in accordance with the applicable procedural rules," 548 U.S., at ___, 126 S. Ct. 2378 [] -- rules that are defined not by the PLRA, but by the prison grievance process itself. …. The level of detail necessary in a grievance to comply with the grievance procedures will

vary from system to system and claim to claim, but it is the prison's requirements, and not the PLRA, that define the boundaries of proper exhaustion.

127 S. Ct. at 922-23.

Here, the Plaintiff has not filed a grievance related to the incident made the basis of his Complaint, as is required by the Coffee County Jail grievance policy. Therefore, he cannot be deemed to have exhausted all available administrative remedies provided by the Coffee County Jail grievance policy. Therefore, his claims must be dismissed. 42 U.S.C. § 1997e(a).

> **2.** **Plaintiff's claims are barred by the PLRA because he has not suffered any physical injury as a result of the allegations in his Complaint.**

"No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury . . . . In order to avoid dismissal under § 1997e(e), a prisoner's claims for emotional or mental injury must be accompanied by allegations of physical injuries that are greater than de minimis." Mitchell v. Brown & Williamson Tobacco Corp., 294 F.3d 1309 (11th Cir. 2002). Because the Plaintiff has not made a showing of physical injury at all, much less a showing of a physical injury that is greater than de minimis, his Complaint is due to be dismissed.

> **B.** **All claims by the Plaintiff against the Defendant must fail based on Eleventh Amendment immunity and because in his official capacity, Deputy Shelton is not a "person" under 42 U.S.C. § 1983.**

As noted previously, on the face of his Complaint, the Plaintiff has only sued Deputy Shelton in his official capacity. (Doc. 1 at p. 1.) The Plaintiff's claims against the Defendant is therefore due to be dismissed for lack of subject matter jurisdiction; as such claims are barred by the Eleventh Amendment to the United States Constitution. Parker v. Williams, 862 F.2d 1471, 1476 (11th Cir. 1989) (holding a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Free v. Granger, 887 F.2d 1552, 1557 (11th Cir. 1989) (holding that a

sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); <u>Carr v. City of Florence</u>, 918 F.2d 1521, 1525 (11th Cir. 1990) (holding a deputy sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); <u>Lancaster v. Monroe County</u>, 116 F.3d 1419, 1430-31 (11th Cir. 1997) (extending Eleventh Amendment immunity to include jailers employed by county sheriffs).

In addition, the official capacities claims must fail because 42 U.S.C. § 1983 prohibits a ***person***, acting under color of law, from depriving another of his rights secured by the United States Constitution.  42 U.S.C. § 1983 (emphasis added).  The United States Supreme Court has held that state officials, in their official capacities, are not "persons" under § 1983.  <u>Will v. Michigan Dep't of State Police</u>, 491 U.S. 58, 71 (1989).  Any official capacity claims against the Defendant should therefore be dismissed because his not a "person" under § 1983.  <u>Id.</u>; <u>Carr</u>, 916 F.2d at 1525 n.3.

### C.    Summary Judgment Standard

On a motion for summary judgment, the court should view the evidence in the light most favorable to the nonmovant.  <u>Greason v. Kemp</u>, 891 F.2d 829, 831 (11th Cir. 1990).  However, a plaintiff "must do more than show that there is some metaphysical doubt as to the material facts."  <u>Matsushita Elec. Indus. Co. v. Zenith Radio Corp.</u>, 475 U.S. 574, 586 (1986).  Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit.  <u>See Reeves v. Sanderson Plumbing Products, Inc.</u>, 530 U.S. 133 (2000).  "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence supporting the moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'"  <u>Reeves</u>, 530 U.S. at 151, quoting 9A C. Wright & A.

Miller, Federal Practice and Procedure § 2529, p. 299.[2]  "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'"  Marsh v. Butler County, 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (en banc) quoting Massachusetts School of Law v. American Bar, 142 F.3d 26, 40 (1st Cir. 1998).

## CONCLUSION

This Defendant denies each and every allegation made by Plaintiff Cyrus Pierson in his Complaint.  Deputy Shelton has not acted in a manner so as to deprive Plaintiff of any right to which he is entitled.

## MOTION FOR SUMMARY JUDGMENT

This Defendant respectfully requests that this Honorable Court treat his Special Report as a Motion for Summary Judgment, and grant unto him the same.

Respectfully submitted this 19th day of July, 2007.

> **s/Gary L. Willford, Jr.**
> GARY L. WILLFORD, JR., Bar No. WIL198
> Attorney for Defendant
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  gwillford@webbeley.com

---

[2] Although Reeves was a review of a motion for judgment as a matter of law after the underlying matter had been tried, the Supreme Court in determining the proper standard of review relied heavily on the standard for summary judgment stating, "the standard for granting summary judgment 'mirrors' the standard for judgment as a matter of law, such that 'the inquiry under each is the same.'"  Reeves, 530 U.S. at 150, citing Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250-251 (1986); Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 19th day of July, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Cyrus Desmond Pierson
4 County Complex
Coffee County Jail
New Brockton, Alabama 36351


**s/Gary L. Willford, Jr.**
OF COUNSEL

# EXHIBIT A

**Inmate file, records for arrest dated 12/24/2004
(possession of a controlled substance)**

## ENTERPRISE POLICE DEPARTMENT
### TRANSPORT SHEET (Coffee County Jail)

DATE _12/24_, 2004          TIME _0224_ AM/PM(mil)

STATUS          STATE _____          FEDERAL _____
                CITY _____          COUNTY _Enterprise_
                                      (List Division if Coffee)

NAME _Pierson_          _Cyrus_          _D_
     LAST               FIRST           MIDDLE

ADDRESS _707 W. Adams_          CITY _Enterprise, AL_ ZIP _36330_

POB _Enterprise, AL_          SSN _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_, LICENSE _NA_

AGE _18_ SEX _M_ RACE _B_ WEIGHT _165_ HEIGHT _5'08"_

HAIR _BLK_ EYES _BRO_          DOB _9-16-86_

ARRESTED? YES _X_ NO ___          ARRESTING AGENCY _EPD_

TYPE OF ARREST          WARRANT ___ CALL ___ ON-VIEW _X_

ARRESTING OFFICER _Bowers_          LOCATION _003 Short St., Enterprise, AL_

OFFENSE(S) _Poss. of Controlled Sub._ MISDEMEANOR ___ FELONY _X_
           _____ MISDEMEANOR ___ FELONY ___
           _____ MISDEMEANOR ___ FELONY ___

TRANSFERRED FROM _EPD_          HOLD FOR (agency) _NA_

RELAESE INFORMATION _See Judge or Magistrate._
_____

SENTENCING INFORMATION _NA_

COMMENTS _none_

COMPLETED BY _Bowers_          BOOKED BY _Bowers_
                              SEARCHED _Yes_ PHOTO _no_
                              FINGERPRINTS _no_ GREEN CARD _no_

Enterprise P.D. Form 96-040

# COFFEE COUNTY JAIL
### Ben Montes, Sheriff
### Zack Ennis, Administrator



## INMATE ISSUE LIST

Name of Inmate: _Prosey Cyeys_    Date: _12-25-2004_
Receiving Officer: _C Holat C_

### ITEMS ISSUED

| Item | Amount | Comments |
|---|---|---|
| Mattress | 1 | |
| Blanket | 0 | |
| Sheet | 0 | |
| Towel | 1 | |
| Washcloth | 1 | |
| Laundry Bag | 1 | |
| Uniform | 2 | |
| Shower Shoes | 1 | |
| Soap | 0 | |
| Deodorant | 0 | |
| Toothpaste | 0 | |
| Toothbrush | 0 | |
| Toilet Paper | 0 | |

### ITEMS RETURNED

| Item | Amount | Comments |
|---|---|---|
| Mattress | | |
| Blanket | | |
| Sheet | | |
| Towel | | |
| Washcloth | | |
| Laundry Bag | | |
| Uniform | | |
| Shower Shoes | | |

Release Date:_____    Releasing Officer:_____

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE PROPERTY LIST

Name of Inmate: _Pierson, Cyrus_          Date: _12-25-2004_

Receiving Officer: _Q Holland_

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: _X Cyrus Pierson_

| Item | Description |
|------|-------------|
| 1 | Jac Shirt |
| 1 | Yellow Shirt |
| 1 | Black Sweat Pants |
| 1 | Black Shirt Togean |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I received all of the above listed property (minus any previously released property as indicated on any property release form) on this, the _25th_ day of _Dec_, 200 _4_ at _10 45_ hrs.

Signature of Inmate: _Cyrus Pierson_  Releasing Officer: _Rut_

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: *Pierson, Cyrus*            Date: *12-25-2004*
Receiving Officer: *C. Holland*

**********

Do you, or have you ever had any of the following?

|  | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies |  | \| |  |
| Arthritis |  | \| |  |
| Asthma |  | \| |  |
| Diabetes |  | \| |  |
| Epilepsy | ✓ |  | *Dilantin* |
| Fainting Spells |  | \| |  |
| Heart Condition |  | \| |  |
| Hepatitis |  | \| |  |
| High B/P |  | \| |  |
| Psychiatric Disorder |  | \| |  |
| Seizures |  | \| |  |
| Tuberculosis |  | \| |  |
| Ulcers |  | \| |  |
| Venereal Disease |  | \| |  |
| OTHER |  | \| |  |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Pierson Cyrus_   Date: _12-25-2004_

Receiving Officer: _Q Holland_

\*\*\*\*\*\*\*\*\*\*

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? _y Leo2wws_
Are you currently taking any medications prescribed by a doctor? _Y_
Are you allergic to any medications? _N_
Do you have any handicaps or conditions that limit activity _N_
Have you ever attempted suicide, or are you thinking about it at this time? _N_
Do you regularly use alcohol? _N_
Do you regularly use street drugs? _Y_
Do you have a diet prescribed by a doctor? _N_
Do you have any problems with your teeth? _N_
Do you have medical insurance? _y_ If yes, with whom? _Medicaid_
Do you have a personal doctor? _N_ If yes, who is it? _____
If you are female, are you Pregnant? _N_
If you are female, do you take birth control pills? _N_
If you are female, have you recently delivered? _N_

\*\*\*\*\*\*\*\*\*\*

In case of an emergency, who do you want us to contact?
Name: _Wanda Pierson_ Relationship _Mother_
Address: _707 W. Adams_

Phone Number of Emergency Contact: _(848-9183)_
Comments: _____

If any other explanations are needed, please continue on back of this page>>>

I, _____ authorize the Jail Staff access to my medical information.

_Pierson_
Signature                                    Date

# EXHIBIT B

**Inmate file, records for arrest dated 1/9/2005 (theft of services)**

## ENTERPRISE POLICE DEPARTMENT
TRANSPORT SHEET (Coffee County Jail )

DATE: _2/9_ , 19 _2005_          TIME: _1347_ AM/PM

STATUS          STATE_____          FEDERAL_____
                CITY _Enterprise_      COUNTY_____
                                        (List Division if Coffee)

NAME: _Pierson_          _Cyrus_          _D_
        LAST              FIRST            MIDDLE

ADDRESS: _707 West Adams St._ CITY _Enterprise, AL_ ZIP CODE _36330_

POB: _Enterprise, AL_          SSN: _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_ LICENSE _none_

AGE: _18_ SEX: _M_ RACE _B_ WEIGHT _165_ HEIGHT _5'08"_

HAIR: _BLK_ EYES: _BRO_          DOB: _09/16/1986_

ARRESTED? YES: _X_ NO:____    ARRESTING AGENCY: _EPD_

TYPE OF ARREST:    WARRANT:_____ CALL: _X_ ON-VIEW:_____

ARRESTING OFFICER: _Bowers_          LOCATION: _Hibbett Sport. Goods_

OFFENSE(S): _Theft of property_ 3rd MISDEMEANOR _X_ FELONY_____
            _Services_          MISDEMEANOR____ FELONY_____
            _____          MISDEMEANOR____ FELONY_____

TRANSFERRED FROM: _EPD_          HOLD FOR (agency): _NA_

RELEASE INFORMATION: _Contact Magistrate_ X

SENTENCING INFORMATION: _NA_

COMMENTS: _NA_

COMPLETED BY: _Bowers_          BOOKED BY: _Bower_
                                SEARCHED: _yes_ PHOTO _no_
                                FINGERPRINTS: _no_ GREEN CARD _no_

Enterprise P.D. Form 96-040

**COFFEE COUNTY JAIL**
Ben Montes, Sheriff
Zack Ennis, Administrator



## INMATE ISSUE LIST

Name of Inmate: _Pierson Cyrus D._    Date: _1-9-05_
Receiving Officer: _Q. Cramer_

### ITEMS ISSUED

| Item | Amount | Comments |
|---|---|---|
| Mattress | 1 | |
| Blanket | 1 | |
| Sheet | 2 | |
| Towel | 1 | |
| Washcloth | 1 | |
| Laundry Bag | 1 | |
| Uniform | 2 | |
| Shower Shoes | 1 | |
| Soap | | |
| Deodorant | | |
| Toothpaste | | |
| Toothbrush | | |
| Toilet Paper | | |

### ITEMS RETURNED

| Item | Amount | Comments |
|---|---|---|
| Mattress | | |
| Blanket | | |
| Sheet | | |
| Towel | | |
| Washcloth | | |
| Laundry Bag | | |
| Uniform | | |
| Shower Shoes | | |

Release Date: _____    Releasing Officer: _____

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE RULES AND REGULATIONS
page 1

Name of Inmate: _Pierson Cyrus D._         Date: _1-9-05_

Receiving Officer: _B. Cross_

1. Upon entering the Coffee County Jail, each inmate will surrender all his/her personal items, including shoes and jewelry, with the exception of a wedding band and a watch.

2. There will be no tobacco products, matches or cigarette lighters allowed. These will be considered contraband and violators will be prosecuted.

3. No hats, caps, doo rags or any other kind of head covering will be allowed.

4. All money will be put on the books, **no exceptions.**

5. The jail will accept money and other allowable items for inmates on Wednesday from 8 am until 5pm, and on Sundays from 1 pm until 5 pm.

6. Visitation for Cellblocks 1, 2,4 and female inmates will be on Sunday from 1 pm until 4 pm. Adults and children are to be allowed to visit, and money and other allowable items will be received for these inmates at this time by jail staff. Visitation for CB 3 inmates is on Saturday from 2 pm until 2:45 pm. Adults and children are to be allowed to visit, and money and other allowable items will be received for these inmates at this time by jail staff. Visitation for Trustees is on Saturday from 1 pm until 2 pm, adults and children are allowed to visit at this time, and property and money will be received by jail staff for trustees at this time. **All visitors must show picture I.D., no exceptions.**

7. Inmates are allowed to have six (6) sets of underclothes and six pair of socks. They are allowed to have two pair of thermal underwear. All items must be white in color and have the inmate's name in them. No under wire bras are allowed.

8. Inmates are allowed to have a Bible.

9. Inmates are allowed pencils only, **no ink pens!!**

10. Radios with earphones may be purchased from the jail store. No tape players or recording devices of any kind are allowed.

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE RULES AND REGULATIONS
page 2

11. Inmates have thirty (30) days from entry to have personal clothes picked up, with the exception of one shirt, one pair of pants and one pair of shoes. Items may be disposed of at the jail's discretion after the thirty days.

12. Inmates going to court will be required to wear jail clothes. If an inmate goes to jury trial, he/she may wear personal clothing.

13. Any inmate found guilty of deliberately damaging County Jail property, will be prosecuted.

14. Inmates will be required to keep their living area clean and orderly, and are required to be fully dressed when not in the sleeping area.

15. Inmates will be charged a fee of ten dollars ($10.00) for each medical trip they require, and a fee of five dollars ($5.00) for each prescription issued. This money will come out of the inmate's Commissary Account, short of complete depletion of the account.

16. Inmates using excessive vulgar language may lose privileges.

17. Inmates' custody status will be determined by the Sheriff and/or the Jail Administrator.

18. Inmate grievance forms are available upon request to all inmates.

19. Any inmate who assaults or attempts to assault jail personnel, other inmates or any other persons, shall be prosecuted.

20. Medical Treatment Request Slips will be available upon request from a C/O and forwarded to the Jail Administrator, who will make the necessary and appropriate appointments.

**Additional Rules and Regulations may be posted and must be followed !!!**

**Inmate Signature:** X _Cyrus Pierson_

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE PROPERTY LIST

Name of Inmate: _Pierson Cyrus_          Date: _1-9-05_

Receiving Officer: _B. Cramer_

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: _X Cyrus Pierson._

| Item | Description |
|------|-------------|
| 1 Shirt | Gry/Blue T-Shirt |
| 1 pr pants | Bl. Denim |
| 1 Belt | Brown Leather |
| 1 pr Shoes | Blk Tennis Shoes |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

I received all of the above listed property (minus any previously released property as indicated on any property release form) on this, the __10__ day of __Feb__, 200_5_, at __1140__ hrs.

Signature of Inmate: _X Cyrus Pierson_  Releasing Officer: _D. Cooler_

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Pierson Cyrus D._      Date: _1-9-05_

Receiving Officer: _____

\*\*\*\*\*\*\*\*\*\*

Do you, or have you ever had any of the following?

|  | Yes | No | If yes,  give explanation if needed |
|---|---|---|---|
| Allergies |  | ✓ |  |
| Arthritis |  | ✓ |  |
| Asthma |  | ✓ |  |
| Diabetes |  | ✓ |  |
| Epilepsy |  | ✓ |  |
| Fainting Spells |  | ✓ |  |
| Heart Condition |  | ✓ |  |
| Hepatitis |  | ✓ |  |
| High B/P |  | ✓ |  |
| Psychiatric Disorder |  | ✓ |  |
| Seizures | ✓ | ✗ | Epileptic |
| Tuberculosis |  | ✓ |  |
| Ulcers |  | ✓ |  |
| Venereal Disease |  | ✓ |  |
| OTHER |  | ✓ |  |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Pierson Cyrus D._    Date: _1-9-05_

Receiving Officer: _B. Cannon_
\*\*\*\*\*\*\*\*\*

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? _N_

Are you currently taking any medications prescribed by a doctor? _N_

Are you allergic to any medications? _N_

Do you have any handicaps or conditions that limit activity? _N_

Have you ever attempted suicide, or are you thinking about it at this time? _N_

Do you regularly use alcohol? _N_

Do you regularly use street drugs? _N_

Do you have a diet prescribed by a doctor? _N_

Do you have any problems with your teeth? _N_

Do you have medical insurance? _N_ If yes, with whom?_____

Do you have a personal doctor? _N_ If yes, who is it?_____

If you are female, are you Pregnant?____

If you are female, do you take birth control pills?____

If you are female, have you recently delivered?____
\*\*\*\*\*\*\*\*\*

In case of an emergency, who do you want us to contact?

Name: _Wanda Pierson_ Relationship _Mother_

Address:_____

Phone Number of Emergency Contact: _348-9183_

Comments:_____

If any other explanations are needed, please continue on back of this page>>>

I, _Cyrus D. Pierson_ authorize the Jail Staff access to my medical information.

X _Cyrus Pierson_    _1-9-05_
Signature              Date

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | | LEAVE BLANK |
|---|---|---|---|---|

STATE USAGE
NFF SECOND

| SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR |
|---|---|---|---|

STATE USAGE

X *Cyrus Pierson* (signature)

SIGNATURE OF PERSON FINGERPRINTED

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Pierson Cyrus D.

SOCIAL SECURITY NO.

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

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 9-16-86 | M | B | 509 | 165 | Bro | Blk |



| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | ALD190000 |
|---|---|---|---|
| SUBMISSION   YES ☐ | MM DD YY  1-9-05 | CONTRIBUTOR | SO |
| TREAT AS ADULT  YES ☐ | | ADDRESS | NEW BROCKTON, AL |
| | | REPLY YES ☐  DESIRED? | |

| SEND COPY TO (ENTER ORI) | DATE OF OFFENSE  MM DD YY  1-9-05 | PLACE OF BIRTH (STATE OR COUNTRY)  Alabama | COUNTRY OF CITIZENSHIP  U.S. |
|---|---|---|---|

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS |
|---|---|

OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER)

| RESIDENCE/COMPLETE ADDRESS  707 West Adams St. | CITY  Enterprise | STATE  AL |
|---|---|---|
| LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE?  YES ☑ | |
| | PALM PRINTS TAKEN?  YES ☑ | |

| EMPLOYER  IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY  IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO | OCCUPATION |
|---|---|

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1.  Theft of property III | 1. |
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

FD-249 (REV. 5-11-99)   ⁂ U.S. GOVERNMENT PRINTING OFFICE: 2003-496-233/80013

# EXHIBIT C

**Inmate file, records for arrest dated 2/19/2005 (third degree burglary)**

ENTERPRISE POLICE DEPARTMENT
TRANSPORT SHEET (Coffee County Jail )

DATE: _02 14_, 19 _2005_     TIME: _0014_ AM/PM

STATUS     STATE _____     FEDERAL _____
           CITY _____     COUNTY _Enterprise_
                            (List Division if Coffee)

NAME: _Pierson_          _Cyrus_          _Desmond_
      LAST              FIRST            MIDDLE

ADDRESS: _707 W Adams Street_ CITY _Enterprise_ ZIP CODE _36330_

POB: _____     SSN: _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_ LICENSE _____

AGE: _18_ SEX: _M_ RACE _B_ WEIGHT _160_ HEIGHT _5'4_

HAIR: _Blk_ EYES: _Bro_     DOB: _09-16-86_

ARRESTED? YES: _X_ NO: ___     ARRESTING AGENCY: _Enterprise P.D._

TYPE OF ARREST:     WARRANT: _____ CALL: _____ ON-VIEW: _X_

ARRESTING OFFICER: _Moran / Caylor_ LOCATION: _700 Block Adams Street_

OFFENSE(S): _Burglary 3rd_     MISDEMEANOR _____ FELONY _X_
            _____     MISDEMEANOR _____ FELONY _____
            _____     MISDEMEANOR _____ FELONY _____

TRANSFERRED FROM: _Enterprise PD_ HOLD FOR (agency): _____

RELEASE INFORMATION: _Must see Judge Sherling_
_to get bond set._

SENTENCING INFORMATION: _____

COMMENTS: _____

COMPLETED BY: _____     BOOKED BY: _____
                    SEARCHED: _____ PHOTO _____
                    FINGERPRINTS: _____ GREEN CARD _____

Enterprise P.D. Form 96-040

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE PROPERTY LIST

Name of Inmate: _Cyrus Pierson_     Date: _7-19-2005_

Receiving Officer: _S. Dpr_

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: X _Cyrus Pierson_

| Item | Description |
|------|-------------|
| one | Pants – Beige in color |
| one | Shirt – Plaid in color |
| one | Belt – Brown in color |
| One pair | Sneakers – White in color |
| one | Coat – Blue in color |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I received all of the above listed property (minus any previously released property as indicated on any property release form) on this, the _23RD_ day of _March_, 200 _5_, at _1330_ hrs.

Signature of Inmate: X _Cyrus Pierson_ Releasing Officer: _Ruth_

**COFFEE COUNTY JAIL**
Ben Moates, Sheriff
Zack Ennis, Administrator

## INMATE ISSUE LIST

Name of Inmate: _Cyrus Pigson_

Receiving Officer: _[signature]_

Date: _2-19-2005_

### ITEMS ISSUED

| Item | Amount | Comments |
|------|--------|----------|
| Mattress | 1 | |
| Blanket | 1 | |
| Sheet | ✓ | |
| Towel | 1 | |
| Washcloth | 1 | |
| Laundry Bag | 1 | |
| Uniform | 1 | |
| Shower Shoes | 1 | |
| Soap | ✓ | |
| Deodorant | ✓ | |
| Toothpaste | ✓ | |
| Toothbrush | ✓ | |
| Toilet Paper | ✓ | |

### ITEMS RETURNED

| Item | Amount | Comments |
|------|--------|----------|
| Mattress | | |
| Blanket | | |
| Sheet | | |
| Towel | | |
| Washcloth | | |
| Laundry Bag | | |
| Uniform | | |
| Shower Shoes | | |

Release Date: _____    Releasing Officer: _____

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Cyng Pierson_          Date: _2-19-2005_

Receiving Officer: _S. Story_

**********

Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | X | |
| Arthritis | | X | |
| Asthma | | X | |
| Diabetes | | X | |
| Epilepsy | | X | |
| Fainting Spells | | X | |
| Heart Condition | | X | |
| Hepatitis | | X | |
| High B/P | | X | |
| Psychiatric Disorder | | X | |
| Seizures | X | | Epilepsy |
| Tuberculosis | | X | |
| Ulcers | | X | |
| Venereal Disease | | X | |
| OTHER | | X | |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Cyrus Pierson_                    Date: _2-19-205_

Receiving Officer: _____

\*\*\*\*\*\*\*\*\*\*

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? _NO_

Are you currently taking any medications prescribed by a doctor? _No_

Are you allergic to any medications? _NO_ —

Do you have any handicaps or conditions that limit activity? _No_

Have you ever attempted suicide or are you thinking about it at this time? _NO_

Do you regularly use alcohol? _No_

Do you regularly use street drugs? _No_

Do you have a diet prescribed by a doctor? _No_

Do you have any problems with your teeth? _NO_

Do you have medical insurance? _NO_ If yes, with whom? _____

Do you have a personal doctor _NO_ If yes, who is it? _____

If you are female, are you Pregnant?

If you are female, do you take birth control pills? ___

If you are female, have you recently delivered? ___

\*\*\*\*\*\*\*\*\*\*

In case of an emergency, who do you want us to contact?

Name: _Wanda Pierson_ Relationship _Mother_

Address: _____

Phone Number of Emergency Contact: _348-9183_

Comments: _____

_____

If any other explanations are needed, please continue on back of this page>>>

I, _Cyrus Pierson_ authorize the Jail Staff access to my medical information.

_Cyrus Pierson_                    _2-19-205_
Signature                          Date

# EXHIBIT D

**Inmate file, records for arrest dated 4/13/2005
(third degree theft of property and resisting arrest)**

**ENTERPRISE POLICE DEPARTMENT**
TRANSPORT SHEET (Coffee County Jail)

DATE _____ 4·13-05 , 2004    TIME _____ 2015 _____ AM/PM

STATUS    STATE _____    FEDERAL _____
          CITY _✓_____     COUNTY _____
                             (List Division if Coffee)

NAME __Pierson_____ __Cyrus_____ __Desmond_____
         LAST               FIRST            MIDDLE

ADDRESS _707 W. Adams___    CITY _Enterprise_    ZIP _362~_

POB __~Ozark, AL____    SSN _422·33·625~_ LICENSE __—__

AGE _18_ SEX _M_ RACE _B_ WEIGHT _5'9_ HEIGHT _150_

HAIR __Blk_ EYES _Bro___    DOB __9-16-86_

ARRESTED? YES _✗_ NO _____    ARRESTING AGENCY _EPD____

TYPE OF ARREST    WARRANT _____ CALL _____ ON-VIEW _✗_

ARRESTING OFFICER __Wetzel___    LOCATION _Walmart_

OFFENSE(S) _Top II_____ MISDEMEANOR _✗_ FELONY _____
           _Resisting Arrest_ MISDEMAENOR _✗_ FELONY _____
           _____ MISDEMEANOR _____ FELONY _____

TRANSFERRED FROM _____ HOLD FOR (agency) _____

RELAESE INFORMATION _____

_____

SENTENCING INFORMATION _____

_____

COMMENTS _____

COMPLETED BY _Stephens, JC___    BOOKED BY _____
                             SEARCHED _____ PHOTO _____
                             FINGERPRINTS _____ GREEN CARD _____

Enterprise P.D. Form 96-040

COFFEE COUNTY JAIL
Ben Montes, Sheriff
Zack Ennis, Administrator



### INMATE ISSUE LIST

Name of Inmate: _Pierson Cyrus_        Date: _04-13-05_
Receiving Officer: _Caradine_

## ITEMS ISSUED

| Item | Amount | Comments |
|------|--------|----------|
| Mattress | X | |
| Blanket | X | |
| Sheet | X | |
| Towel | X | |
| Washcloth | X | |
| Laundry Bag | X | |
| Uniform | X | |
| Shower Shoes | X | |
| Soap | | |
| Deodorant | | |
| Toothpaste | | |
| Toothbrush | | |
| Toilet Paper | | |

## ITEMS RETURNED

| Item | Amount | Comments |
|------|--------|----------|
| Mattress | | |
| Blanket | | |
| Sheet | | |
| Towel | | |
| Washcloth | | |
| Laundry Bag | | |
| Uniform | | |
| Shower Shoes | | |

Release Date:_____     Releasing Officer:_____

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE PROPERTY LIST

Name of Inmate: _Pierson Cyrus_          Date: _04-13-05_

Receiving Officer: _Caradine_

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: X _Cyrus Pierson_

| Item | Description |
|------|-------------|
| Shirt | Red |
| Pants | Red |
| Short | Grey |
| Shoes | Blk |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I received all of the above listed property (minus any previously released property as indicated on any property release form) on this, the _____ day of _____, 200__, at _____ hrs.

Signature of Inmate: X _____     Releasing Officer: _____

for Cyrus
Pierson

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Pierson Cyrus_    Date: _04-13-05_

Receiving Officer: _Caradine_

**********

Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | ✕ | |
| Arthritis | | ✕ | |
| Asthma | | ✕ | |
| Diabetes | | ✕ | |
| Epilepsy | | ✕ | |
| Fainting Spells | | ✕ | |
| Heart Condition | | ✕ | |
| Hepatitis | | ✕ | |
| High B/P | | ✕ | |
| Psychiatric Disorder | | ✕ | |
| Seizures | ✕ | | |
| Tuberculosis | | ✕ | |
| Ulcers | | ✕ | |
| Venereal Disease | | ✕ | |
| OTHER | | ✕ | |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Pierson Cyrus_                    Date: _04 - 13 - 05_

Receiving Officer: _Canadin_
                                **********

Answer the following questions Y (Yes) or N (No):
Have you recently been hospitalized or treated by a doctor? _NO_
Are you currently taking any medications prescribed by a doctor? _Yes (Seizures med)_
Are you allergic to any medications? _NO_
Do you have any handicaps or conditions that limit activity? _NO_
Have you ever attempted suicide, or are you thinking about it at this time? _NO_
Do you regularly use alcohol? _NO_
Do you regularly use street drugs? _Yes_
Do you have a diet prescribed by a doctor? _NO_
Do you have any problems with your teeth? _NO_
Do you have medical insurance? _No_ If yes, with whom?_____
Do you have a personal doctor? _NO_ If yes, who is it?_____
If you are female, are you Pregnant?_____
If you are female, do you take birth control pills?____
If you are female, have you recently delivered?____
                            **********

In case of an emergency, who do you want us to contact?
Name: _Wanda Pierson_    Relationship _Mother_
Address:_____

Phone Number of Emergency Contact:    _393-8089_
Comments:_____
_____
_____

If any other explanations are needed, please continue on back of this page>>>

I, _Cyrus Pierson_    authorize the Jail Staff access to my medical information.

            x _Cyrus Pierson_      _04-13-2005_
                Signature              Date

# EXHIBIT E

**Inmate file, records for arrest dated 6/27/2005 (failure to appear)**

*Copy*

## ENTERPRISE POLICE DEPARTMENT
TRANSPORT SHEET (Coffee County Jail)

DATE _ou/27_____, 2004        TIME _1000_____ AM/PM

STATUS        STATE_____        FEDERAL_____
              CITY _✓_____        COUNTY_____
                                  (List Division if Coffee)

NAME___Pierson_____Cyrus_____
        LAST              FIRST              MIDDLE

ADDRESS__70.7 W. Adams__ CITY _Enterprise__ ZIP_36330_

POB__Alabama_____ SSN_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_LICENSE_N/a_

AGE_18_ SEX_M_ RACE_B_ WEIGHT_150_ HEIGHT_5'10_

HAIR_Blk_ EYES_Bro____ DOB_09/14/86_____

ARRESTED? YES_✓_NO____ ARRESTING AGENCY_Enterprise_

TYPE OF ARREST    WARRANT_✓_CALL____ON-VIEW____

ARRESTING OFFICER_Mason, John_LOCATION_Enterprise_

OFFENSE(S)_FTA_____ MISDEMEANOR_✓_FELONY____
          _____ MISDEMAENOR____FELONY____
          _____ MISDEMEANOR____FELONY____

TRANSFERRED FROM_____HOLD FOR (agency)_____

RELAESE INFORMATION__500 cash_____

SENTENCING INFORMATION_____

COMMENTS_____

COMPLETED BY_Mason, John___BOOKED BY_____
                          SEARCHED_____ PHOTO_____
                          FINGERPRINTS____ GREEN CARD___

Enterprise P.D. Form 96-040

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE PROPERTY LIST

Name of Inmate: _Cyrus Pierson_       Date: _6-27-05_

Receiving Officer: _S. Roberts_

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: X _Cyrus Pierson_

| Item | Description |
|------|-------------|
| Pants | Green |
| Shirt | Green |
| Shoes | Timberlin |
| Belt | Blk |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I received all of the above listed property (minus any previously released property as indicated on any property release form) on this, the _9th_ day of _Aug_, 2005, at _____ hrs.

Signature of Inmate X _Cyrus Pierson_ Releasing Officer: _R. Money_

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Cyrus Pierson_        Date: _6-27-05_

Receiving Officer: _J. Roberts_

**********

Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | ✓ | |
| Arthritis | | ✓ | |
| Asthma | | ✓ | |
| Diabetes | | ✓ | |
| Epilepsy | | ✓ | |
| Fainting Spells | | ✓ | |
| Heart Condition | | ✓ | |
| Hepatitis | | ✓ | |
| High B/P | | ✓ | |
| Psychiatric Disorder | | ✓ | |
| Seizures | ✓ | | |
| Tuberculosis | | ✓ | |
| Ulcers | | ✓ | |
| Venereal Disease | | ✓ | |
| OTHER | | ✓ | |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Cyrus Pierson_    Date: _6-27-05_

Receiving Officer: _S. Roberts_
**********

Answer the following questions Y (Yes) or N (No):
Have you recently been hospitalized or treated by a doctor? _N_
Are you currently taking any medications prescribed by a doctor? _Y_
Are you allergic to any medications? _N_
Do you have any handicaps or conditions that limit activity? _N_
Have you ever attempted suicide, or are you thinking about it at this time? _N_
Do you regularly use alcohol? _N_
Do you regularly use street drugs? _N_
Do you have a diet prescribed by a doctor? _N_
Do you have any problems with your teeth? _N_
Do you have medical insurance? _N_ If yes, with whom?_____
Do you have a personal doctor? _N_ If yes, who is it?_____
If you are female, are you Pregnant?___
If you are female, do you take birth control pills?___
If you are female, have you recently delivered?___
**********

In case of an emergency, who do you want us to contact?
Name: _Wanda Pierson_ Relationship _Mother_
Address:_____
_____

Phone Number of Emergency Contact:_____
Comments:_____
_____
_____

If any other explanations are needed, please continue on back of this page>>>

I, _Cyrus Pierson_ authorize the Jail Staff access to my medical information.

X _Cyrus Pierson_     _6-27-05_
Signature                Date

# EXHIBIT F

**Inmate file, records for arrest dated 11/25/2005 (disorderly conduct)**

## ENTERPRISE POLICE DEPARTMENT
TRANSPORT SHEET (Coffee County Jail)

DATE _11 / 25 , ~~2004~~ 2005_     TIME _1330_ AM/PM

STATUS    STATE_____     FEDERAL_____
          CITY _✓_         COUNTY_____
                             (List Division if Coffee)

NAME _Pierson_      _Cyrus_      _Desmond_
        LAST            FIRST           MIDDLE

ADDRESS _707 W. Adams St_ CITY _Enterprise_   ZIP _36330_

POB _ALABAMA_    SSN _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_   LICENSE _n/a_

AGE _19_ SEX _M_ RACE _B_   WEIGHT _150_ HEIGHT _5'9_

HAIR _BLK_ EYES _BRO_     DOB _9-16-86_

ARRESTED? YES _✓_ NO ____     ARRESTING AGENCY _Enterprise_

TYPE OF ARREST    WARRANT_____ CALL_____ ON-VIEW _✓_

ARRESTING OFFICER _Mason, John C_ LOCATION _Enterprise_

OFFENSE(S) _Disorderly Conduct_ MISDEMEANOR _✓_ FELONY_____
_____ MISDEMAENOR_____ FELONY_____
_____ MISDEMEANOR_____ FELONY_____

TRANSFERRED FROM_____ HOLD FOR (agency)_____

RELAESE INFORMATION_____

_____

SENTENCING INFORMATION_____

_____

COMMENTS_____

COMPLETED BY _Mason, John C_   BOOKED BY_____
                  SEARCHED_____    PHOTO_____
                  FINGERPRINTS_____   GREEN CARD_____

Enterprise P.D. Form 96-040

Copy

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE RULES AND REGULATIONS
page 1

Name of Inmate: *Cyrus Pierson*

Date: *11/25/05*

Receiving Officer: *C/o Cruto*

1. Upon entering the Coffee County Jail, each inmate will surrender all his/her personal items, including shoes and jewelry, with the exception of a wedding band and a watch.

2. There will be no tobacco products, matches or cigarette lighters allowed. These will be considered contraband and violators will be prosecuted.

3. No hats, caps, doo rags or any other kind of head covering will be allowed.

4. All money will be put on the books, **no exceptions**.

5. The jail will accept money and other allowable items for inmates on Wednesdays from 8 am until 5pm, and during visitation on Saturdays and Sundays.

6. Visitation for Cellblocks 1 and 2 is on Sundays from 1 pm until 3 pm. Adults and children will be allowed to visit. Visitation for CB 3 is on Saturdays from 2 pm until 2:45 pm. Adults and children will be allowed to visit. Visitation for Trustees is on Saturdays from 1 pm until 2 pm, adults and children are allowed to visit at this time. CB 4 will visit on Saturdays at 3 pm and female visitation is on Saturdays at 4 pm. **All visitors must show picture I.D., no exceptions.**

7. Inmates are allowed to have six (6) sets of underclothes and six pair of socks. They are allowed to have two pair of thermal underwear. All items must be white in color and have the inmate's name in them. No under wire bras are allowed.

8. Inmates are allowed to have a Bible.

9. Inmates are allowed pencils only, **no ink pens!!**

10. Radios with earphones may be purchased from the jail store. No tape players or recording devices of any kind are allowed.

COFFEE COUNTY JAIL
Ben Moates, Sheriff

Zack Ennis, Administrator



## INMATE RULES AND REGULATIONS
page 2

11. Inmates have thirty (30) days from entry to have personal clothes picked up, with the exception of one shirt, one pair of pants and one pair of shoes. Items may be disposed of at the jail's discretion after the thirty days.

12. Inmates going to court will be required to wear jail clothes. If an inmate goes to jury trial, he/she may wear personal clothing.

13. Any inmate found guilty of deliberately damaging County Jail property, will be prosecuted.

14. Inmates will be required to keep their living area clean and orderly, and are required to be fully dressed when not in the sleeping area.

15. Inmates will be charged a fee of ten dollars ($10.00) for each medical trip they require, and a fee of five dollars ($5.00) for each prescription issued. This money will come out of the inmate's Commissary Account, short of complete depletion of the account.

16. Inmates using excessive vulgar language may lose privileges.

17. Inmates' custody status will be determined by the Sheriff and/or the Jail Administrator.

18. Inmate grievance forms are available upon request to all inmates.

19. Any inmate who assaults or attempts to assault jail personnel, other inmates or any other persons, shall be prosecuted.

20. Medical Treatment Request Slips will be available upon request from a C/O and forwarded to the Jail Administrator, who will make the necessary and appropriate appointments.

**Additional Rules and Regulations may be posted and must be followed !!!**

Inmate Signature: _Cyrus Pierson_

**COFFEE COUNTY JAIL**
Ben Moates, Sheriff
Zack Ennis, Administrator



**INMATE PROPERTY LIST**

Name of Inmate: *Cyrus Pierson*          Date: *11/25/05*

Receiving Officer: *C/o Ouela*

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: *Cyrus Pierson*

| Item | Description |
|------|-------------|
| Belt | 1 Black Belt |
| Shoe | Rebocks |
|      |             |
|      |             |
|      |             |
|      |             |
|      |             |
|      |             |
|      |             |
|      |             |
|      |             |
|      |             |

I received all of the above listed property  (minus any previously released property as indicated on any property release form) on this, the _____ day of _____, 200___, at _____ hrs.

Signature of Inmate: _____    Releasing Officer: _____

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: *Cyrus pierson*                    Date: *11/25/05*

Receiving Officer: _____

**********

## Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | ✓ | |
| Arthritis | | | |
| Asthma | | | |
| Diabetes | | | |
| Epilepsy | | | |
| Fainting Spells | | | |
| Heart Condition | | | |
| Hepatitis | | | |
| High B/P | | | |
| Psychiatric Disorder | | | |
| Seizures | | | |
| Tuberculosis | | | |
| Ulcers | | | |
| Venereal Disease | | | |
| OTHER | | | |

# COFFEE COUNTY JAIL
### Ben Moates, Sheriff
### Zack Ennis, Administrator



## INMATE MEDICAL SCREENING SHEET
### Page # 2

Name of Inmate: *Cyrus Pierson*          Date: *11/25/05*

Receiving Officer: *J. Oviento*

**********

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? *N*
Are you currently taking any medications prescribed by a doctor? *N*
Are you allergic to any medications? *Y*
Do you have any handicaps or conditions that limit activity? *N*
Have you ever attempted suicide, or are you thinking about it at this time? *N*
Do you regularly use alcohol? *N*
Do you regularly use street drugs? *N*
Do you have a diet prescribed by a doctor? *N*
Do you have any problems with your teeth? ___
Do you have medical insurance? *N* If yes, with whom? _____
Do you have a personal doctor? *N* If yes, who is it? _____
If you are female, are you Pregnant? *N*
If you are female, do you take birth control pills? *N*
If you are female, have you recently delivered? *N*

**********

In case of an emergency, who do you want us to contact?

Name: _____ Relationship _____
Address: _____

_____

Phone Number of Emergency Contact: _____
Comments: _____

_____

_____

If any other explanations are needed, please continue on back of this page>>>

I, *Cyrus Pierson* authorize the Jail Staff access to my medical information.

x *Cyrus Pierson*          *11/25/05*
  Signature                Date

# EXHIBIT G

**Inmate file, records for arrest dated 11/30/2005
(distribution of a controlled substance)**

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

*CR 8444*

INTAKE SHEET

Date: _14/30/05_

Time: _1538_

Status: ST ____ FED ____ CITY _____ COUNTY ___X___ COFFEE CO. Ent Div / Elba Div

Name: _Pierson_____ _Cyrus_____ _Desmond_____ SS#: _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_
      Last           First          Middle

Address: _707 W. Adams St._ _Enterprise_____ _Al_ _36330_
          Street           City           State    Zip Code

DOB: _9 / 16 / 1986_ POB: _Ozark_____ _Dale_____ _Al_ _USA_
                     City     County    State   Country

Age: _19_ Race: _B_ Sex: _M_ Hair: _BLK_ Eyes: _BRO_ Weight: _140_ Height: _5'8"_

License or ID #: _None_____

Arresting Agency: _Coffee Co S.O._ Arresting Officer: _Bradley_____ Location of Arrest: _Park Ave @ Pledger, Enterprise_

Type of Arrest: Warrant ____ Call _____ View _X_

| Offense | Mis | Fel | Bond |
|---|---|---|---|
| 1-- Distribution of a Controlled Substance | | X | See Judge |
| 2-- | | | 500.00 |
| 3-- | | | |
| 4-- | | | |

HOLDS: _Must See Judge_____

INTAKE SHEET NUMBER

This form completed by: _____

Booked by: _____ Searched Y/N    Photo Y/N    FPs Y/N    Green Card Y/N

Comments: _____
_____
_____

**COFFEE COUNTY JAIL**
Ben Montes, Sheriff
Zack Ennis, Administrator

**INMATE ISSUE LIST**

Name of Inmate: *Pierson Cyrus*      Date: **11-30-05**
Receiving Officer: *Caradine*

## ITEMS ISSUED

| Item | Amount | Comments |
|---|---|---|
| Mattress | ✗ | |
| Blanket | ✗ | |
| Sheet | ✗ | |
| Towel | ✗ | |
| Washcloth | ✗ | |
| Laundry Bag | ✗ | |
| Uniform | ✗ | |
| Shower Shoes | ✗ | |
| Soap | | |
| Deodorant | | |
| Toothpaste | | |
| Toothbrush | | |
| Toilet Paper | | |

## ITEMS RETURNED

| Item | Amount | Comments |
|---|---|---|
| Mattress | | |
| Blanket | | |
| Sheet | | |
| Towel | | |
| Washcloth | | |
| Laundry Bag | | |
| Uniform | | |
| Shower Shoes | | |

Release Date: *Dec 01, 05*     Releasing Officer: *Carac*

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: Pierson Cyrus                Date: 11-30-05

Receiving Officer: Canadine

\*\*\*\*\*\*\*\*\*\*

Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | ✗ | |
| Arthritis | | | |
| Asthma | | | |
| Diabetes | | | |
| Epilepsy | | | |
| Fainting Spells | | | |
| Heart Condition | | | |
| Hepatitis | | | |
| High B/P | | | |
| Psychiatric Disorder | | | |
| Seizures | | | |
| Tuberculosis | | | |
| Ulcers | | | |
| Venereal Disease | | | |
| OTHER | | ✗ | |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: Pierson Cyrus                    Date: 11-30-05

Receiving Officer: Casadine

**********
Answer the following questions Y (Yes) or N (No):
Have you recently been hospitalized or treated by a doctor? No
Are you currently taking any medications prescribed by a doctor? No
Are you allergic to any medications? No
Do you have any handicaps or conditions that limit activity? No
Have you ever attempted suicide, or are you thinking about it at this time? ~~No~~ Yes
Do you regularly use alcohol? No
Do you regularly use street drugs? No
Do you have a diet prescribed by a doctor? No
Do you have any problems with your teeth? No
Do you have medical insurance? No If yes, with whom?_____
Do you have a personal doctor? No If yes, who is it?_____
~~If you are female~~, are you Pregnant?___
~~If you are female~~, do you take birth control pills?___
~~If you are female~~, have you recently delivered?___
**********

In case of an emergency, who do you want us to contact?
Name:_____ Relationship_____
Address:_____

_____
Phone Number of Emergency Contact:_____
Comments:_____

_____
_____

If any other explanations are needed, please continue on back of this page>>>

I, Cyrus Pierson        authorize the Jail Staff access to my medical information.

        X_____        11-30-05
        Signature                    Date

# EXHIBIT H

**Inmate file, records for arrest dated 12/20/2005 (contempt)**

*COPY*

# ENTERPRISE POLICE DEPARTMENT
TRANSPORT SHEET (Coffee County Jail)

DATE _12-20-_, 2005          TIME _12:24_ AM/~~PM~~

STATUS          STATE _____          FEDERAL _____
                CITY _Enterprise_          COUNTY _____
                                          (List Division if Coffee)

NAME _Pierson_          _Cyrus_          _Desmond_
     LAST              FIRST             MIDDLE

ADDRESS _707 W. Adams St._ CITY _Enterprise_ ZIP _36330_

POB _Enterprise_ _____ SSN _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_ LICENSE _AOK_

AGE _19_ SEX _M_ RACE _B_ WEIGHT _150_ HEIGHT _5'09_

HAIR _Blk_ EYES _Bro_          DOB _09/16/86_

ARRESTED? YES _X_ NO ____          ARRESTING AGENCY _EPD_

TYPE OF ARREST          WARRANT _X_ CALL ____ ON-VIEW ____

ARRESTING OFFICER _Chris Mason_ LOCATION _W. Park_

OFFENSE(S) _____ _Contempt_ MISDEMEANOR _X_ FELONY _____
                          MISDEMAENOR ____ FELONY _____
           _____          MISDEMEANOR ____ FELONY _____

TRANSFERRED FROM _EPD_ _____ HOLD FOR (agency) _____

RELAESE INFORMATION _X $500.00 Cash bond only X_
_____

SENTENCING INFORMATION _____
_____

COMMENTS _____

COMPLETED BY _Ryan Wambles_ BOOKED BY _Jason Childers_
                     SEARCHED _yes_          PHOTO _no_
                     FINGERPRINTS _no_          GREEN CARD _no_

Enterprise P.D. Form 96-040

**COFFEE COUNTY JAIL**
Ben Moates, Sheriff
Zack Ennis, Administrator



**INMATE PROPERTY LIST**

Name of Inmate: _Cyrus Pierson_     Date: _12-20-05_

Receiving Officer: _S. Roberts_

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: _Cyrus Pierson_

| Item | Description |
|------|-------------|
| Belt | Black |
| Jacket | Black |
| Jacket | Gray |
| Pants | Black |
| Shoes | Black |
| | |
| | |
| | |
| | |
| | |
| | |

I received all of the above listed property  (minus any previously released property as indicated on any property release form) on this, the _21_ day of _Apr_ , 200_6_, at _1436_ hrs.

Signature of Inmate: _Cyrus Pierson_ Releasing Officer: _D. Ogle_

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: *Cyrus Pierson*          Date: *12-20-05*
Receiving Officer: *J. R. Okat*

**********

Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | ✓ | |
| Arthritis | | ✓ | |
| Asthma | | ✓ | |
| Diabetes | | ✓ | |
| Epilepsy | | ✓ | |
| Fainting Spells | | ✓ | |
| Heart Condition | | ✓ | |
| Hepatitis | | ✓ | |
| High B/P | | ✓ | |
| Psychiatric Disorder | | ✓ | |
| Seizures | ✓ | | |
| Tuberculosis | | ✓ | |
| Ulcers | | ✓ | |
| Venereal Disease | | ✓ | |
| OTHER | | ✓ | |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Cyrus Pierson_         Date: _12-20-05_

Receiving Officer: _S. Robut_
********

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? _Y_  Dec. 16, 2005
Are you currently taking any medications prescribed by a doctor? _Y_  Dilantin
Are you allergic to any medications? _N_
Do you have any handicaps or conditions that limit activity? _N_
Have you ever attempted suicide, or are you thinking about it at this time? _N_
Do you regularly use alcohol? _N_
Do you regularly use street drugs? _Y_
Do you have a diet prescribed by a doctor? _N_
Do you have any problems with your teeth? _N_
Do you have medical insurance? _N_ If yes, with whom?_____
Do you have a personal doctor? _Y_ If yes, who is it?_____
If you are female, are you Pregnant?____
If you are female, do you take birth control pills?____
If you are female, have you recently delivered?____
********

In case of an emergency, who do you want us to contact?
Name: _Dan Pierson_ Relationship _Cousin_
Address:_____

Phone Number of Emergency Contact: _389-8951_
Comments:_____

If any other explanations are needed, please continue on back of this page>>>

I, _Cyrus Pierson_ authorize the Jail Staff access to my medical information.

X _Cyrus Pierson_          _12-20-05_
   Signature                Date

# EXHIBIT I

**Inmate file, records for arrest dated 7/6/2006 (failure to appear)**

# ENTERPRISE POLICE DEPARTMENT
## TRANSPORT SHEET (Coffee County Jail)

DATE _July 06_____, 2006        TIME _03:00_____ AM/PM

STATUS        STATE_____        FEDERAL_____
              CITY _X_____        COUNTY_____
                                    (List Division if Coffee)

NAME _Pierson_____ _Cyrus_____ _Deshond_____
      LAST              FIRST          MIDDLE

ADDRESS _707 Adams St._ CITY _Enterprise_ ZIP _36330_

POB _Enterprise_____ SSN _422-23059_ LICENSE _173149_

AGE _19_ SEX _M_ RACE _B_ WEIGHT _165_ HEIGHT _6'02"_

HAIR _BLK_ EYES _BRO____ DOB _09-16-1986_

ARRESTED? YES _X_NO____        ARRESTING AGENCY _EPD_____

TYPE OF ARREST    WARRANT_X_CALL_____ON-VIEW_____

ARRESTING OFFICER _D. Ryan Reid_ LOCATION _Coffee county Jail_

OFFENSE(S) _Failure to Appear_ MISDEMEANOR _X_FELONY_____
                               MISDEMAENOR____FELONY_____
                               MISDEMEANOR____FELONY_____

TRANSFERRED FROM_____HOLD FOR (agency)_____

RELAESE INFORMATION _$500.00 cash only_____

SENTENCING INFORMATION_____

COMMENTS_____

COMPLETED BY _D. Ryan Reid_ BOOKED BY_____
             SEARCHED_____    PHOTO_____
             FINGERPRINTS_____ GREEN CARD_____

Enterprise P.D. Form 96-040

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE PROPERTY LIST

Name of Inmate: _Cyrus Pierson_          Date: _7-6-2006_

Receiving Officer: _S-dray_

**********

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: _X Cyrus Pierson_

| Item | Description |
|------|-------------|
| one pair | Sneakers - Black in color |
| one | Shorts - gray in color |
|  | Nothing follows // |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

I received all of the above listed property (minus any previously released property as indicated on any property release form) on this, the _12_ day of _July_, 200_6_ at _1235_ hrs.

Signature of Inmate: _Cyrus Pierson_    Releasing Officer: _Tolbert_

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Cyrus Pierson_    Date: _7-6-2006_

Receiving Officer: _S-deasy_

**********

Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | ✗ | |
| Arthritis | | ✗ | |
| Asthma | | ✗ | |
| Diabetes | | ✗ | |
| Epilepsy | | ✗ | |
| Fainting Spells | | ✗ | |
| Heart Condition | | ✗ | |
| Hepatitis | | ✗ | |
| High B/P | | ✗ | |
| Psychiatric Disorder | | ✗ | |
| Seizures | ✗ | | |
| Tuberculosis | | ✗ | |
| Ulcers | | ✗ | |
| Venereal Disease | | ✗ | |
| OTHER | | ✗ | |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Cyrus Pierson_          Date: _7-6-2006_

Receiving Officer: _S. Jess_
**********

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? ___
Are you currently taking any medications prescribed by a doctor?___
Are you allergic to any medications?___
Do you have any handicaps or conditions that limit activity?___
Have you ever attempted suicide, or are you thinking about it at this time?___
Do you regularly use alcohol?___
Do you regularly use street drugs?___
Do you have a diet prescribed by a doctor?___
Do you have any problems with your teeth?___
Do you have medical insurance?___ If yes, with whom?_____
Do you have a personal doctor?___ If yes, who is it?_____
If you are female, are you Pregnant?___
If you are female, do you take birth control pills?___
If you are female, have you recently delivered?___
**********

  In case of an emergency, who do you want us to contact?
Name:_____          Relationship_____
Address:_____
_____

Phone Number of Emergency Contact:_____
Comments:_____
_____
_____

If any other explanations are needed, please continue on back of this page>>>

I, _Cyrus Pierson_ authorize the Jail Staff access to my medical information.

X _Cyrus Pierson_  _7-6-2006_
  Signature            Date

# EXHIBIT J

**Inmate file, records for arrest dated 8/2/2006
(second degree receipt of stolen property)**

## ENTERPRISE POLICE DEPARTMENT
### TRANSPORT SHEET (Coffee County Jail )

DATE: _8 - 2_____, 20_06_          TIME: _1652_ AM/PM

STATUS          STATE_____          FEDERAL_____
                CITY _Enterprise_        COUNTY_____
                                         (List Division if Coffee)

NAME: _Pearson_____ _Cyrus____ _Desmond_____
           LAST              FIRST          MIDDLE

ADDRESS: _707 W Adams_____ CITY _Enterprise_ ZIP CODE _36330_

POB: _Enterprise AL_____ SSN: _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_ LICENSE_____

AGE: _19_ SEX: _M_ RACE _b_ WEIGHT _150_ HEIGHT _5-9_

HAIR: _blk_ EYES: _brn_     DOB: _9-16-86_

ARRESTED? YES: _✓_ NO: ___     ARRESTING AGENCY: _Enterprise P.D._

TYPE OF ARREST:   WARRANT: _✓_ CALL:_____ ON-VIEW:_____

ARRESTING OFFICER: _MacDonald / Mason_ LOCATION: _204 Grimes St_

OFFENSE(S): _Receiving Stolen Prop. 2nd_ MISDEMEANOR____ FELONY _✓_
            _____ MISDEMEANOR____ FELONY____
            _____ MISDEMEANOR____ FELONY____

TRANSFERRED FROM:_____ HOLD FOR (agency):_____

RELEASE INFORMATION: _No Bond PER Judge Sterling_
_____

SENTENCING INFORMATION:_____
_____

COMMENTS:_____

COMPLETED BY: _Mason, Corey_     BOOKED BY:_____
                                 SEARCHED:_____ PHOTO_____
                                 FINGERPRINTS:____ GREEN CARD____

Enterprise P.D. Form 96-040

**COFFEE COUNTY JAIL**
Ben Moates, Sheriff
Zack Ennis, Administrator



### INMATE ISSUE LIST

Name of Inmate: _Pierson Cyrus_          Date: _8/2/06_
Receiving Officer: _Canady_

### ITEMS ISSUED

| Item | Amount | Comments |
|------|--------|----------|
| Mattress | X | |
| Blanket | X | |
| Sheet | X | |
| Towel | X | |
| Washcloth | X | |
| Laundry Bag | X | |
| Uniform | X | |
| Shower Shoes | X | |
| Soap | | |
| Deodorant | | |
| Toothpaste | | |
| Toothbrush | | |
| Toilet Paper | | |

### ITEMS RETURNED

| Item | Amount | Comments |
|------|--------|----------|
| Mattress | | |
| Blanket | | |
| Sheet | | |
| Towel | | |
| Washcloth | | |
| Laundry Bag | | |
| Uniform | | |
| Shower Shoes | | |

Release Date: _____          Releasing Officer: _____

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator

INMATE PROPERTY LIST

Name of Inmate: *Pierson Cyrus*                    Date: *8/3/06*

Receiving Officer: *Carach*

**\*\*\*\*\*\*\*\*\*\***

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: *Cyrus Pierson*

| Item | Description |
|------|-------------|
| Shorts | Blue |
| Shirt | Blk |
| Shoes | Blu |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I received all of the above listed property  (minus any previously released property as indicated on any property release form) on this, the *16th* day of *___* 200_, at *1630* hrs.

Signature of Inmate: *Cyrus Pierson*    Releasing Officer: *Tolbert*

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: *Pierson Cyrus*          Date: *8/2/06*

Receiving Officer: *Conrad*

\*\*\*\*\*\*\*\*\*\*

Do you, or have you ever had any of the following?

|  | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies |  | X |  |
| Arthritis |  |  |  |
| Asthma |  |  |  |
| Diabetes |  |  |  |
| Epilepsy |  |  |  |
| Fainting Spells |  |  |  |
| Heart Condition |  |  |  |
| Hepatitis |  |  |  |
| High B/P |  |  |  |
| Psychiatric Disorder |  | X |  |
| Seizures | X |  |  |
| Tuberculosis |  | X |  |
| Ulcers |  |  |  |
| Venereal Disease |  |  |  |
| OTHER |  | X |  |

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis, Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Pierson Cyrus_                 Date: _8/2/06_

Receiving Officer: _Cara L_
********** 

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? _NO_
Are you currently taking any medications prescribed by a doctor? _yes_
Are you allergic to any medications? _NO_
Do you have any handicaps or conditions that limit activity? _NO_
Have you ever attempted suicide, or are you thinking about it at this time? _NO_
Do you regularly use alcohol? _NO_
Do you regularly use street drugs? _NO_
Do you have a diet prescribed by a doctor? _NO_
Do you have any problems with your teeth? _NO_
Do you have medical insurance? _NO_ If yes, with whom?_____
Do you have a personal doctor? _NO_ If yes, who is it?_____
If you are female, are you Pregnant?____
If you are female, do you take birth control pills?____
If you are female, have you recently delivered?____
********** 

In case of an emergency, who do you want us to contact?

Name:_____ Relationship_____

Address:_____

_____

Phone Number of Emergency Contact:_____

Comments:_____

_____

If any other explanations are needed, please continue on back of this page>>>

I, _Cyrus Pierson_ authorize the Jail Staff access to my medical information.

_Cyrus Pierson_  _8/2/06_
Signature                 Date

# EXHIBIT K

**Inmate file, records for arrest dated 4/13/2005
(sureties filed to come off of the Plaintiff's bond)**



Coffee County Jail
Dave Sutton Sheriff
Capt. Richard B. Moss Administrator

INTAKE SHEET

Date: 4-11-07

Time: 1200

Status: ST ____ FED ____ CITY _____ COUNTY _____ COFFEE CO: Ent Div / Elba Div

Name: Pierson    Cyrus        SS#: 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
      Last         First        Middle

Address: 707 W. Adams   Enterprise Al.   36330
       Street        City        State     Zip Code

DOB: 9/16/86    POB: Enterprise
                 City      County     State     Country

Age: 20   Race: B   Sex: M   Hair: BK   Eyes: Bro   Weight: 160   Height: 5' 10"

License or ID #: _____ **Cases # _____

Arresting Agency Circuit Court Arresting Officer: Judge Barr Location of Arrest: _____

Type of Arrest: Warrant ____ Call ____ View ____ GJI ____

| Offense | Mis | Fel | Bond |
|---|---|---|---|
| 1-- Hold Judge Barr W/A | | | No Bond |
| 2-- | | | |
| 3-- Court April 25, 2007 @ 09:00 A.M. | | | |
| 4-- | | | |

HOLDS: _____           INTAKE SHEET NUMBER

_____

_____

This form completed by: J. Roberts _____

Booked by: _____ Searched Y/N   Photo Y/N   FPs Y/N   Green Card Y/N

Comments: _____
_____
_____

## COFFEE COUNTY JAIL INMATE ISSUE LIST

Dave Sutton, Sheriff                                Capt. Richard B. Moss, Admn.

Name of Inmate: _Cyrus Pierson_          Date: _4-1-07_

Receiving Officer: _S. Roberts_

### ITEMS ISSUED

| Item | Amount | Comments |
|------|--------|----------|
| Mattress | | |
| Blanket | 1 | |
| Sheet | . | |
| Towel | 1 | |
| Washcloth | 1 | |
| Laundry Bag | 1 | |
| Uniform | 2 | |
| Shower Shoes | 1 | |

**ANY DAMAGE DONE TO THESE ITEMS WILL RESULT IN A CHARGE AND MUST BE PAID BEFORE RELEASE IS GRANTED.**

**By Signature, I agree to the terms and charges of these items.**

_Cyrus Pierson_ _____          _S. Roberts_ _____

**Inmate**                                          **Corrections Officer**

### ITEMS RETURNED

| Item | Amount | Comments |
|------|--------|----------|
| Mattress | | |
| Blanket | | |
| Sheet | | |
| Towel | | |
| Washcloth | | |
| Laundry Bag | | |
| Uniform | | |
| Shower Shoes | | |

Release Date: _____          Releasing Officer: _____

COFFEE COUNTY JAIL
Dave Sutton Sheriff
Capt. Richard B. Moss Administrator



INMATE MEDICAL SCREENING SHEET
Page # 2

Name of Inmate: _Cyrus Pierson_          Date: _4-11-07_

Receiving Officer: _S. Roberts_

\*\*\*\*\*\*\*\*\*\*

Answer the following questions Y (Yes) or N (No):

Have you recently been hospitalized or treated by a doctor? _N_

Are you currently taking any medications prescribed by a doctor? _y_

Are you allergic to any medications? _N_

Do you have any handicaps or conditions that limit activity? _N_

Have you ever attempted suicide, or are you thinking about it at this time? _N_

Do you regularly use alcohol? _N_

Do you regularly use street drugs? _N_

Do you have a diet prescribed by a doctor? _N_

Do you have any problems with your teeth? _N_

Do you have medical insurance? _N_ If yes, with whom? _____

Do you have a personal doctor? _N_ If yes, who is it? _____

If you are female, are you Pregnant? ____

If you are female, do you take birth control pills? ____

If you are female, have you recently delivered? ____

\*\*\*\*\*\*\*\*\*\*

In case of an emergency, who do you want us to contact?

Name: _Azzie Lee_____ Relationship _Grandmother_

Address: _____

Phone Number of Emergency Contact: _348-2519_

Comments: _____ _Quan Pierson -389-7404_

_____

If any other explanations are needed, please continue on back of this page>>>

I, _Cyrus Pierson_ authorize the Jail Staff access to my medical information.

X _Cyrus Pierson_ _4-11-07_
/ Signature                Date

COFFEE COUNTY JAIL
Dave Sutton Sheriff
Capt. Richard B. Moss Administrator

INMATE MEDICAL SCREENING SHEET
Page # 1

Name of Inmate: _Cyrus Pierson_    Date: _4-11-0?_

Receiving Officer: _J. Robust_

\*\*\*\*\*\*\*\*\*\*

Do you, or have you ever had any of the following?

| | Yes | No | If yes, give explanation if needed |
|---|---|---|---|
| Allergies | | / | |
| Arthritis | | / | |
| Asthma | | / | |
| Diabetes | | / | |
| Epilepsy | | / | |
| Fainting Spells | | / | |
| Heart Condition | | / | |
| Hepatitis | | / | |
| High B/P | | / | |
| Psychiatric Disorder | | / | |
| Seizures | / | / | |
| Tuberculosis | | / | |
| Ulcers | | / | |
| Venereal Disease | | / | |
| OTHER | | | |

# COFFEE COUNTY JAIL
## Dave Sutton Sheriff
### Capt. Richard B. Moss Administrator



## INMATE PROPERTY LIST

Name of Inmate: _Cyrus Pierson_     Date: _4-11-07_

Receiving Officer: _J. Roberts_

I certify that this is a correct list of items removed from my possession at the time of my incarceration.

Signature of Inmate: _Cyrus Pierson_

| Item | Description |
|------|-------------|
| Pants | Blue |
| Shirt | Blue |
| Shoes | Blue & White |
| Cap | Orange (A) |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

I received all of the above listed property (minus any previously released property as indicated on any property release form) on this, the _____ day of _____, 200__, at _____ hrs.

Signature of Inmate: _____    Releasing Officer: _____

ACP 9   ALABAMA JUDICIAL DATA CENTER
Case 1:07-cv-00451-WKW-WC   Document 12   Filed 07/19/2007   Page 7 of 8   PAGE 1
COFFEE COUNTY
BONDSMAN'S PROCESS   CC 2006 000399 00
VDCS
JID: THOMAS E HEAD



CIRCUIT COURT OF COFFEE COUNTY

STATE OF ALABAMA   VS PIERSON CYRUS DESMOND
707 WEST ADAMS STREET

ENTERPRISE, AL   36330 0000

A-ADVANTAGE BONDING
GOLDEN, MATTIE J.

WHEREAS, THE SURETIES ON THE BAIL IN THE ABOVE-STYLED CASE HAVE
EXPRESSED THEIR WISH TO SURRENDER THE DEFENDANT TO THE CUSTODY OF THE
SHERIFF OR JAILER AND,

WHEREAS, THE CLERK OF COURT HAS CHECKED THE RECORDS AND HAS FOUND
THAT THE ABOVE-STYLED CASE IS STILL PENDING; AND THAT THE DEFENDANT
OR HIS OR HER SURETIES HAVE NOT BEEN DISCHARGED OF THEIR OBLIGATIONS;
OR THAT THE RECORDS IN THE ABOVE-STYLED CASE REFLECT THAT THE DEFENDANT
HAS FAILED TO APPEAR ON THE OBLIGATION OF BAIL AS REQUIRED AND A
WARRANT HAS BEEN ISSUED FOR THE ARREST OF THE DEFENDANT.

NOW, THEREFORE, THIS PROCESS IS ISSUED, AS REQUIRED BY LAW, GIVING THE
RIGHT TO THE SURETIES (BONDSMEN) TO ARREST THE DEFENDANT AT ANY PLACE
WITHIN THE STATE OF ALABAMA, OR ALLOWING THE SURETIES TO AUTHORIZE
ANOTHER PERSON TO ARREST THE DEFENDANT BY AN ENDORSEMENT IN WRITING ON
THIS DOCUMENT BELOW OR ON AN ATTACHMENT TO THIS DOCUMENT.   THE SURETY
OR BONDSMAN SHALL FORTHWITH, AFTER THE ARREST, TAKE THE DEFENDANT TO
THE JAIL, AS CUSTODIAN THEREOF.

ISSUED THIS 27 DAY OF     MARCH , 2007.


JAMES M COUNTS
CLERK OF COURT


BONDSMAN RETURN

ON THIS _15th_ DAY OF _April_ , _2007_ , AT
_10:25 AM_ (TIME), I _Shane Stone_
(BONDSMAN/AGENT FOR _A-Advantage Bonding_ SURETY)
SURRENDERED THE DEFENDANT TO THE _Coffee County_
JAIL.


SIGNATURE OF BONDSMAN/SURETY

THIS PROCESS MUST BE RETURNED TO THE CLERK OF COURT WITHIN FIVE (5)
DAYS AFTER EXECUTED.

OPERATOR: AMR
PREPARED: 03/27/2007

ALABAMA JUDICIAL DATA CENTER    PAGE 2
BONDSMAN'S PROCESS    COFFEE COUNTY    CC 2006 000399 00
VDCS

JID: THOMAS E HEAD

---

### NOTICE TO BONDSMAN OR BONDSMAN'S DESIGNEE·

(1) WHEN NOTIFIED BY THE CLERK OF COURT TO RETURN THIS PROCESS, YOU MUST RETURN IT WITHIN FIVE (5) DAYS OF RECEIVING IT.

(2) EXECUTION OF THIS PROCESS AFTER THE DEFENDANT HAS BEEN DISCHARGED IS AN ILLEGAL ARREST.

---

### NOTICE TO THE JAILER

UPON RECEIPT OF THE BONDSMAN'S PROCESS, YOU MUST RETURN THIS PROCESS TO THE CLERK OF COURT.



CHARGE: ATT –DISTRIBUTE DRUG        BOND AMOUNT:        $500.00

---

### IDENTIFICATION OF ACCUSED PERSON

NAME OF ACCUSED PERSON: PIERSON CYRUS DESMON PHONE NUMBER:

SSN: 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 DOB: 09161986        AGE: 020    RACE: B SEX: M HT: 508

WT: 140 HR: BLK EY: BRO OTHER:

ADDR:                                EMPLOYER/ADDR/PHONE:

---

### WITNESSES

OPERATOR: AMR
PREPARED: 03/27/2007

# EXHIBIT L

**Inmate file, Incident Report dated 1/5/2006**



C. Piersch

### Coffee County Jail
### Ben Moates, Sheriff
### Zack Ennis, Administrator

## INCIDENT REPORT

Date and time:

Nature of Incident : Fight CB2

Place of Incident: CB2

Date Occurred: 1\5\06

Time Occurred: 2145

NARRATIVE :

Around 2145 hrs. Clo Lamb called fight in CB2.
Clo Bryan Arrived at CB2 he saw Cyrus Pierson And
Martin Caldwell in cell 7 fighting. Also Clo Bryan
saw Antonio Pouncey And Jarvis Robinson in cell
7 but Clo Bryan did not see them throwing punches.
Cyrus Pierson Locked down in C6 for 24 hrs.
Martin Caldwell was moved to CB3.
_____ End of statement _____

Was an Offense Committed? Yes    Was an Inmate Charged? No

Name of Inmate : Cyrus Pierson And Martin Caldwell

Signature of Reporting Employee: Michael Bryan

Name and Title of Reporting Employee (Print): 2nd shift supervisor Michael Bryan

Report Delivered To: Zack Ennis

Date: 1\5\06    Time: 2210

Signature of Supervisor Receiving Report:

Date: _____    Time: _____

# EXHIBIT M

**Inmate file, Incident Report dated 3/20/2006**




# Coffee County Jail
## Ben Moates, Sheriff
## Zack Ennis, Administrator

### INCIDENT REPORT

**Date and time: 3/20/2006 (0515)**

Nature of Incident : Fight
Place of Incident:   CB 2 Dayroom
Date Occurred:    3/20/2006
Time Occurred:    0505

## NARRATIVE :

| |
|---|
| On the above stated date and time while performing duties as the 3rd Shift Supervisor at the Coffee County Jail, |
| upon performing my routine camera security observations, it was noticed by my person that certain inmates in |
| CB 1 were standing immobile in the middle of the dayroom floor looking in the general direction of CB 2. Seeing |
| this as a clue to possible trouble in CB 2 and switching the camera over to same, it was observed that two inmates |
| were apparently gesturing wildly at each other in what looked like some kind of argument. Upon seeing same, |
| Officer Cole (who was observing the cameras as well) was advised by my person that we had trouble in CB 2. No |
| sooner had I rose from the chair to advance towards CB 2 did the swinging start and thus the two inmates began |
| fighting. Upon entering the cellblock, the fight had stopped. The inmates involved were identified as one Cyrus |
| Pierson and Alfred Jones. Both were placed on 24 hour lockdown for their own safety and security and to restore |
| order to the cellblock. Both inmates were checked visually for injuries. No visible injuries were apparent. ******* |
| *********************************************************************************************** |
| |
| |

Was an Offense Committed?   Yes        Was an Inmate Charged? No
Name of Inmate : Cyrus Pierson / Alfred Jones
Signature of Reporting
Employee:   _Stanley Lopez_
Name and Title of Reporting Employee (Print): Stanley J. Lopez / 3rd Shift Supervisor
Report Delivered To: Desk of Zack Ennis
Date: 3/20/2006        Time: 0535
Signature of Supervisor Receiving Report:
Date:_____  Time:_____

# EXHIBIT N

**Medical recs., Patient Record dated 11/14/2006**

# COFFEE COUNTY (ALA.) JAIL

## PATIENT RECORD

Name _Pearson Cyrus_    Date _11-14-2006_    Time _1445_    A.M. / **P.M.**

Address _CCJ_    Age _____    Sex _Male_

~~☑~~ County Prisoner    ☐ State Prisoner    ☐ Other _____

Complaint: _Cut above Rt eye_

History of Complaint: _Fist fight - forehead laceration)_

Doctor Impression:

_Karen McFee PA#_
**Doctor Signature**

Treatment:
_Wound closure
c̄ Dermabond
Skin adhesive_

Quality Printing Co.

Patient I

**PIERSON, CYRUS D**

Patient N

**06318-00158**          20Y    M

**09/16/86**

**0000027471**

**NOTE:** The examination and treatment you have received has been rendered on an emergency basis onl and is not intended to be a substitute for or an effort to provide complete medical care. Often additiona treatment is necessary and should be provided by your family doctor or the physician to whom you hav been referred. (A copy of your records and test reports will be sent to the physician upon his/her request Report to the physician any new or remaining problems because it is possible that all elements of th injury or illness may not be recognized and treated in a single visit.

Meanwhile, FOLLOW THE INSTRUCTIONS BELOW as indicated for you.

## WOUND/SUTURE CARE

- [x] KEEP WOUND CLEAN AND DRY.
- [ ] WASH AROUND WOUND EDGE WITH _____ 3 TIMES A DAY.
- [x] REPORT TO YOUR DOCTOR IF SWELLING, BRUIS-ING, PUS, DRAINAGE, FOUL SMELL, NUMBNESS, FEVER OR DISCOLORATION DEVELOPS.
- [ ] KEEP WOUND COVERED WITH STERILE BANDAGE.
- [ ] IF DRESSING NEEDS TO BE CHANGED, YOU SHOULD:
  - [ ] REAPPLY STERILE DRESSING.
  - [ ] REPORT TO YOUR DOCTOR WITHIN 2 DAYS.
- [ ] STITCHES/STERI STRIPS COME OUT IN ____ DAYS.

## SPRAIN, FRACTURE AND BRUISE CARE

- [ ] APPLY ICE PACK EVERY 3 HRS. FOR 15 MINS. DURING FIRST 24 HOURS.
- [ ] APPLY HEAT EVERY 4 HRS. FOR 15 MIN. AFTER 24 HRS. OF ICE.
- [ ] KEEP INJURED PART ELEVATED AND AT REST.
- [ ] KEEP CAST CLEAN AND DRY.
- [ ] MOVE FINGERS/TOES EVERY HOUR WHILE AWAKE.
- [ ] REPORT TO YOUR DOCTOR IMMEDIATELY IF SWELLING, BRUISING, PUS, FOUL SMELL, NUMB-NESS, FEVER OR DISCOLORATION DEVELOPS.
- [ ] YOU MAY WALK ON THE CAST AFTER ____ HRS.
- [ ] USE CRUTCHES FOR ____ DAYS.
- [ ] ACE WRAP FOR ____ DAYS OR UNTIL PAIN FREE. REWRAP IF TOO TIGHT OR TOO CLOSE.
- [ ] GAIT TRAINING GIVEN AND PERFORMED.
- [ ] WEAR SLING/SPLINT FOR ____ DAYS.

## HEAD INJURY CARE

- [ ] REST FOR ____ HRS.
- [ ] TAKE ONLY LIQUIDS FOR ____ HRS.
- [ ] WEAR CERVICAL COLLAR FOR ____ DAYS.
- [ ] REPORT TO YOUR DOCTOR IMMEDIATELY IF ANY OF THE FOLLOWING OCCUR:
  - Persistent headaches
  - Bleeding or clear fluid drains from nose or ears
  - Blurred or double vision
  - Black areas of eyes become irregular
  - Weakness in arms/legs
  - Persistent vomiting
  - Confusion, irritability or unusual drowsiness (if sleeping, wake up every 2 hrs. for 24 hrs.)

## EAR, EYE, NOSE AND THROAT CARE

- [ ] REST FOR ____ DAYS.
- [ ] DO NOT PUT OBJECTS INTO YOUR EARS.
- [ ] WEAR EYE PATCH FOR ____ HRS.
- [ ] DO NOT DRIVE WHILE WEARING EYE PATCH.
- [ ] AVOID BRIGHT LIGHTS/T.V. FOR ____ HRS.
- [ ] APPLY COOL COMPRESS.
- [ ] DO NOT BLOW YOUR NOSE.
- [ ] REPORT TO YOUR DOCTOR IMMEDIATELY IF BLEEDING OCCURS THROUGH PACKING.
- [ ] USE ICE PACK TO BRIDGE OF NOSE.
- [ ] FUTURE BLEEDING MAY BE STOPPED BY PINCHING NOSTRILS TOGETHER FOR A FULL 10 MINS. AND APPLYING ICE PACKS.
- [ ] WARM SALTWATER GARGLES AS DESIRED.
- [ ] SOFT FOODS FOR ____ DAYS.
- [ ] REPORT TO YOUR DOCTOR IF FEVER GREATER THAN 100.6 DEVELOPS.

## MEDICAL CARE

- [ ] DRINK PLENTY OF LIQUIDS.
- [ ] CLEAR LIQUIDS FOR ____ HRS.
- [ ] NO SOLID FOODS FOR ____ HRS.
- [ ] NO FRIED, FATTY, SPICY FOODS.
- [ ] NO ALCOHOL.
- [ ] NO CAFFEINE.
- [ ] DIET INSTRUCTIONS GIVEN:
  ( _____ DIET)
- [ ] EAT BEDTIME SNACK
- [ ] THREE FULL MEALS EVERY DAY.
- [ ] REST FOR ____ DAYS.
- [ ] TAKE _____ ASPIRIN/TYLENOL EVERY ____ HRS.
- [ ] WARM SOAKS/HEATING PAD EVERY ____ HRS. FOR ____ MINS.
- [ ] COLD COMPRESSES/ICE PACKS EVERY____ HRS. FOR ____ MINS.
- [ ] REDUCE/STOP SMOKING.
- [ ] REPORT TO YOUR DOCTOR IF FEVER GREATER THAN 100.6 DEVELOPS OR PAIN WORSENS.

## MEDICATIONS

- [ ] YOU HAVE BEEN GIVEN PRESCRIPTIONS FOR:
  - [ ] PAIN _____
  - [ ] INFECTION _____
  - [ ] OTHER(S) _____
- [ ] FOLLOW LABEL DIRECTIONS FOR PRESCRIPTIONS.
- [ ] TAKE WITH FOOD OR MILK.
- [ ] TAKE ON AN EMPTY STOMACH.
- [ ] DO NOT DRINK ALCOHOL WHILE TAKING MEDICATIONS.
- [ ] MEDICATION MAY CAUSE DROWSINESS; DO NOT DRIVE OR OPERATE MACHINERY WHILE TAKING IT.

## IMMUNIZATIONS

- [ ] DPT    [ ] DT    [ ] Tetanus Toxoid

1. If this was your first such dose of Tetanus Toxoid, you must have 2 more injections to complete this series. No. 2 should be given in 4 to 6 weeks and No. 3 should be given 6 to 12 months after No. 2. After that you should have a booster dose every 5 years if no injury requiring a booster intervenes.

2. If this was a booster dose, you will not need another booster for 5 years.

## ADDITIONAL INSTRUCTIONS

1) Keep clean and dry
2) Follow up with family doctor as needed.

All X-Rays are reviewed by a radiologist. You will be notified if the interpretations differ from the interpretations of the physician who treated you. Please provide a number where you can be reached:

_____

## WORK/SCHOOL STATEMENT

- [ ] Able to work/go to school/resume previous activities.
- [ ] Limit activity for ____ days.
- [ ] Able to return to work/attend school on ____ / ____ / ____

## FOLLOW-UP APPOINTMENTS

- [ ] Call your family doctor for a follow-up appointment in ____ days. (Your doctor may wish to see the x-rays made while you were in the Emergency Services Department. Please inquire about this when making your appointment.)
- [ ] Referred to: _____

- [ ] RETURN TO ER FOR SEVERE OR ACUTE PROBLEMS.

I acknowledge that I have been informed of and understand all of the instructions given to me and have received a copy thereof. I have been instructed to contact a physician as soon as possible for continued medical diagnosis and care if indicated. I do not have any more questions at this time, but understand that I may call the Emergency Services Department at any time should I have any further questions or need assistance in obtaining follow-up care.

X _____    11-14-0    1544
Signature of Patient (or Authorized Representative)    Date    Time

Physician Signature    McGuire, PA    Nurse Signature

**MEDICAL CENTER ENTERPRISE**    400 North Edwards Street    Enterprise, Alabama 36330

## CONDITIONS FOR TREATMENT

1. MEDICAL AND SURGICAL TREATMENT AND BLOOD TRANSFUSION CONSENT: A patient's care is under the control of his or her attending physicians and the Hospital is not liable for any act or omission in following the instructions of that physician. The undersigned consents to any radiological examination, laboratory procedure, anesthesia, Emergency Room treatment, medical, surgical or diagnostic treatment or hospital services rendered the patient under the general and special instructions of the physician. The undersigned recognizes that all physicians furnishing services to the patient, including the radiologist, anesthesiologist, and emergency room physician are independent contractors and are neither employees nor agents of the Hospital.

2. RELEASE OF INFORMATION: The hospital may disclose all or any part (including Social Security number) of the patient's medical record to any person or corporation which is or may be liable under a contract to the Hospital or the patient or to a family member or employer of the patient for all or part of the Hospital's charge including, but not limited to, hospital or hospital utilization review entities, including the Peer Review Organizations that may perform Medicare/Medicaid/Champus review or those who have an agreement with the patient's employer, insurance companies, workmen's compensation carriers, Veterans Administration, welfare or the patient's employer. The Hospital may disclose any information concerning my case which is necessary or appropriate for medical research. This authorization includes, but is not limited to, the release of information relating to drug, alcohol, HIV/AIDS, and/or psychiatric treatment as specified in Volume 42 of the code of Federal Regulations Part 2. I further authorize any hospital, health care institution, or physician that attended me previously to furnish medical records including radiologic films and laboratory test results which may be requested by the Hospital or my attending physician. This constitutes my specific authorization and consent, under Alabama Statute, to release my prior medical records to Medical Center Enterprise and to my physician(s).

3. RELEASE FROM LIABILITY FOR VALUABLES: I have been made aware that Medical Center Enterprise provides facilities for the safekeeping of my valuables and, therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, glasses, dentures or other items of value that I might keep at my bedside, or that may be brought to me by my friends or relatives unless deposited with the Hospital for safekeeping.

4. GUARANTOR/FINANCIAL AGREEMENT: The undersigned and/or patient is entitled to Hospital and/or Physician's benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to Medical Center Enterprise, and/or Physician having performed services for this patient during his/her stay at Medical Center Enterprise, and the Radiologist, Pathologist, Anesthesiologist and/or other attending or consulting Physicians, for application to the patient's bill. It is agreed that the Hospital and/or Physician may receipt for any such payment, and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by the assignment. Should the account be referred for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts may be assessed interest at the legal rate.

5. ASSIGNMENT OF INSURANCE BENEFITS: In the event the undersigned is entitled to hospital benefits of any type whatsoever arising out of any policy of insurance insuring patient of any party liable to patient, such benefits are hereby assigned to Medical Center Enterprise for application on patient's bill, and it is agreed that the Hospital may receipt any such payment and such payment shall discharge the said insurance company of any and all obligation under the policy of the extent of such payment, the undersigned and/or patient being responsible for charges not covered by assignment.

6. PHYSICIAN INSURANCE ASSIGNMENT: I, the above named subscriber, hereby authorize payment directly to any physician examining or treating me or any group and/or individual surgical and/or medical radiologist, anesthesiologist, pathologist, emergency room physician benefits herein specified and otherwise payable to me for the services as described but not to exceed the reasonable and customary charge for these services.

7. NOTICE OF OCCUPATIONAL EXPOSURE: Occasionally healthcare workers may experience exposure to your blood or body fluids. If this type of exposure occurs, it may be necessary to perform a blood test on you for the Hepatitis B Virus and the HIV (AIDS) Virus. The testing will be done in a manner intended to preserve your privacy and at no cost to you or your family. The test results will be treated as confidential medical information and will be placed in your hospital medical record. Test results will be reported to others only at your request and with your consent, as required by law and the policies of Medical Center Enterprise.

THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS THE PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES

"I certify that I have received a copy of Medical Center Enterprise's Notice of Privacy Practices on the date indicated."

_Cyrus Pierson_ / Patient Signature                     Date _11-14-06_

_____
Authority to Sign if Not Patient

ASSIGNMENT OF MEDICARE BENEFITS: PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAYMENT REQUEST.

INITIAL BLOCK IF APPLICABLE  [   ]

"I certify that the information given by me in applying for payment under XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its' intermediates or carriers any information needed for this or a related claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physicians' services or authorize such physicians or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

ACKNOWLEDGMENT OF MEDICAID  [   ]

"I certify that I am a recipient of the Medicaid program, and request that payment of authorized benefits be made on my behalf. I authorize the treating physician, hospital and hospital insurance carrier to make available to the Alabama Department of the Medical Assistance requested information concerning medical, insurance and financial records relating to my hospitalization. I hereby certify all hospital insurance shall be assigned to the hospital and/or treating physician for services provided."

_Cyrus Pierson_ / Patient Signature                     Date _____

_____
Guarantor or Guardian Signature                     Date _____

_FHC_
Witness                                               Date _____

MCE-CFT-1                                             QUALITY PRINTING COMPANY

# EXHIBIT O

**Inmate file, Incident Report dated 1/9/2005**

COFFEE COUNTY JAIL
BEN MOATES, SHERIFF
ZACK ENNIS, ADMINISTRATOR

INCIDENT REPORT

DATE AND TIME: <u>Sunday January 9, 2005</u>

NATURE OF INCIDENT: Drug Paraphernalia
PLACE OF INCIDENT: <u>19CJ</u>
DATE OCCURRED: <u>January 9, 2005</u>
TIME OCCURRED: 1645

**NARRATIVE: At approximately 1645, Enterprise police officers brought in two black males. During the booking process, one of the arrestees, Cyrus Pierson, was being booked in by Officer Jeff Cramer in the computer room. Officer Christy Semonelle came into the room to use the camera and when Officer Cramer reached to hand the camera to Officer Semonelle it was discovered missing. The arrestee, Pierson, handed Officer Semonelle the camera from inside his pants (approximately 1700). Bondsman K.Z. Edwards was here to bond Pierson and Terrick Edwards out when the camera again was missing. Upon a body search of Pierson by Officer Cramer a device used to smoke crack cocaine fell out of the pants leg of Pierson (approximately 1707). The camera was discovered in the top drawer of the cabinet next to the med room by bondsman Edwards who was helping search for the camera. Officer Marcy Childs contacted Dale Grimes via link to advise him of the situation involving Pierson**

**at approximately 1712.  Officer Grimes advised to place a hold on Pierson and he would write charges on Monday.  Pierson was dressed out and secured in Cell Block 3.  End of Statement.**

Was an Offense Committed? <u>Yes</u> Was an Inmate charged? Will Be 1/10
Name of Inmate: Cyrus Pierson
Signature of Reporting Officer:

_C/O Jeff Cramer_
_____

Name and Title of Reporting Officer: <u>Jeff Cramer, Corrections Officer</u>
Report Delivered to<u>: Desk of Zack Ennis</u>
Date: *January 9, 2005*
Time:  1900
Signature of Supervisor Receiving Report:

_Marey Chields - acting Supervisor_

Date: _1/9/05_   Time: _1900_   _____

# EXHIBIT P

**Inmate file, records for arrest dated 6/19/2007**

Coffee County Jail
Dave Sutton Sheriff
Capt. Richard B. Moss Administrator

**COPY**

INTAKE SHEET

Date: 6/19/07

Time: 3:15 pm

Status: ST _____ FED _____ CITY _____ COUNTY _____ COFFEE CO: Ent Div / Elba Div

Name: PIERSON        CYRUS                    SS#: 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
      Last           First        Middle

Address: 707 W Adams    Enterprise      Al    36330
         Street         City    Dale    State  Zip Code

DOB: 09/16/86    POB: OZARK    Dale    Al
                      City     County  State  Country

Age: 20  Race: B  Sex: M  Hair: BLK  Eyes: Bro  Weight: 160  Height: 5'10"

License or ID #: ~U~              **Cases # _____

Arresting Agency: CCSO        Arresting Officer: Dale Gamer   Location of Arrest: CCJ

Type of Arrest: Warrant ✓  Call _____  View _____  GJI _____

| Offense | Mis | Fel | Bond |
|---|---|---|---|
| 1-- Promot Prison Contra | | X | $1,500 |
| 2-- | | | |
| 3-- | | | |
| 4-- | | | |

HOLDS: _____                    INTAKE SHEET NUMBER

This form completed by: Dale Gamer

Booked by: _____    Searched Y/N   Photo Y/N   FPs Y/N   Green Card Y/N

Comments: _____

W A R R A N T

STATE OF ALABAMA              COFFEE COUNTY              DISTRICT  COURT

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 000395.00
                                        OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   CYRUS PIERSON   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF COFFEE COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
            PROMOT PRISON CONTRA   CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 08 DAY OF JUNE, 2007.

BOND SET AT: (1)     $1,500.00  BOND TYPE:
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

COPY

---

CHARGES: PROMOT PRISON CONTRA  13A-010-037        F  FELONY

---

NAME: CYRUS PIERSON                  ALIAS:
ADDRESS: 707 W ADAMS                 ALIAS:
ADDRESS:
CITY: ENTERPRISE        STATE: AL    ZIP: 36330 0000
                                     PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 09/16/1986   RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'10"  WEIGHT: 160
SID: 000000000  SSN: 422230259  DL NUM:

---

E X E C U T I O N

     EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
  (X)  PLACING DEFENDANT IN THE COFFEE COUNTY JAIL
  ( )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS  19th     DAY OF  June              2007

                    SHERIFF
                 BY  Dale Grim

---

COMPLAINANT:   CPT. RICHARD MOSS
               C/O CCSO

               ENTERPRISE  AL  36330

OPERATOR: DEC      DATE: 06/08/2007

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF COFFEE COUNTY * * *

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 000395.00
                                        OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF
COFFEE COUNTY, ALABAMA, PERSONALLY APPEARED   CPT. RICHARD MOSS
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   CYRUS PIERSON                DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT JUNE 6, 2007, BEING A PERSON CONFINED IN A
DETENTION FACILITY, TO-WIT: COFFEE COUNTY JAIL, HE INTENTIONALLY
AND UNLAWFULLY MAKES, OBTAINS OR POSSESSES ANY NARCOTIC, DANGEROUS DRUG, OR
CONTROLLED SUBSTANCE, TO-WIT: MARIJUANA,
IN VIOLATION OF 13A-010-037                     OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

COMPLAINANT'S SIGNATURE

COPY

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 08 DAY OF JUNE, 2007.

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: PROMOT PRISON CONTRA  13A-010-037          F  FELONY

WITNESS FOR THE STATE

CPT. RICHARD MOSS/C/O CCSO/ENTERPRISE/36330

MICHAEL BRYAN/C/O CCJ/ENTERPRISE/36330
STANLEY ROBERTS/C/O CCJ/ENTERPRISE/36330
MIKE MITCHELL/C/O CCJ/ENTERPRISE/36330

OPERATOR: DEC    DATE: 06/08/2007

## COFFEE COUNTY JAIL INMATE ISSUE LIST

**Dave Sutton, Sheriff**                          **Capt. Richard B. Moss, Admin.**

Name of Inmate: _Cyrus Pierson_                    Date: _6-19-07_

Receiving Officer: _Glenritte Williams_

### ITEMS ISSUED

| Item | Amount | Comments | Item Number | Handbook # |
|------|--------|----------|-------------|------------|
| Mattress | | | | |
| Blanket | | | | |
| Sheet | | | | |
| Towel | | | | |
| Washcloth | | | | |
| Laundry Bag | | | | |
| Uniform | 2 | 2007-00524P  2007-00489P | 2007-01172S  2007-11925 | |
| Shower | | | | |

**ANY DAMAGE DONE TO THESE ITEMS WILL RESULT IN A CHARGE AND MUST BE PAID BEFORE RELEASE IS GRANTED.**

**By Signature, I agree to the terms and charges of these items.**

_Cyrus Pierson_                                    _KM Rules_

Inmate                                             Corrections Officer

### ITEMS RETURNED

| Item | Amount | Comments |
|------|--------|----------|
| Mattress | | |
| Blanket | | |
| Sheet | | |
| Towel | | |
| Washcloth | | |
| Laundry Bag | | |
| Uniform | | |
| Shower Shoes | | |

Release Date: _____    Releasing Officer: _____

# EXHIBIT Q

**Inmate file, records for arrest dated 6/20/2007**

Coffee County Jail
Dave Sutton Sheriff
Capt. Richard B. Moss Administrator

INTAKE SHEET



Date: 6/20/07

Time: 11:05 pm

Status: ST ____ FED ____ CITY _____ COUNTY_____ COFFEE CO: Ent Div / Elba Div

Name: PEERSON _____ CYRUS _____ ____ SS#: 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
Last                First                Middle

Address: 707 W ADAMS    EnTerprise    AL    36330
Street              City              State    Zip Code

DOB: 09 / 16 / 86    POB: OZARK    Dale    AL    _____
City        County      State      Country

Age: 20  Race: B  Sex: M  Hair: BLK  Eyes: BRO  Weight: 160  Height: 5'10

License or ID #: _____ **Cases #_____

Arresting Agency: CCSO _____ Arresting Officer: Dale Grimes  Location of Arrest: CCJ _____

Type of Arrest: Warrant ✓  Call _____  View _____  GJI _____

| Offense | Mis | Fel | Bond |
|---|---|---|---|
| 1-- Promot Prison Contra | X | | 8500 a |
| 2-- | | | |
| 3-- | | | |
| 4-- | | | |

HOLDS:_____          INTAKE SHEET NUMBER

_____

_____

This form completed by Dale Fann

Booked by: _____  Searched Y/N    Photo Y/N    FPs Y/N    Green Card Y/N

Comments: _____
_____
_____

W A R R A N T

ATE OF ALABAMA          COFFEE COUNTY                    DISTRICT  COURT

GENCY NUMBER:                      WARRANT NUMBER: WR 2007 000397.00
                                   OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:
YOU ARE HEREBY COMMANDED TO ARREST    CYRUS PIERSON   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF COFFEE COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
         PROMOT PRISON CONTRA   CLASS: B  TYPE: M  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 08 DAY OF JUNE, 2007.

BOND SET AT: (1)      $500.00  BOND TYPE:        📠COPY
             (2)
             (3)

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CHARGES: PROMOT PRISON CONTRA 13A-010-038        M  MISDEMEANOR
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
NAME: CYRUS PIERSON                ALIAS:
ADDRESS: 707 W ADAMS              ALIAS:
ADDRESS:                          ZIP: 36330 0000
CITY: ENTERPRISE      STATE: AL   PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 09/16/1986   RACE: B   SEX: M   HAIR: BLK
EYE: BRO  HEIGHT: 5'10"  WEIGHT: 160
SID: 000000000  SSN: 422230259  DL NUM:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                E X E C U T I O N
     EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
     (X) PLACING DEFENDANT IN THE COFFEE COUNTY JAIL
     ( ) RELEASING DEFENDANT ON APPEARANCE BOND


THIS  20th  DAY OF  June          2007

                    SHERIFF
                    BY

COMPLAINANT: CPT. RICHARD MOSS
             C/O CCSO
             NEW BROCKTON  AL  36351

OPERATOR: DEC    DATE: 06/08/2007

ALABAMA JUDICIAL INFORMATION SYSTEM

* * IN THE DISTRICT COURT OF COFFEE COUNTY * * *

_BER:                              WARRANT NUMBER: WR 2007.000397.00
                                   OTHER CASE NBR:

C O M P L A I N T

_RE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT   COURT OF
_FEE COUNTY, ALABAMA, PERSONALLY APPEARED   CPT. RICHARD MOSS
_HO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    CYRUS PIERSON            DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT JUNE 6, 2007, BEING A PERSON CONFINED IN A
DETENTION FACILITY, TO-WIT: COFFEE COUNTY JAIL, HE INTENTIONALLY
AND UNLAWFULLY MAKES, OBTAINS OR POSSESSES ANY CONTRABAND, TO-WIT: TOBACCO
IN VIOLATION OF 13A-010-038        OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

Cpt. R.B___
COMPLAINANT'S SIGNATURE

©COPY

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 08 DAY OF JUNE, 2007.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: PROMOT PRISON CONTRA  13A-010-038      M  MISDEMEANOR

WITNESS FOR THE STATE

CPT. RICHARD MOSS/C/O CCSO/NEW BROCKTON/36351

MIKE MITCHELL/C/O CCJ/NEW BROCKTON/36351
JEFF SHELTON/C/O CCSO/NEW BROCKTON/36351
AUSTIN REDMON/C/O CCSO/NEW BROCKTON/36351
NEAL BRADLEY/C/O CCSO/NEW BROCKTON/36351

OPERATOR: DEC    DATE: 06/08/2007

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | PR84 Completed |
|---|---|
| ☒ Yes ☐ No | ☒ Yes ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**1 ORI** 0 1 9 0 0 0 0
**2 AGENCY NAME** COFFEE COUNTY SHERIFF'S OFFICE
**3 CASE** 0 7 - 0 6 - 0 5 1 **4 SFX**

## IDENTIFICATION

**5 LAST, FIRST, MIDDLE NAME** PIERSON, CYRUS

**7 SEX** ☒M ☐F  **8 RACE** ☒1 W ☐2 B ☐3 A ☐4 I  **9 HGT.** 510  **10 WGT.** 160  **11 EYE** BRO  **12 HAIR** BLK  **13 SKIN** MED  **14** ☐1 SCARS ☐2 MARKS ☐3 TATTOOS ☐4 AMPUTATIONS

**5 PLACE OF BIRTH (CITY, COUNTY, STATE)** OZARK DALE AL  **15 SSN** 4 2 2 - 2 3 - 0 2 5 9  **17 DATE OF BIRTH** 0 9 1 6 8 6  **18 Age** 20  **19 MISCELLANEOUS ID #**

**20 SID#**  **21 FINGERPRINT CLASS** KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL  **22 DL#**  **23 ST**

HENRY CLASS  NCIC CLASS  **24 FBI#**  **25 IDENTIFICATION COMMENTS**

**26** ☒ RESIDENT ☐ NON–RESIDENT  **27 HOME ADDRESS** 707 W ADAMS STR ENTERPRISE  **28 RESIDENCE PHONE** ( )  **29 OCCUPATION (BE SPECIFIC)**

**30 EMPLOYER (NAME OF COMPANY/SCHOOL)**  **31 BUSINESS ADDRESS**  **32 BUSINESS PHONE** ( )

## ARREST

**33 LOCATION OF ARREST** CC JAIL  **34 SECTOR**  **35 ARRESTED FOR YOUR JURISDICTION** ☒ IN STATE ☐ OUT STATE AGENCY  ☒ YES ☐ NO

**36 CONDITION OF ARRESTEE** ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS  **37 RESIST ARREST?** ☐ YES ☒ NO  **38 INJURIES?** ☒1 NONE ☐2 OFFICER ☐3 ARRESTEE  **39 ARMED?** ☐ Y ☒ N  **40 DESCRIPTION OF WEAPON** ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON

**41 DATE OF ARREST** 0 6 1 9 0 7  **42 TIME OF ARREST** 315 ☐1.AM ☒2.PM ☐3.MIL  **43 DAY OF ARREST** S M T ☒W T F S  **44 TYPE ARREST** ☒1 ON VIEW ☐2 CALL ☐3 WARRANT  **45 ARRESTED BEFORE?** ☐ YES ☒ NO ☐ UNKNOWN

**46 CHARGE—1** ☒ FEL ☐ MISD  **47 UCR CODE** PROMOTING PRISON CONTRA  **48 CHARGE—2** ☐ FEL ☐ MISD  **49 UCR CODE**

**50 STATE CODE/LOCAL ORDINANCE** 13A-10-38  **51 WARRANT #** WR-07-395  **52 DATE ISSUED** 0 6 0 8 0 7  **53 STATE CODE/LOCAL ORDINANCE**  **54 WARRANT #**  **55 DATE ISSUED**

**56 CHARGE—3** ☐ FEL ☐ MISD  **57 UCR CODE**  **58 CHARGE—4** ☐ FEL ☐ MISD  **59 UCR CODE**

**60 STATE CODE/LOCAL ORDINANCE**  **61 WARRANT #**  **62 DATE ISSUED**  **63 STATE CODE/LOCAL ORDINANCE**  **64 WARRANT #**  **65 DATE ISSUED**

**66 ARREST DISPOSITION** ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER  **67 IF OUT ON RELEASE WHAT TYPE?**  **68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)**  **69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)**

## Vehicle

**70 VYR**  **71 VMA**  **72 VMO**  **73 VST**  **74 VCO TOP BOTTOM**  **76 TAG #**  **76 LIS**  **77 LIY**

**71 VIN**  **79 IMPOUNDED?** ☐YES☐NO  **80 STORAGE LOCATION/IMPOUND #**

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**

## JUVENILE

**82 JUVENILE DISPOSITION:** ☐ HANDLED AND RELEASED ☐ REF TO WELFARE AGENCY ☐ REF. TO ADULT COURT ☐ REF. TO JUVENILE COURT ☐ REF TO OTHER POLICE AGENCY  **83 RELEASED TO**  ☐ CONTINUED IN NARRATIVE

**84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME)**  **85 ADDRESS**  **86 PHONE** ( )

**87 PARENTS EMPLOYER**  **88 OCCUPATION**  **89 ADDRESS**  **90 PHONE** ( )

## RELEASE

**91 DATE AND TIME OF RELEASE** ☐1.AM ☐1.PM ☐3.MIL  **92 RELEASING OFFICER NAME**  **93 AGENCY/DIVISION**  **94 ID #**

**95 RELEASED TO**  **96 AGENCY/DIVISION**  **97 AGENCY ADDRESS**

**98 PERSONAL PROPERTY RELEASED TO ARRESTEE** ☐ YES ☐ NO ☐ PARTIAL  **99 PROPERTY NOT RELEASED/HELD AT:**  **100 PROPERTY**

SUBJECT ARRESTED ON LISTED CHARGE WITHOUT INCIDENT

LOCAL USE

**102 SIGNATURE OF RECEIVING OFFICER**  **103 SIGNATURE OF RELEASING OFFICER**  STATE USE

**MULTIPLE CASES CLOSED**  **104 CASE #**  **105 SFX**  **106 CASE #**  **107 SFX**  **108 CASE #**  **109 SFX**  **110 ADDITIONAL CASES CLOSED** ☐Y ☐N

**111 ARRESTING OFFICER (LAST, FIRST, M.)** DALE GRIMES  **112 ID#** 1906  **113 ARRESTING OFFICER (LAST, FIRST, M)**  **114 ID #**  **115 SUPERVISOR ID #**  **116 WATCH CMDR ID #**

TYPE OR PRINT IN BLACK INK ONLY  ACJIC—34 REV. 10-90

# EXHIBIT R

**Affidavit of Jeffrey Shelton**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CYRUS DESMOND PIERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-451-WKW-WC |
| | ) | |
| JEFF SHELTON of the COFFEE | ) | |
| COUNTY SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF JEFFERY W. SHELTON

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF COFFEE | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Jeffery W. Shelton, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.     My name is Jeffery W. Shelton.  I am over the age of nineteen and competent to make this affidavit.

2.     I am a deputy with the rank of sergeant in the Coffee County Sheriff's Department.  I have served in that capacity for six months.  Prior to that I served with the Elba, Alabama Police Department as an officer for over four years.  Prior to that I was with the New Brockton, Alabama Police Department for approximately two years.  I also served in the Birmingham, Alabama Police Department for approximately eight years.  Prior to that I was with the Decatur, Alabama Police Department for approximately three years.  I have nearly 18 years in law enforcement.

1

3.      I read the Plaintiff's complaints in this matter and have personal knowledge of the facts underlying the Plaintiff's claims.

4.      On approximately April 20, 2007, I participated in a search of Cell Block 2 at the Coffee County Jail. The search was conducted because the inmates were caught attempting to pass marijuana from one cell block to another. Two inmates, one of whom was believed to be the Plaintiff, attempted to pass the marijuana in a book from one cell block to another by sliding it on the floor under the door. The book stopped prior to reaching the other cell block and was found by one of the corrections officers.

5.      Approximately ten to twelve officers participated in the search. Two of the officers were K-9 officers from the Opp and Enterprise Police Departments.

6.      There were approximately 40 to 50 inmates in the cell block.

7.      The Plaintiff was in Cell Block 2 and was housed on the first the floor of the two floor block.

8.      In February 2007, I personally participated in a search of the jail that resulted in at least one shank being discovered and removed from Cell Block 2.

9.      During the search I was armed with a 12 gauge shotgun that is only used to fire bean bag rounds.

10.     In approximately 2004 I attended a Tactical Shotgun Instructor Development Course. One day of the instruction was dedicated to non-lethal rounds such as bean bags. This training certified me as a user and instructor for tactical shotgun – including less-than-lethal rounds.

11.     The search was conducted by removing the inmates from the cells one cell at a time and running the K-9 unit through the cell. If the dog alerted, the cell was given a more thorough search by the officers.

2

12.    While the search was going on, the Plaintiff attempted continuously to incite the other inmates. The Plaintiff was yelling profanity and getting the other inmates to make a lot of noise. The Plaintiff's efforts were making it difficult for the officers to communicate with one another and complete the search.

13.    The Plaintiff was told numerous times to be quiet and stop trying to incite the other inmates.

14.    The Plaintiff refused to obey these orders.

15.    Finally, while I was participating in a search of the top floor of the cell block, I went downstairs to speak to the Plaintiff.

16.    I asked the Plaintiff again to be quiet, stop inciting the other inmates, and allow us to do our jobs.

17.    The Plaintiff responded, "fuck you".

18.    I told him that he did not need to do it again.

19.    The Plaintiff again refused. He told me that I would not do anything to him because I was already being sued.

20.    I handed my shotgun to Investigator Tony Harrison.

21.    I had control open the Plaintiff's door and ordered him to come out. My intent was to give the Plaintiff one more chance to comply and if he failed to do so, arrest him.

22.    When the Plaintiff came out of the cell, I again told him to remain quiet and let us to our jobs.

23.    The Plaintiff cursed me again. And turned away.

24.    At that point I attempted to touch the Plaintiff on the arm in order to get his attention.

25.     The Plaintiff snatched his arm away.  I did not know what the Plaintiff was attempting to do, so I grabbed him by his shirt sleeve at the shoulder to maintain control over him.

26.     I told the Plaintiff, "I mean what I say".

27.     He responded, "yes, sir."

28.     I released the Plaintiff and allowed him to return to his cell.

29.     I had no other interaction with the Plaintiff that night and the Plaintiff ceased his efforts to interfere with our search.

30.     At no time did I use profanity towards the Plaintiff or any other inmate.

31.     At no time did I choke the Plaintiff.

32.     The Plaintiff did not sustain any injury whatsoever and he did not request medical treatment.

33.     The search of the cell block turned up contraband including rolling papers, tobacco, and other items.

34.     The Plaintiff was arrested on June 20, 2007, for promoting prison contraband.  He was caught with marijuana stashed between his toes.

35.     I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

4

Executed on this the 22nd day of June, 2007.

Jeffery W. Shelton

**SWORN TO** and **SUBSCRIBED** before me this 22nd day of June, 2007.

NOTARY PUBLIC

My Commission Expires: March 4, 2008

5

# EXHIBIT S

**Affidavit of Jason Ballard**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CYRUS DESMOND PIERSON,      )
                                    )
     Plaintiff,                )
                                      )
v.                                  )     Civil Action No. 1:07-cv-451-WKW
                                      )
JEFF SHELTON of the COFFEE      )
COUNTY SHERIFF'S DEPARTMENT, )
                                      )
     Defendant.             )

## AFFIDAVIT OF JASON BALLARD

STATE OF ALABAMA      )
                          )
COUNTY OF COFFEE      )

    **BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Jason Ballard, who being known to me and being by me first duly sworn on oath deposes and says as follows:

    1.     My name is Jason Ballard. I am over the age of nineteen and competent to make this affidavit.

    2.     I am a deputy with the Covington County Sheriff's Department. I am a canine handler for the Sheriff's Department.

    3.     I read the Plaintiff's complaints in this matter and have personal knowledge of the facts underlying the Plaintiff's claims.

    4.     On approximately April 20, 2007, I participated in a search of the Coffee County Jail. I was asked to assist because I am a drug dog handler, and Coffee County did not have a drug dog at the time.

    5.     Approximately ten to twelve officers participated in the search.

1

6.    There were approximately 40 to 50 inmates in the cell block.

7.    The search was conducted by removing the inmates from the cells and running my dog through the cells. If the dog alerted, the cell was given a more thorough search by the other officers.

8.    After I was finished, I observed a black male inmate who was obviously running his mouth, but I could not hear what he was saying.

9.    I observed a Coffee County deputy with a shotgun approach the black male. I could tell that the two were exchanging words, but I could not hear what was being said.

10.    After a short period of time, the black male inmate turned away from the deputy and returned to his cell. The Coffee County deputy followed him into the cell.

11.    At no time did I observe the deputy place his hands on the inmate.

12.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the ___17th___ day of July, 2007.


_____
Jason Ballard


**SWORN TO** and **SUBSCRIBED** before me this _17_ day of July, 2007.


_____
NOTARY PUBLIC

My Commission Expires: ___1-29-09___

2

# EXHIBIT T

**Affidavit of Richard Moss**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CYRUS DESMOND PIERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-451-WKW |
| | ) | |
| JEFF SHELTON of the COFFEE | ) | |
| COUNTY SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF RICHARD B. MOSS

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF COFFEE | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Richard B. Moss, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Richard B. Moss.  I am over the age of nineteen and competent to make this affidavit.

2.      I am the Jail Administrator of the Coffee County Jail.  I have served in this position for over five months.  Prior to becoming the Jail Administrator, I was a police officer with the Elba, Alabama Police Department for two years.  Prior to that I served as a police officer with the Town of River Falls, Alabama Police Department for approximately five years. I have a total of seven and one-half years of law enforcement experience.

3.      I read the Plaintiff's complaints in this matter and have personal knowledge of the facts underlying the Plaintiff's claims.

1

4. It is the policy of the Coffee County Jail that an inmate with a grievance may request a grievance form from any corrections officer at any time. The grievance form can then be returned completed to any corrections officer. The corrections officers are tasked with the job of attempting to respond to the grievance if possible. If they cannot, the grievance is passed on to me.

5. If I am unable to handle the grievance, we conduct a grievance hearing. The grievance/disciplinary committee consists of myself, Chief Deputy Ronnie Whitworth, and Deputy Neal Bradley.

6. Copies of grievance forms are kept in the inmate's file.

7. At no time has the Plaintiff ever filed a grievance related to the incident in his Complaint.

8. Additionally, the Plaintiff has never requested medical attention for any supposed injuries arising out of the incident set forth in his Complaint.

9. Attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate and medical records. These records are prepared and kept in the regular course of business of the Coffee County Jail.

10. I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

2

Executed on this the **18** day of July, 2007.

_Richard B. Moss_
Richard B. Moss

**SWORN TO** and **SUBSCRIBED** before me this **18th** day of July, 2007.

_Donna A. Pennington_
NOTARY PUBLIC

My Commission Expires: **March 4, 2008**

# EXHIBIT U

**Remainder of Plaintiff's Inmate Medical File not otherwise attached as a separate exhibit**

COFFEE COUNTY JAIL

ACA STANDARD FORM 2-2133

MEDICATION SHEET

CB _2_

FEDERAL _____
STATE _____
COUNTY _____
CITY _____

Pierson, Cyrus D.
Phenytoin 50D Ext 100mg cap
1 cap x 3 Daily                (Bottle)

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|----|-------------|---------------|--------------------|--------------------|
| 1-11 | 04 | 1800 | 1 cap | Cyrus Pierson X Cyrus Pierson | Taylor |
| 1-11 | 04 | 2200 | 1 cap | Cyrus Pierson | Olcott |
| 1-12 | 05 | 0500 | 1 cap | Cyrus Pierson | McCoy |
| 1-12 | 05 | 1200 | 1 cap | Cyrus Pierson | Cyler |
| 1-12 | 05 | 1800 | 1 cap | Cyrus Pierson | Mathers |
| 1-13 | 05 | 0500 | 1 cap | Cyrus Pierson | Gallagher |
| 1-13 | 05 | 1200 | 1 cap | Cyrus Pierson | |
| 1-13 | 05 | 1800 | 1 cap | Cyrus Pierson | Mullen |
| 1-14 | 05 | 0500 | 1 cap | Cyrus Pierson | |
| 1-14 | 05 | 1200 | 1 cap | Cyrus Pierson | Green |
| 1-14 | 05 | 1800 | 1 cap | Cyrus Pierson | Green |
| 1-15 | 05 | 0500 | 1 cap | Cyrus Pierson | Coe |
| 1-15 | 05 | 1200 | 1 cap | Cyrus Pierson | Mauray |
| 1-15 | 05 | 1800 | 1 cap | Mr. Pierson | |

DATE IN FOR REFILL _____

DATE REFILLED _____

DATE MED OUT w/NO REFILL _____

**COFFEE COUNTY JAIL**

**ACA STANDARD FORM 2-2133**

**MEDICATION SHEET**

CB _____

FEDERAL _____
STATE _____
COUNTY _____
CITY _____

Cyrus Pierson
Risperdone 100mg
1 cap 3 X a day
(Bottle)

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|----|-------------|---------------|--------------------|---------------------|
| 1-16 | 05 | 0810 | 1 cap | Mr. Pierson | |
| 1-16 | 05 | 1200 | cap | Mr. Pierson | |
| 1-16 | 05 | 1800 | cap | Mr. Pierson | |
| 1-17 | 05 | 0530 | cap | Mr. Pierson | |
| 1-17 | 05 | 1200 | cap | Mr. Pierson | |
| 1-17 | 05 | 1800 | cap | Mr. Pierson | |
| 1/18 | 05 | 0500 | 1 cap | Cyrus Pierson | |
| 1/18 | 05 | 1300 | cap | Cyrus Pierson | |
| 1/18 | 05 | 1800 | 1 cap | Cyrus Pierson | |
| 1/19 | 05 | 0600 | cap | Mr. Pierson | |
| 1/19 | 05 | 1300 | cap | Cyrus Pierson | |
| 1/19 | 05 | 1800 | cap | Cyrus Pierson | |
| 1-20 | 05 | 600 | 1 cap | | |
| 1-20 | 05 | 1200 | 1 cap | | |
| 1-20 | 05 | 1800 | 1 cap | | |

DATE IN FOR REFILL _____     DATE REFILLED _____     DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Pierson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Phenytoin 100 mg (Dilantin) | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | CELLBLOCK 2 | CITY: |
| IHS 05 0 1-22-05 | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 1-20 | 2005 | 0500 | 1 cap | Cyrus Pierson | | SL |
| 1-20 | 2005 | 1200 | 1 cap | Cyrus Pierson | | SL |
| 1-20 | 2005 | 1800 | 1 cap | Cyrus Pierson | Caredine | SL |
| 1-21 | 2005 | 0500 | 1 cap | Cyrus Pierson | | Shaw |
| 1-21 | 2005 | 1200 | 1 cap | Cyrus Pierson | | Shaw |
| 1-21 | 2005 | 1800 | 1 cap | Cyrus Pierson | | Shaw |
| 1-22 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 1-22 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 1-22 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 1-23 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 1-23 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 1-23 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 1-24 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 1-24 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 1-24 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| XXXX | 2005 | XXXXXXXX | XXXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | COFFEE COUNTY JAIL | FEDERAL: |
| --- | --- | --- | --- |
| MEDICATION: Phenytoin 100 mg (Dilantin) | | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | MEDICATION SHEET | COUNTY: |
| IHS | | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| --- | --- | --- | --- | --- | --- | --- |
| 1/25 | 2005 | 0500 | 1 cap | Cyrus Pierson | CLb | IHS |
| 1/25 | 2005 | 1200 | 1 cap | Cyrus Pierson | C. Greg | IHS |
| 1/25 | 2005 | 1800 | 1 cap | Cyrus Pierson | Meghan | IHS |
| 1/26 | 2005 | 0500 | 1 cap | Cyrus Pierson | CD. | IHS |
| 1/26 | 2005 | 1200 | 1 cap | Cyrus Pierson | Mosley | IHS |
| 1/26 | 2005 | 1800 | 1 cap | Cyrus Pierson | Shelton | IHS |
| 1-27 | 2005 | 0500 | 1 cap | C.P. | Rob | IHS |
| 1-27 | 2005 | 1200 | 1 cap | C.P. | Mosley | IHS |
| 1-27 | 2005 | 1800 | 1 cap | C.P. | Shelton | IHS |
| 1-28 | 2005 | 0500 | 1 cap | refused | E. Hurley | IHS |
| 1-28 | 2005 | 1200 | 1 cap | C.P. | S. Roberts | IHS |
| 1-28 | 2005 | 1800 | 1 cap | C.P. | CV | IHS |
| 1-29 | 2005 | 0500 | 1 cap | C.P. | Rob | IHS |
| 1-29 | 2005 | 1200 | 1 cap | C.P. | Mosley | IHS |
| 1-29 | 2005 | 1800 | 1 cap | C.P. | Shelton | IHS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | | | | COFFEE COUNTY JAIL | | FEDERAL: |
|---|---|---|---|---|---|---|---|
| MEDICATION: Phenytoin 100 mg (Dilantin) | | | | | ACA STANDARD FORM 2-2133 | | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | | | | MEDICATION SHEET | | COUNTY: |
| | | | IHS | | CELLBLOCK 2 | | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 1-30 | 2005 | 0500 | 1 cap | C.P. | | IHS |
| 1-30 | 2005 | 1200 | 1 cap | C.P. | | IHS |
| 1-30 | 2005 | 1800 | 1 cap | C.P. | | IHS |
| 1-31 | 2005 | 0500 | 1 cap | C.P. | | IHS |
| 1-31 | 2005 | 1200 | 1 cap | C.P. | | IHS |
| 1-31 | 2005 | 1800 | 1 cap | Myn. Pierson | | IHS |
| 2-01 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 2-01 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 2-01 | 2005 | 1800 | 1 cap | C.P. | | IHS |
| 2-02 | 2005 | 0500 | 1 cap | C.P. | | IHS |
| 2-02 | 2005 | 1200 | 1 cap | C.P. | | IHS |
| 2-02 | 2005 | 1800 | 1 cap | C.P. | | IHS |
| 2-3 | 2005 | 0500 | 1 cap | C.P. | | IHS |
| 2-3 | 2005 | 1200 | 1 cap | C.P. | | IHS |
| 2-3 | 2005 | 1800 | 1 cap | C.P. | | IHS |
| XXXX | 2005 | XXXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| IHS | CELLBLOCK 2 | CITY: |

NAME: Cyrus Pierson
MEDICATION: Phenytoin 100 mg (Dilantin)
R/X INSTRUCTIONS: 1 cap 3 x a day

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 2-4 | 2005 | 0500 | 1 cap | C.P. | R. Cole | IHS |
| 2-4 | 2005 | 1200 | 1 cap | C.P. | D. Green | IHS |
| 2-4 | 2005 | 1800 | 1 cap | C.P. | | IHS |
| 2-5 | 2005 | 0500 | 1 cap | C.P. | R. Cole | IHS |
| 2-5 | 2005 | 1200 | 1 cap | C.P. | Morley | IHS |
| 2-5 | 2005 | 1800 | 1 cap | C.P. | Wancy | IHS |
| 2-6 | 2005 | 0500 | 1 cap | C.P. | E. Kelley | IHS |
| 2-6 | 2005 | 1200 | 1 cap | Cosborne | | IHS |
| 2-6 | 2005 | 1800 | 1 cap | Rohrbaugh | C. Cannon | IHS |
| 2-7 | 2005 | 0500 | 1 cap | C.P. | JC Kelley | IHS |
| 2-7 | 2005 | 1200 | 1 cap | C.P. | S. Roach | IHS |
| 2-7 | 2005 | 1800 | 1 cap | C.P. | Mucker | IHS |
| 2/8 | 2005 | 0500 | 1 cap | C.P. | Wancy | IHS |
| 2/8 | 2005 | 1200 | 1 cap | C.P. | | IHS |
| 2/8 | 2005 | 1800 | 1 cap | C.P. | Mucker | IHS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | | |
|---|---|---|
| NAME: Cyrus Pierson | COFFEE COUNTY JAIL | FEDERAL: |
| MEDICATION: Phenytoin 100 mg (Dilantin) | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | MEDICATION SHEET | COUNTY: |
| ~~IHS~~ IHS | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 2/9 | 2005 | 0500 | 1 cap | C.P. | W. Peachen | IHS |
| 2/9 | 2005 | 1200 | 1 cap | B. Johnson | B. Johnson | IHS |
| 2/9 | 2005 | 1800 | 1 cap | | Martha | IHS |
| 2/10 | 2005 | 0500 | 1 cap | C.P. | E. Kelley | IHS |
| 2/10 | 2005 | 1200 | 1 cap | | | IHS |
| 2/10 | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| XXXX | 2005 | XXXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

Cyrus Pierson

Phenytoin Extd 100mg

1 Tab 3x Daily

COFFEE COUNTY JAIL

ACA STANDARD FORM 2-2133

MEDICATION SHEET

CB ___ 2 ___

FEDERAL ___

STATE ___

COUNTY ✓

CITY ___

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|-----|-------------|---------------|--------------------|--------------------|
| 3/12 | 05 | 2000 | 1 Tab | Cyrus Pierson | Morris |
| 3/12 | 05 | 1800 | 1 Tab | Cyrus Pierson | Maney |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT W/NO REFILL _____

CARLOS PRESTO

TAMBALL 75 MG

TABB 2x DAILY

COFFEE COUNTY JAIL

ACA STANDARD FORM 2-2133

MEDICATION SHEET

CB ___ 2

FEDERAL _____

STATE _____

COUNTY ___ 0

CITY _____

| DATE | | | AMOUNT ISSUED | INMATE'S SIGNATURE | OFFICER'S SIGNATURE |
|------|------|------|------|------|------|
| | YR | TIME ISSUED | | | |
| JAN | 06 | 1800 | 1TAB | Cyour Pierson | Mosley |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DATE IN FOR REFILL _____

DATE REFILLED _____

DATE YOU GUT MED REFILL _____



| NAME: Cyrus Pierson | COFFEE COUNTY JAIL | FEDERAL: |
| --- | --- | --- |
| MEDICATION: Tamiflu 75 mg | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 tab 2 x a day | MEDICATION SHEET | COUNTY: |
| IHS | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| --- | --- | --- | --- | --- | --- | --- |
| 3-13 | 2005 | 0500 | 1 cap | Cyrus Pierson | *(signature)* | IHS |
| 3-13 | 2005 | 1800 | 1 cap | Cyrus Pierson | *(signature)* | IHS |
| 3-14 | 2005 | 0500 | 1 cap | Cyrus Pierson | *(signature)* | IHS |
| 3-14 | 2005 | 1800 | 1 cap | Cyrus Pierson | *(signature)* | IHS |
| 3/15 | 2005 | 0500 | 1 cap | Cyrus Pierson | *(signature)* | IHS |
| 3/15 | 2005 | 1800 | 1 cap | Cyrus Pierson | *(signature)* | IHS |
| 3/16 | 2005 | 0500 | 1 cap | Cyrus Pierson | *(signature)* | IHS |
| 3/16 | 2005 | 1800 | 1 cap | Cyrus Pierson | *(signature)* | IHS |
| 3-17 | 2005 | 0500 | 1 cap | Cyrus Pierson | *(signature)* | IHS |
| 3-17 | 2005 | 1800 | ~~1 cap~~ none | out | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT W/NO REFILL 3/17/2005

| | COFFEE COUNTY JAIL | FEDERAL: |
| --- | --- | --- |
| NAME: Cytus Pierson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Cephalexin 500 MG- | MEDICATION SHEET | COUNTY: |
| RX INSTRUCTIONS: 1 Cap 4x daily | CELLBLOCK | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| --- | --- | --- | --- | --- | --- | --- |
| 3-15 | 2005 | 1200 | 1 Cap | Cyrus Pierson | S. Roberts | IHS |
| 3-15 | 2005 | 1800 | 1 Cap | Cyrus Pierson | Nyleen | IHS |
| 3-15 | 2005 | 2200 | 1 Cap | Cyrus Pierson | ML | IHS |
| 3/16 | 2005 | 0500 | | Cyrus Pierson | Warren | IHS |
| 3/16 | 2005 | 1300 | | Cyrus Pierson | M | IHS |
| 3/16 | 2005 | 1800 | | Cyrus Pierson | | IHS |
| 3/16 | 2005 | 2200 | | Cyrus Pierson | | IHS |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | | | COFFEE COUNTY JAIL | FEDERAL: |
| MEDICATION: Phenytoin 100 mg (Dilantin) | | | | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | | | MEDICATION SHEET | COUNTY: |
| | | IHS | | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 3-13 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3-13 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 3-13 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 3-14 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3-14 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 3-14 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 3/15 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3/15 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 3/15 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 3/16 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3/16 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 3/16 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 3-17 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3-17 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 3-17 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | COFFEE COUNTY JAIL | | FEDERAL: |
| MEDICATION: Phenytoin 100 mg (Dilantin) | | ACA STANDARD FORM 2-2133 | | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | MEDICATION SHEET | | COUNTY: |
| | IHS | CELLBLOCK 2 | 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 3-18 | 2005 | 0500 | 1 cap | Cyrus Pierson | R.Cole | IHS |
| 3-18 | 2005 | 1200 | 1 cap | Cyrus Pierson | Wooley | IHS |
| 3-18 | 2005 | 1800 | 1 cap | Cyrus Pierson | McGough | IHS |
| 3-19 | 2005 | 0500 | 1 cap | Cyrus Pierson | E. Kelley | IHS |
| 3-19 | 2005 | 1200 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 3-19 | 2005 | 1800 | 1 cap | Cyrus Pierson | Cole | IHS |
| 3-20 | 2005 | 0500 | 1 cap | Cyrus Pierson | R.Cole | IHS |
| 3-20 | 2005 | 1200 | 1 cap | Cyrus Pierson | McDonald | IHS |
| 3-20 | 2005 | 1800 | 1 cap | Cyrus Pierson | BJ Ray | IHS |
| 3-21 | 2005 | 0500 | 1 cap | Cyrus Pierson | C. Greer | IHS |
| 3-21 | 2005 | 1200 | 1 cap | Cyrus Pierson | Greer | IHS |
| 3-21 | 2005 | 1800 | 1 cap | Cyrus Pierson | Hodge | IHS |
| 3/22 | 2005 | 0500 | 1 cap | Cyrus Pierson | Cole | IHS |
| 3/22 | 2005 | 1200 | 1 cap | Cyrus Pierson | Och | IHS |
| 3/22 | 2005 | 1800 | 1 cap | Cyrus Pierson | Hodge | IHS |
| XXXX | 2005 | XXXXXXXX | XXXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | COFFEE COUNTY JAIL | FEDERAL: |
| MEDICATION: Cephalexin 500 mg | | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 cap 4 x a day | | MEDICATION SHEET | COUNTY: |
| IHS | | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 3-17 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3-17 | 2005 | 1200 | 1 cap | Cyrus Pierson | B. Cox | IHS |
| 3-17 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 3-17 | 2005 | 2200 | 1 cap | Cyrus Pierson | M. Tolbert | IHS |
| 3-18 | 2005 | 0500 | 1 cap | Cyrus Pierson | R.C. | IHS |
| 3-18 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 3-18 | 2005 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 3-18 | 2005 | 2200 | 1 cap | Cyrus Pierson | | IHS |
| 3-19 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3-19 | 2005 | 1200 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 3-19 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 3-19 | 2005 | 2200 | 1 cap | Cyrus Pierson | | IHS |
| 3-20 | 2005 | 0500 | 1 cap | Cyrus Pierson | R. Cle | IHS |
| 3-20 | 2005 | 1200 | 1 cap | Cyrus Pierson | M. Tolbert | IHS |
| 3-20 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 3-20 | 2005 | 2200 | 1 cap | Cyrus Pierson | | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

NAME: Cyrus Pierson

MEDICATION: Cephalexin 500 mg

R/X INSTRUCTIONS: 1 cap 4 x a day

IHS

| | COFFEE COUNTY JAIL | FEDERAL: |
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3-21-05 | 2005 | 1200 | 1 cap | Cyrus Pierson | B. Cole | IHS |
| 3-21-05 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 3/2? | 2005 | 2200 | 1 cap | Cyrus Pierson | | IHS |
| 3/22 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3/22 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 3/22 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 3/22 | 2005 | 2200 | 1 cap | Cyrus Pierson | | IHS |
| 3/23 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 3/23 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 3/23 | 2005 | 1800 | 1 cap | | | IHS |
| 3/23 | 2005 | 2200 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 2200 | 1 cap | | | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | | |
|---|---|---|
| **NAME: Cyrus Pierson** | **COFFEE COUNTY JAIL** | **FEDERAL:** |
| **MEDICATION: Phenytoin 100 mg (Dilantin)** | **ACA STANDARD FORM 2-2133** | **STATE:** |
| **R/X INSTRUCTIONS: 1 cap 3 x a day** | **MEDICATION SHEET** | **COUNTY:** |
| **IHS** | **CELLBLOCK 2** | **CITY:** |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 3/23 | 2005 | 0500 | 1 cap | Royce Med | J. Cramer | IHS |
| 3/23 | 2005 | 1200 | 1 cap | | | IHS |
| 3/23 | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| XXXX | 2005 | XXXXXXXX | XXXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____   DATE REFILLED _____   DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | | | | FEDERAL: | |
|---|---|---|---|---|---|---|
| MEDICATION: Phenytoin 100 mg (Dilantin) | | | COFFEE COUNTY JAIL | | STATE: | |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | | ACA STANDARD FORM 2-2133 | | COUNTY: | |
| ~~Bottle~~ 𝕯𝕳𝕾 𝖆𝖘 𝖔𝖋 4-23-05 | | | MEDICATION SHEET | | CITY: | |
| | | | CELLBLOCK 2 | | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 4-21 | 2005 | 0500 | 1 cap | Cyrus Pierson | | SL |
| 4-21 | 2005 | 1200 | 1 cap | Cyrus Pierson | | SL |
| 4-21 | 2005 | 1800 | 1 cap | Cyrus Pierson | | SL |
| 4-22 | 2005 | 0500 | 1 cap | Cyrus Pierson | | SL |
| 4-22 | 2005 | 1200 | 1 cap | Cyrus Pierson | | THS |
| 4-22 | 2005 | 1800 | 1 cap | Cyrus Pierson | | THS |
| 4-23 | 2005 | 0500 | 1 cap | Cyrus Pierson | | THS |
| 4-23 | 2005 | 1200 | 1 cap | Cyrus Pierson | | THS |
| 4-23 | 2005 | 1800 | 1 cap | Cyrus Pierson | | THS |
| 4-24 | 2005 | 0500 | 1 cap | Cyrus Pierson | | THS |
| 4-24 | 2005 | 1200 | 1 cap | Cyrus Pierson | | THS |
| 4-24 | 2005 | 1800 | 1 cap | Cyrus Pierson | | THS |
| 4-25 | 2005 | 0500 | 1 cap | Cyrus Pierson | | THS |
| 4-25 | 2005 | 1200 | 1 cap | Cyrus Pierson | | THS |
| 4-25 | 2005 | 1800 | 1 cap | Cyrus Pierson | | THS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

NAME: Cyrus Pearson

MEDICATION: Phenytoin 100mg

R/X INSTRUCTIONS: 1 cap 3x daily

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 4/26 | 2005 | 0500 | 1 cap | Cyrus Pearson | L. Cleve / refused | HS |
| 4/26 | 2005 | 1800 | 1 cap | Cyrus Pearson | | HS |
| 4/26 | 2005 | 1800 | 1 cap | Cyrus Pearson | | HS |
| 4-27 | 2005 | 0500 | 1 cap | Cyrus Pearson | Murphy | HS |
| 4-27 | 2005 | 1800 | 1 cap | Cyrus Pearson | James West | HS |
| 4-27 | 2005 | 1800 | 1 cap | Cyrus Pearson | Case | HS |
| | 2005 | | | Cyrus Pearson | Murphy | HS |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |

DATE IN FOR REFILL _____  DATE REFILLED _____  DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | COFFEE COUNTY JAIL | | FEDERAL: |
|---|---|---|---|---|
| MEDICATION: Phenytoin 100 mg (Dilantin) | | ACA STANDARD FORM 2-2133 | | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | MEDICATION SHEET | | COUNTY: |
| IHS | | CELLBLOCK 2 | | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 4-28 | 2005 | 0500 | 1 cap | Cyrus Pierson | C. Kelly | IHS |
| 4-28 | 2005 | 1200 | 1 cap | | | IHS |
| 4-28 | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS. |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| | 2005 | 0500 | 1 cap | | | IHS |
| | 2005 | 1200 | 1 cap | | | IHS |
| | 2005 | 1800 | 1 cap | | | IHS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

NEW MED SHEET REQUIRED

| | | COFFEE COUNTY JAIL | | FEDERAL: |
|---|---|---|---|---|
| NAME: Cyrus Pierson | | ACA STANDARD FORM 2-2133 | | STATE: |
| MEDICATION: Phenytoin 100 mg | | MEDICATION SHEET | | COUNTY: |
| R/X INSTRUCTIONS: 1 Tab 3 x Daily | | CELLBLOCK 2 | | CITY: |
| Cyps | | | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 6-29 | 2005 | 1800 | 1 Tab | Cyrus Pierson | Holbert | SL |
| 6-30 | 2005 | 0530 | 1 do | Cyrus Pierson | R. Cox | SL |
| 6-30 | 2005 | 1230 | 1 do | Cyrus Pierson | Moore | SL |
| 6-30 | 2005 | 1800 | 1 do | Cyrus Pierson | Holbert | SL |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Pierson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Phenytoin 100 mg (Dilantin) | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | CELLBLOCK 2 | CITY: |
| Bottle | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 7-1 | 2005 | 0500 | 1 cap | Cyrus Pierson | C. Nell | SL |
| 7-1 | 2005 | 1200 | 1 cap | Cyrus Pierson | D. Cross | SL |
| 7-1 | 2005 | 1800 | 1 cap | Cyrus Pierson | c/o Cross | SL |
| 7-2 | 2005 | 0500 | 1 cap | Cyrus Pierson | R. Cole | SL |
| 7-2 | 2005 | 1200 | 1 cap | Cyrus Pierson | Nancy | SL |
| 7-2 | 2005 | 1800 | 1 cap | Cyrus Pierson | Ward | SL |
| 7-3 | 2005 | 0500 | 1 cap | Cyrus Pierson | | SL |
| 7-3 | 2005 | 1200 | 1 cap | Cyrus Pierson | Tollest | SL |
| 7-3 | 2005 | 1800 | 1 cap | Cyrus Pierson Nest | | SL |
| 7-4 | 2005 | 0500 | 1 cap | Cyrus Pierson | R. Cole | SL |
| 7-4 | 2005 | 1200 | 1 cap | Cyrus Pierson | S. Roberts | SL |
| 7-4 | 2005 | 1800 | 1 cap | Cyrus Pierson | M. Tollett | SL |
| 7/5 | 2005 | 0500 | 1 cap | Refused | c/o Cross | WSC |
| 7/5 | 2005 | 1200 | 1 cap | Cyrus Pierson | D. Cross | WSC |
| 7/5 | 2005 | 1800 | 1 cap | Cyrus Pierson | M. Tollett | WSC |
| XXXX | 2005 | XXXXXXXX | XXXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL ___    DATE REFILLED ___    DATE MED OUT w/NO REFILL ___

| NAME: Cyrus Pierson | | | COFFEE COUNTY JAIL | | FEDERAL: |
|---|---|---|---|---|---|
| MEDICATION: Phenytoin 100 mg (Dilantin) | | | ACA STANDARD FORM 2-2133 | | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | | MEDICATION SHEET | | COUNTY: |
| Bottle   IHS | | | CELLBLOCK 2 | | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 7/6 | 2005 | 0500 | 1 cap | Cyrus Pierson | C/o Crosby | Manny |
| 7/6 | 2005 | 1200 | 1 cap | Cyrus Pierson | Money | IHS |
| 7/6 | 2005 | 1800 | 1 cap | Cyrus Pierson | W. Talbert | IHS |
| 7-7 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 7-7 | 2005 | 1200 | 1 cap | Cyrus Pierson | S. Perry | IHS |
| 7-7 | 2005 | 1800 | 1 cap | Cyrus Pierson | S. Roberts | IHS |
| 7-8 | 2005 | 0500 | 1 cap | Cyrus Pierson | Follett | IHS |
| 7-8 | 2005 | 1200 | 1 cap | Cyrus Pierson | C. Kelly | IHS |
| 7-8 | 2005 | 1800 | 1 cap | Cyrus Pierson | Money | IHS |
| 7-9 | 2005 | 0500 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 7-9 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 7-9 | 2005 | 1800 | 1 cap | Cyrus Pierson | Money | |
| 7-10 | 2005 | 0500 | 1 cap | Cyrus Pierson | McCormick | |
| 7-10 | 2005 | 1200 | 1 cap | Cyrus Pierson | | |
| 7-10 | 2005 | 1800 | 1 cap | Cyrus Pierson | Money | |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL: _____   DATE REFILLED _____   DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | | COFFEE COUNTY JAIL | | FEDERAL: |
|---|---|---|---|---|---|
| MEDICATION: Phenytoin 100 mg (Dilantin) | | | ACA STANDARD FORM 2-2133 | | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | | MEDICATION SHEET | | COUNTY: |
| IHS | | | CELLBLOCK 2 | | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 7-1 | 2005 | 0500 | 1 cap | Cyrus Pierson | E. Weed | IHS |
| 7-1 | 2005 | 1200 | 1 cap | Cyrus Pierson | O. Greer | IHS |
| 7-1 | 2005 | 1800 | 1 cap | Cyrus Pierson | M. Tolbert | IHS |
| 7-12 | 2005 | 0500 | 1 cap | Cyrus Pierson | c/o Mason | IHS |
| 7-12 | 2005 | 1200 | 1 cap | Cyrus Pierson | Mason | IHS |
| 7-12 | 2005 | 1800 | 1 cap | Cyrus Pierson | M. Tolbert | IHS |
| 7-13 | 2005 | 0500 | 1 cap | Cyrus Pierson | Mason | IHS |
| 7-13 | 2005 | 1200 | 1 cap | Cyrus Pierson | Tolbert | IHS |
| 7-13 | 2005 | 1800 | 1 cap | Cyrus Pierson | Tolbert | IHS |
| 7-14 | 2005 | 0500 | 1 cap | Cyrus Pierson | R. Coe | IHS |
| 7-14 | 2005 | 1200 | 1 cap | Cyrus Pierson | Massey | IHS |
| 7-14 | 2005 | 1800 | 1 cap | Cyrus Pierson | Tolbert | IHS |
| 7-15 | 2005 | 0500 | 1 cap | Cyrus Pierson | R. Coe | IHS |
| 7-15 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 7-15 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | COFFEE COUNTY JAIL | FEDERAL: |
| --- | --- | --- |
| MEDICATION: Phenytoin 100 mg (Dilantin) | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | MEDICATION SHEET | COUNTY: |
| IHS | CELLBLOCK 4 3 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| --- | --- | --- | --- | --- | --- | --- |
| 7-16 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 7-16 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 7-16 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 7-17 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 7-17 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 7-17 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 7-8 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 7-8 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 7-8 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 7/9 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 7/9 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 7/9 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 7/20 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 7/20 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 7/20 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

NAME: Chris Pierson

| | |
|---|---|
| COFFEE COUNTY JAIL | FEDERAL: |
| ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION SHEET | COUNTY: |
| CELLBLOCK 3 | CITY: |

MEDICATION: Trazodone 100 mg

R/X INSTRUCTIONS: 1 cap 3X a day

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 7-21 | 2005 | 0530 | 1 cap | Cyrus Pierson | R. Cole | JHS |
| 7-21 | 2005 | 1200 | 1 cap | Cyrus Pierson | McCornish | JHS |
| 7-21 | 2005 | 1800 | 1 cap | Cyrus Pierson | Vincent | JHS |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | | | COFFEE COUNTY JAIL | | FEDERAL: |
|---|---|---|---|---|---|---|
| MEDICATION: Phenytoin 100 mg (Dilantin) | | | | ACA STANDARD FORM 2-2133 | | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | | | MEDICATION SHEET | | COUNTY: |
| | IHS | | | CELLBLOCK # 3 | 3 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 7/22 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 7/22 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 7/22 | 2005 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 7/23 | 2005 | 0500 | 1 cap | Cyrus Pierson | R. Cel | IHS |
| 7/23 | 2005 | 1200 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 7/23 | 2005 | 1800 | 1 cap | Refuse | Brenta | IHS |
| 7/24 | 2005 | 0500 | 1 cap | Received | SE | IHS |
| 7/24 | 2005 | 1200 | 1 cap | Cyrus Pierson | Tolbert | IHS |
| 7/24 | 2005 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 7/25 | 2005 | 0500 | 1 cap | Cyrus Pierson | R. Cel | IHS |
| 7/25 | 2005 | 1200 | 1 cap | Cyrus Pierson | One Sept | IHS |
| 7/25 | 2005 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 7/26 | 2005 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 7/26 | 2005 | 1200 | 1 cap | Cyrus Pierson | Q Oson | IHS |
| 7/26 | 2005 | 1800 | 1 cap | Cyrus Pierson | Tolbert | IHS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL          DATE REFILLED          DATE MED OUT W/NO REFILL

| | COFFEE COUNTY JAIL | FEDERAL: |
| NAME: Curtis Pinson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Phenytek 100mg | MEDICATION SHEET | COUNTY: |
| RX INSTRUCTIONS: 1 cap 3 x daily | CELLBLOCK 3 | CITY: |
| 1HS | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|------|-----|-------------|-------------|--------------------|-----------------------------|-----------------|
| 7/27 | 2005 | 0500 | 1 cap | Curtis Pinson | C/o B. Cross | 1HS |
| 7/27 | 2005 | 1200 | 1 cap | Curtis Pinson | | 1HS |
| 7/27 | 2005 | 1800 | 1 cap | Curtis Pinson | | 1HS |
| 7/28 | 2005 | 0550 | 1 cap | Curtis Pinson | E. Kelly | 1HS |
| 7/28 | 2005 | 1200 | 1 cap | Curtis Pinson | | 1HS |
| 7/28 | 2005 | 1800 | 1 cap | Curtis Pinson | | 1HS |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |

DATE IN FOR REFILL_____    DATE REFILLED_____    DATE MED OUT w/NO REFILL_____

| NAME: Cyrus Pierson | COFFEE COUNTY JAIL | FEDERAL: |
| MEDICATION: Phenytoin 100 mg (Dilantin) | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | MEDICATION SHEET | COUNTY: |
| IHS | CELLBLOCK 012 2 | CITY: 6 |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 7-29 | 2005 | 0500 | 1 cap | | R.Col | IHS |
| 7-29 | 2005 | 1200 | 1 cap | | McCornick | IHS |
| 7-29 | 2005 | 1800 | 1 cap | | | IHS |
| 7-30 | 2005 | 0500 | 1 cap | | | IHS |
| 7-30 | 2005 | 1200 | 1 cap | | | IHS |
| 7-30 | 2005 | 1800 | 1 cap | | McCornish | IHS |
| 7-31 | 2005 | 0500 | 1 cap | | McCornich | IHS |
| 7-31 | 2005 | 1200 | 1 cap | | R.Col | IHS |
| 7-31 | 2005 | 1800 | 1 cap | | Werito | IHS |
| 8-1 | 2005 | 0500 | 1 cap | | | IHS |
| 8-1 | 2005 | 1200 | 1 cap | | S.Roberts | IHS |
| 8-1 | 2005 | 1800 | 1 cap | | S.Roberts | IHS |
| 8/2 | 2005 | 0500 | 1 cap | | | IHS |
| 8/2 | 2005 | 1200 | 1 cap | | Garner | IHS |
| 8/2 | 2005 | 1800 | 1 cap | | Tolbert | IHS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson |
|---|
| MEDICATION: Phenytion 100 mg (Dilantin) |
| R/X INSTRUCTIONS: 1 CAP 3 X A DAY |
| IHS |

| COFFEE COUNTY JAIL |
|---|
| ACA STANDARD FORM 2-2133 |
| MEDICATION SHEET |
| CELLBLOCK 2 |

| FEDERAL: |
|---|
| STATE: |
| COUNTY: |
| CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 8/3 | 2005 | 0500 | 1 CAP | Cyrus Pierson | C.O. Cramer | IHS |
| 8/3 | 2005 | 12.00 | 1 CAP | Cyrus Pierson | | IHS |
| 8/3 | 2005 | 1500 | 1 CAP | Cyrus Pierson | | IHS |
| 8/4 | 2005 | 0530 | 1 cap | Cyrus Pierson | | IHS |
| 8/4 | 2005 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 8/4 | 2005 | 1500 | 1 cap | | | IHS |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |
| | 2005 | | | | | |

DATE IN FOR REFILL _____     DATE REFILLED _____     DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | | | | FEDERAL: | |
| --- | --- | --- | --- | --- | --- | --- |
| MEDICATION: Phenytoin 100 mg (Dilantin) | | | | COFFEE COUNTY JAIL | STATE: | |
| R/X INSTRUCTIONS: 1 cap 3 x a day | | | | ACA STANDARD FORM 2-2133 | COUNTY: | |
| | | | | MEDICATION SHEET | | |
| | IHS | | | CELLBLOCK 2        6 | CITY: | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| --- | --- | --- | --- | --- | --- | --- |
| 8-5 | 2005 | 0500 | 1 cap | Refused | | IHS |
| 8-5 | 2005 | 1200 | 1 cap | Refused | | IHS |
| 8-5 | 2005 | 1800 | 1 cap | Refused | | IHS |
| 8-6 | 2005 | 0500 | 1 cap | | | IHS |
| 8-6 | 2005 | 1200 | 1 cap | | | IHS |
| 8-6 | 2005 | 1800 | 1 cap | | | IHS |
| 8-7 | 2005 | 0500 | 1 cap | Refused | | IHS |
| 8-7 | 2005 | 1200 | 1 cap | | | IHS |
| 8-7 | 2005 | 1800 | 1 cap | | | IHS |
| 8-8 | 2005 | 0500 | 1 cap | | | IHS |
| 8-8 | 2005 | 1200 | 1 cap | Refused | | IHS |
| 8-8 | 2005 | 1800 | 1 cap | | | IHS |
| 8-9 | 2005 | 0500 | 1 cap | | | IHS |
| 8-9 | 2005 | 1200 | 1 cap | | | IHS |
| 8-9 | 2005 | 1800 | 1 cap | | | IHS |
| XXXX | 2005 | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL_____     DATE REFILLED_____     DATE MED OUT w/NO REFILL_____

| | | | | | COFFEE COUNTY JAIL | | FEDERAL: |
| NAME: Cyrus Preson | | | | | ACA STANDARD FORM 2-2133 | | STATE: |
| MEDICATION: Phenytoin 100mg | | | | | MEDICATION SHEET | | COUNTY: |
| R/X INSTRUCTIONS: 1 cap 3x/day DHS | | | | | CELLBLOCK 2 | | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|------|----|-----------|-----------|------|------|------|
| 12-29 | 2005 | 0500 | 1 cap | Cyrus Pearson | J Williams | IHS |
| 12-29 | 2005 | 1200 | 1 cap | Cyrus Pearson | Kerns | IHS |
| 12-29 | 2005 | 1800 | 1 cap | Cyrus Pearson | McCormick | IHS |
| 12-30 | 2005 | 0500 | 1 cap | Cyrus Pearson | Keel | IHS |
| 12-30 | 2005 | 1200 | 1 cap | Cyrus Pearson | RM | IHS |
| 12-30 | 2005 | 1800 | 1 cap | Cyrus Pearson | Co Widolder | IHS |
| 12-31 | 2005 | 0500 | 1 cap | Cyrus Pearson | R Gee | IHS |
| 12-31 | 2005 | 1200 | 1 cap | Cyrus Pearson | Kerns | IHS |
| 12-31 | 2005 | 1800 | 1 cap | Cyrus Pearson | Co Wilder | IHS |
| 01-01 | 2006 | 0500 | 1 cap | Cyrus Pearson | R Gee | IHS |
| 01-01 | 2006 | 1200 | 1 cap | Cyrus Pearson | McCormick | IHS |
| 01-01 | 2006 | 1800 | 1 cap | Cyrus Pearson | Co | IHS |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK 2 (6) | CITY: |

**NAME:** Cyrus Pierson
**MEDICATION:** Meclizin 100 MG
**R/X INSTRUCTIONS:** 1 Cap 3x a day
IHS

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 1/2 | 2006 | 0500 | 1 cap | Cyrus Pierson | e. Talley | IHS |
| 1/2 | 2006 | 1200 | 1 cap | Cyrus Pierson | M. Tollbert | IHS |
| 1/2 | 2006 | 1800 | 1 cap | Cyrus Pierson | V. McCormick | IHS |
| 1/3 | 2006 | 0500 | 1 cap | Cyrus Pierson | V. Valder | IHS |
| 1/3 | 2006 | 1200 | 1 cap | Cyrus Pierson | M. Tollbert | IHS |
| 1/3 | 2006 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| 1/4 | 2006 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 1/4 | 2006 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 1/4 | 2006 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 1/5 | 2006 | 0500 | 1 cap | Cyrus Pierson | R. Cato | IHS |
| 1/5 | 2006 | 1200 | 1 cap | Cyrus Pierson | M. Tollbert | IHS |
| 1/5 | 2006 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 1/6 | 2006 | 0500 | 1 cap | Cyrus Pierson | R. Cato | IHS |
| 1/6 | 2006 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 1/6 | 2006 | 1800 | 1 cap | Cyrus Pierson | Valder | IHS |
| | 2006 | | | | | |

**DATE IN FOR REFILL** ___    **DATE REFILLED** ___    **DATE MED OUT w/NO REFILL** ___

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | -CELLBLOCK    2   (4) | CITY: |

NAME: Cyrus Pierson
MEDICATION: Phenytoin 100 mg
R/X INSTRUCTIONS: 1 cap 3 Xa day
IHS

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 1-7 | 2006 | 0500 | 1 cap | Cyrus Pierson | A. Williams | IHS |
| 1-7 | 2006 | 1200 | 1 cap | Cyrus Pierson | mom | IHS |
| 1-7 | 2006 | 1800 | 1 cap | Cyrus Pierson | Wilder | IHS |
| 1-8 | 2006 | 0500 | 1 cap | Cyrus Pierson | S. Nettles | IHS |
| 1-8 | 2006 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 1-8 | 2006 | 1800 | 1 cap | Cyrus Pierson | Wilder | IHS |
| 1-9 | 2006 | 0500 | 1 cap | Cyrus Pierson | Rad | IHS |
| 1-9 | 2006 | 1200 | 1 cap | Cyrus Pierson | S. Roberts | IHS |
| 1-9 | 2006 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 1/10 | 2006 | 0500 | 1 cap | Cyrus Pierson | Co Welder | IHS |
| 1/10 | 2006 | 1200 | 1 cap | Cyrus Pierson | Oberr | IHS |
| 1/10 | 2006 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 1/11 | 2006 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 1/11 | 2006 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 1/11 | 2006 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 1-12 | 2006 | 0500 | 1 cap | Cyrus Pierson | A. Williams | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT W/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Iverson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Neurontin 600mg | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 1 Q Bradley | CELLBLOCK Z | CITY: |
| IHS | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 1-22 | 2006 | 0500 | 1 tab | Refused | F Williams | IHS |
| 1-22 | 2006 | 1200 | 1 tab | Cyrus Pierson | McCormick | IHS |
| 1-22 | 2006 | 1850 | 1 tab | Cyrus Pierson | C. James Pierce | IHS |
| 1-23 | 2006 | 050 | 1 tab | Refused | K.Cole | IHS |
| 1-23 | 2006 | 1200 | 1 tab | Cyrus Pierson | M | IHS |
| 1-23 | 2006 | 1850 | 1 tab | Cyrus Pierson | McCormick | IHS |
| 1/24 | 2006 | 0500 | 1 tab | Cyrus Pierson | Varey | IHS |
| 1/24 | 2006 | 1200 | 1 tab | Cyrus Pierson | Breen | IHS |
| 1/24 | 2006 | 1800 | 1 tab | Cyrus Pierson | McCormick | IHS |
| 1/25 | 2006 | 0500 | 1 tab | Cyrus Pierson | Varey | IHS |
| 1/25 | 2006 | 1200 | 1 tab | Cyrus Pierson | | IHS |
| 1/25 | 2006 | 1800 | 1 tab | Cyrus Pierson | McCormick | IHS |
| 1-26 | 2006 | 0500 | 1 Cap | Refused | Varey | IHS |
| 1-26 | 2006 | 1200 | 1 Cap | Cyrus Pierson | Cole | IHS |
| 1-26 | 2006 | 1800 | 1 Cap | Cyrus Pierson | McCormick | IHS |
| | 2006 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT W/NO REFILL _____

NAME: Cyrus Pierson
MEDICATION: Phenytoin 100mg
R/X INSTRUCTIONS: 1 cap 3 x a day
IHS

| COFFEE COUNTY JAIL |
| ACA STANDARD FORM 2-2133 |
| MEDICATION SHEET |
| CELLBLOCK 2 |

FEDERAL:
STATE:
COUNTY:
CITY:
4

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| — | 2006 | 0500 | | Cyrus Pierson | | IHS |
| 1-12 | 2005 | 1200 | 1200 | Cyrus Pierson | Mary Tollert | IHS |
| 1-12 | 2006 | 1800 | 1800 | Cyrus Pierson | | IHS |
| 1-13 | 2006 | 0500 | | Cyrus Pierson | | IHS |
| 1-13 | 2006 | 1200 | | Cyrus Pierson | M. Tollert | IHS |
| 1-13 | 2006 | 1800 | | Cyrus Pierson | | IHS |
| 1-14 | 2006 | 0500 | | Cyrus Pierson | | IHS |
| 1-14 | 2006 | 1200 | | Cyrus Pierson | | IHS |
| 1-14 | 2006 | 1800 | | Cyrus Pierson | | IHS |
| 1-15 | 2006 | 0500 | | Cyrus Pierson | | IHS |
| 1-15 | 2006 | 1200 | | Cyrus Pierson | M.Kosnick | IHS |
| 1-15 | 2006 | 1800 | | Cyrus Pierson | | IHS |
| 1-16 | 2006 | 0500 | | Cyrus Pierson | R.Coe | IHS |
| 1-16 | 2006 | 1200 | | Cyrus Pierson | M.Tollert | IHS |
| 1-16 | 2006 | 1800 | | Cyrus Pierson | M.Kosnick | IHS |
| XXXX | XX | XXXXXXXX | XXXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____   DATE REFILLED _____   DATE MED OUT w/NO REFILL _____

NAME: Cyrus Pierson
MEDICATION: Doxepine 100 mg
R/X INSTRUCTIONS: 1 tab 3 x a day
IHS

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 1/17 | 2006 | 0500 | 1 cap | Cyrus Pierson | | IHS |
| 1/17 | 2005 | 1200 | 1 cap | Cyrus Pierson | M. Totherl | IHS |
| 1/17 | 2006 | 1800 | 1 cap | Cyrus Pierson | M By | IHS |
| 1/18 | 2006 | 0500 | 1 cap | Cyrus Pierson | EC Weldon | IHS |
| 1/18 | 2006 | 1200 | 1 cap | Cyrus Pierson | | IHS |
| 1/18 | 2006 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 1-9 | 2006 | 0500 | 1 cap | Cyrus Pierson | D Williams | IHS |
| 1-9 | 2006 | 1200 | 1 cap | Cyrus Pierson | Nixon | IHS |
| 1-9 | 2006 | 1800 | 1 cap | Cyrus Pierson | McCormick | IHS |
| 2-1 | 2006 | 0500 | 1 cap | Refused | R.C. | IHS |
| 2-1 | 2006 | 1200 | 1 cap | Cyrus Pierson | C. Curry | IHS |
| 2-1 | 2006 | 1800 | 1 cap | Cyrus Pierson | EC Weldon | IHS |
| 2-1 | 2006 | 0500 | 1 cap | Refused | R. Cole | IHS |
| 2-1 | 2006 | 1200 | 1 cap | Cyrus Pierson | Warren | IHS |
| 2-1 | 2006 | 1800 | 1 cap | Cyrus Pierson | | IHS |
| XXXX | XX | XXXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED XXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Pierson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Phenytoin 100 mg | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: cap 3x daily | CELLBLOCK | CITY: |
| re pack into envelopes | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 1-27 | 2006 | 0500 | 1 cap | Refused | H Williams | SR |
| 1-27 | 2006 | 1200 | 1 cap | Cyrus Pierson | J Roberts | SR |
| 1-27 | 2006 | 1800 | 1 cap | Cyrus Pierson | Mares | SR |
| 1-28 | 2006 | 0500 | 1 cap | Refused | A Cole | SR |
| 1-28 | 2006 | 1200 | 1 cap | Cyrus Pierson | Williams | SR |
| 1-28 | 2006 | 1800 | 1 cap | Refused | | SR |
| 1-29 | 2006 | 0500 | 1 cap | Refused | Castro | SR |
| 1-29 | 2006 | 1200 | 1 cap | Cyrus Pierson | Kelley | SR |
| 1-29 | 2006 | 1800 | 1 cap | Cyrus Pierson | McCormick | SR |
| 1-30 | 2006 | 0500 | 1 cap | Cyrus Pierson | Wilder | L |
| 1-30 | 2006 | 1200 | 1 cap | Cyrus Pierson | Williams | BC |
| 1-30 | 2006 | 1800 | 1 cap | Cyrus Pierson | McElvey | BC |
| 1/31 | 2006 | 0500 | 1 cap | Cyrus Pierson | McCormick | WSE |
| 1/31 | 2006 | 1300 | 1 cap | Cyrus Pierson | Wilder | WSE |
| 1/31 | 2006 | 1800 | 1 cap | Cyrus Pierson | Money | WSE |
| | 2006 | | | | McCormick | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Pearson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Trenytoin 100mg | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 2/01 | 2006 | 0500 | 1 cap | Cyrus Pearson | Co Overton | JHSC |
| 2/01 | 2005 | 1200 | 1 cap | Cyrus Pearson | Morris | JHSC |
| 2/01 | 2006 | 1800 | 1 cap | Cyrus Pearson | M. B | WHSC |
| 2-2 | 2006 | 0500 | 1 cap | Refused | R. Ross | St |
| 2-8 | 2006 | 1200 | 1 cap | Cyrus Pearson | R. Goss | St |
| 2-2 | 2006 | 1800 | 1 cap | Cyrus Pearson | M. B | St |
| 2-3 | 2006 | 0500 | 1 cap | Refused | C. Offord | St |
| 2-3 | 2006 | 1200 | 1 cap | Cyrus Pearson | Morris | St |
| 2-3 | 2006 | 1800 | 1 cap | Cyrus Pearson | C. Offord | St |
| 2-4 | 2006 | 0500 | 1 cap | Cyrus Pearson | B Williams | St |
| 2-4 | 2006 | 1200 | 1 cap | Cyrus Pearson | Kent | St |
| 2-4 | 2006 | 1800 | 1 cap | Cyrus Pearson | | St |
| 2-5 | 2006 | 0500 | 1 cap | Cyrus Pearson | R Lij | St |
| 2-5 | 2006 | 1200 | 1 cap | Cyrus Pearson | McCormick | St |
| 2-5 | 2006 | 1800 | 1 cap | Cyrus Pearson | | St |
| XXXX | XX | XXXXXXXX | XXXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pearson | | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|---|
| MEDICATION: Phenytoin 100 mg | | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 tab 3 x a day | | MEDICATION SHEET | COUNTY: |
| Bottle | | CELLBLOCK B | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 2-6 | 2006 | 0500 | 1 cap | Cyrus A Pearson | | |
| 2-6 | 2005 | 1200 | 1 cap | Cyrus Pearson | | |
| 2-6 | 2006 | 1800 | 1 cap | Cyrus Pearson | McCurnick | |
| 2/7 | 2006 | 0500 | 1 cap | Cyrus Pearson | Cramer/cw | cw |
| | 2006 | 1200 | | (out) | | |
| | 2006 | 1800 | 1 CAP | | McCurnick | |
| | 2006 | 0500 | | | | IHS |
| | 2006 | 1200 | | | | IHS |
| | 2006 | 1800 | | | | IHS |
| | 2006 | 0500 | | | | IHS |
| | 2006 | 1200 | | | | IHS |
| | 2006 | 1800 | | | | IHS |
| | 2006 | 0500 | | | | IHS |
| | 2006 | 1200 | | | | IHS |
| | 2006 | 1800 | | | | IHS |
| XXXX | XX | XXXXXXXX | XXXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | | FEDERAL: |
|---|---|---|
| | COFFEE COUNTY JAIL | STATE: |
| NAME: Cyrus Person | ACA STANDARD FORM 2-2133 | COUNTY: |
| MEDICATION: Neurontin 100 MG | MEDICATION SHEET | CITY: |
| R/X INSTRUCTIONS: Cap 3x Daily | CELLBLOCK 2  4te | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 2-1 | 2006 | 2200 | 1cap | Cyrus Person | R.Cope | THS |
| 2-1 | 2006 | 1800 | 1cap | Cyrus Person | te tolar | THS |
| 2-12 | 2006 | 0520 | 1cap | Refused | BWilliams | THS |
| 2-12 | 2006 | 1200 | cap | Cyrus Person | | THS |
| 2-12 | 2006 | 1800 | cap | Cyrus Person | Carey | THS |
| 2-13 | 2006 | 0530 | 1cap | Cyrus Person | R.Cope | THS |
| 2-13 | 2006 | 1200 | 1cap | Cyrus Person | M.Tolbert | THS |
| 2-13 | 2006 | 1800 | 1cap | Cyrus Person | M.B | THS |
| 2/14 | 2006 | 0500 | 1cap | Cyrus Person | CBennon | JMB |
| 2/14 | 2006 | 1200 | 1cap | Cyrus Person | OCope | JMB |
| 2/14 | 2006 | 1800 | 1cap | Cyrus Person | McCormick | THS |
| 2/15 | 2006 | 0500 | 1cap | Cyrus Person | leigldon | THS |
| 2/15 | 2006 | 1200 | 1cap | Cyrus Person | JMmer | THS |
| 2/15 | 2006 | 1800 | 1cap | Cyrus Person | McCormick | JMB |
| | 2006 | | | | | |
| | 2006 | | | | | |

DATE IN FOR REFILL _____  DATE REFILLED _____  DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | COFFEE COUNTY JAIL | FEDERAL: |
| MEDICATION: Acyclovir | | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 tab 3 x a day | | MEDICATION SHEET | COUNTY: |
| IHS | | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 2/16 | 2006 | 0500 | 1 tab | Cyrus Pierson | | IHS |
| 2/16 | 2005 | 1200 | 1 tab | Cyrus Pierson | | IHS |
| 2/16 | 2006 | 1800 | 1 tab | Cyrus Pierson | McCormick | IHS |
| 2-17 | 2006 | 0500 | 1 tab | Cyrus Pierson | Williams | IHS |
| 2-17 | 2006 | 1200 | 1 tab | Cyrus Pierson | | IHS |
| 2-17 | 2006 | 1800 | 1 tab | Cyrus Pierson | | IHS |
| 2-18 | 2006 | 0500 | 1 tab | Cyrus Pierson | Williams | IHS |
| 2-18 | 2006 | 1200 | 1 tab | | | IHS |
| 2-18 | 2006 | 1800 | 1 tab | | | IHS |
| 2-19 | 2006 | 0500 | 1 tab | | | IHS |
| 2-19 | 2006 | 1200 | 1 tab | | McCormick | IHS |
| 2-19 | 2006 | 1800 | 1 tab | | | IHS |
| 2-20 | 2006 | 0500 | 1 Tab | | Williams | IHS |
| 2-20 | 2006 | 1200 | 1 Tab | | M. Pflert | IHS |
| 2-20 | 2006 | 1800 | 1 Tab | (NEW MED SHEET REQUIRED) | McCormick | IHS |
| XXXX | XX | XXXXXXX | XXXXXXX | XXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | | | | COFFEE COUNTY JAIL | FEDERAL: |
| MEDICATION: Phenytoin | | | | | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 tab 3 x a day | | | | | MEDICATION SHEET | COUNTY: |
| 1t5    cap | | | | | CELLBLOCK 2    tk | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|------|----|----|----|----|----|----|
| 2/21 | 2006 | 0500 | 1 tab | Cyrus Pierson | Widders | tk |
| 2/21 | 2005 | 1200 | 1 tab | Cyrus Pierson | CCox | tk |
| 2/21 | 2006 | 1800 | 1 tab | Cyrus Pierson | McCormick | tk |
| 2/22 | 2006 | 0500 | 1 tab | Cyrus Pierson | Seager | tk |
| 2/22 | 2006 | 1200 | 1 tab | Cyrus Pierson | Talbert | tk |
| 2/22 | 2006 | 1800 | 1 tab | Cyrus Pierson | McCormick | tk |
| 2-23 | 2006 | 0500 | cap | Cyrus Pierson | PB | JtB |
| 2-22 | 2006 | 1200 | cap | Cyrus Pierson | Robert | JtB |
| 2-23 | 2006 | 1800 | cap | Cyrus Pierson | McCormick | SAT |
| 2-24 | 2006 | 0500 | cap | Refused | Kilar | JtB |
| 2-24 | 2006 | 1200 | cap | Cyrus Pierson | CCox | JtB |
| 2-24 | 2006 | 1800 | cap | Cyrus Pierson | W. Roberts | JtB |
| 2-25 | 2006 | 0500 | cap | Cyrus Pierson | Kilar | JtB |
| 2-25 | 2006 | 1200 | cap | Cyrus Pierson | Murray | JtB |
| 2-25 | 2006 | 1800 | cap | Cyrus Pierson | | JtB |
| XXXX | XX | XXXXXXX | XXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK   B   (#4) | CITY: |

NAME: Cyrus Pierson
MEDICATION: Methadone 100 mg
RX INSTRUCTIONS: 1 cap 3x a day
THS

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 2-26 | 2006 | 0850 | 1 cap | Cyrus Pierson | R. Cole | THS |
| 2-26 | 2006 | 1200 | 1 cap | Cyrus Pierson | McCormick | THS |
| 2-26 | 2006 | 1800 | 1 cap | Cyrus Pierson | Cramer? | THS |
| 2-27 | 2006 | 0500 | 1 cap | Cyrus Pierson | R. Cole | THS |
| 2-27 | 2006 | 1200 | 1 cap | Cyrus Pierson | M. Tolbert | THS |
| 2-27 | 2006 | 1800 | 1 cap | Received didn't sign | McCormick | THS |
| 2-28 | 2006 | 0500 | 1 cap | Cyrus Pierson | Willis | THS |
| 2-28 | 2006 | 1200 | 1 cap | Cyrus Pierson | | THS |
| 2-28 | 2006 | 1800 | 1 cap | Cyrus Pierson | McCormick | THS |
| 3-1 | 2006 | 0500 | 1 cap | Cyrus Pierson | | THS |
| 3-1 | 2006 | 1200 | 1 cap | Cyrus Pierson | | THS |
| 3-1 | 2006 | 1800 | 1 cap | Cyrus Pierson | | THS |
| 3-2 | 2006 | 0850 | 1 cap | Cyrus Pierson | M. B? | THS |
| 3-2 | 2006 | 1200 | 1 cap | Cyrus Pierson | R. Cole | THS |
| 3-2 | 2006 | 1800 | 1 cap | Cyrus Pierson | Nym | THS |
| | 2006 | | | Cyrus Pierson | Crew | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT W/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK 2 (#6) | CITY: |

NAME: Cyrus Pierson
MEDICATION: Prednisone 180 mg
R/X INSTRUCTIONS: Cap 3 today

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 3-2 | 2006 | 0530 | 100 | Cyrus Pierson | D. Wilborn | IHS |
| 3-3 | 2006 | 1200 | 100 | Cyrus Pierson | 3. Roberts | IHS |
| 3-3 | 2006 | 180 | 100 | Cyrus Pierson | Dico | IHS |
| 3-4 | 2006 | 0530 | 00 | Refused | R. Col | IHS |
| 3-4 | 2006 | 1200 | 100 | Cyrus Pierson | 3. Roberts | IHS |
| 3-4 | 2006 | 1830 | 100 | Cyrus Pierson | Wilborn | IHS |
| 3-5 | 2006 | 0530 | 100 | Cyrus Pierson | E. Kelley | IHS |
| 3-5 | 2006 | 1200 | 100 | Cyrus Pierson | McCormick | IHS |
| 3-5 | 2006 | 1830 | 100 | Cyrus Pierson | Wilborn | IHS |
| 3-6 | 2006 | 0530 | 100 | Cyrus Pierson | D. Wilborn | IHS |
| 3-6 | 2006 | 1200 | 100 | Cyrus Pierson | McCormick | IHS |
| 3-6 | 2006 | 1830 | 100 | Cyrus Pierson | McCormick | IHS |
| 3- | 2006 | 0530 | Cap | Cyrus Pierson | Wilder | IHS |
| 3- | 2006 | 1200 | Cap | Cyrus Wilborn | McCormick | IHS |
| 3- | 2006 | 1800 | Cap | Cyrus Pierson | McCormick | IHS |
| | 2006 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK 2 | CITY: |

NAME: Cyrus Pierson
MEDICATION: Phenytoin 100mg
R/X INSTRUCTIONS: 1 tab 3 x a day

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|------|------|------|------|------|------|------|
| 3/8 | 2006 | 0500 | 1 CAP | Cyrus Pierson | Sue O | JHS |
| 3/8 | 2005 | 1200 | 1 CAP | Cyrus Pierson | Tolbert | JHS |
| 3/8 | 2006 | 1800 | 1 CAP | Cyrus Pierson | McCormick | JHS |
| 3/9 | 2006 | 0500 | cap | Cyrus Pierson | R.Cole | JHS |
| 3/9 | 2006 | 1200 | cap | Cyrus Pierson | S.Roberts | JHS |
| 3/9 | 2006 | 1800 | cap | Cyrus Pierson | McCormick | JHS |
| 3/10 | 2006 | 0500 | cap | Cyrus Pierson | | JHS |
| 3/10 | 2006 | 1200 | cap | Cyrus Pierson | | JHS |
| 3/10 | 2006 | 1800 | cap | Cyrus Pierson | M.Tolbert | JHS |
| 3/10 | 2006 | 0500 | cap | Cyrus Wilson | Mersey | JHS |
| 3/ | 2006 | 1200 | cap | Cyrus Pierson | | JHS |
| 3/ | 2006 | 1800 | cap | Cyrus Pierson | Erickson | JHS |
| 3/ | 2006 | 0500 | cap | Cyrus Pierson | B.Cole | JHS |
| 3/10 | 2006 | 1200 | cap | Cyrus Pierson | | JHS |
| 3/10 | 2006 | 1800 | cap | Cyrus Pierson | Sue O | JHS |
| XXXX | XX | XXXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____     DATE REFILLED _____     DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Person | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Phenytoin 100mg | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 1 tab x a day | CELLBLOCK | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 3-13 | 2006 | 0500 | 1tab | | | |
| 3-13 | 2005 | 1200 | 1tab | Cyrus Person | M. Tillery | |
| 3-13 | 2006 | 1800 | 1tab | Cyrus Person | M.B | |
| 3/14 | 2006 | 0500 | 1tab | Cyrus Person | Sida | JNS |
| 3/14 | 2006 | 1200 | 1tab | Cyrus Person | MT | JNO |
| 3/14 | 2006 | 1800 | 1tab | Cyrus Person | M.B | JNO |
| 3/15 | 2006 | 0500 | 1tab | Cyrus Person | Wilder | JNO |
| 3/15 | 2006 | 1200 | 1tab | Cyrus Person | Wilder | WNS |
| 3/16 | 2006 | 1800 | 1tab | Cyrus Person | Wilder | |
| 3 | 2006 | 0500 | | Refused | J Williams | JNS |
| 3 | 2006 | 1200 | | Refused | S.Foster | JNS |
| 3 | 2006 | 1800 | | Cyrus Person | Wilder | JNS |
| 3-1 | 2006 | 0500 | | Cyrus Person | RR | JNS |
| 3-17 | 2006 | 1200 | | Cyrus Person | | JNS |
| 3-17 | 2006 | 1800 | | Cyrus Person | | JNS |
| XXXX | XX | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED XXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Pierson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Motrin 100mg | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 1 cap 3x/day | CELLBLOCK 2 | CITY: |
| THS | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 3-8 | 2006 | 0850 | 1 cap | Cyrus Pierson | | THS |
| 3-8 | 2006 | 1200 | 1 cap | Refused | | THS |
| 3-8 | 2006 | 1800 | 1 cap | Cyrus Pierson | | THS |
| 3-9 | 2006 | 0850 | 1 cap | Refused | B. William | THS |
| 3-9 | 2006 | 1200 | 1 cap | Cyrus Pierson | Widden | THS |
| 3-9 | 2006 | 1800 | 1 cap | Cyrus Pierson | | THS |
| 3-20 | 2006 | 0850 | 1 cap | Refused | M. Tolbert | THS |
| 3-20 | 2006 | 1200 | 1 cap | Cyrus Pierson | Widden | THS |
| 3-20 | 2006 | 1800 | 1 cap | Cyrus Pierson | | THS |
| 3-21 | 2006 | 0850 | 1 cap | Cyrus Pierson | | |
| 3-21 | 2006 | 1200 | 1 cap | Cyrus Pierson | Widden | |
| 3-21 | 2006 | 1800 | 1 cap | Cyrus Pierson | | |
| 3-22 | 2006 | 0500 | 1 cap | Cyrus Pierson | | |
| 3-22 | 2006 | 1200 | 1 cap | Cyrus Pierson | | |
| 3-22 | 2006 | 1800 | 1 cap | Cyrus Pierson | Widden | |
| | 2006 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| COFFEE COUNTY JAIL | FEDERAL: |
| --- | --- |
| ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION SHEET | COUNTY: |
| CELLBLOCK  C-3-2 | CITY: |

NAME: Cyrus Person
MEDICATION: Phenytoin 100mg
R/X INSTRUCTIONS: 1 tab 3 x a day
IHS

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| --- | --- | --- | --- | --- | --- | --- |
| 03/23 | 2006 | 0500 | 1cap | Refused | | IHS |
| 02/23 | 2005 | 1200 | 1cap | Cyrus Person | | IHS |
| 03/23 | 2006 | 1800 | 1cap | Cyrus Person | Holder | IHS |
| 3-24 | 2006 | 0500 | 1Cap | Cyrus Person | Williams | IHS |
| 3-24 | 2006 | 1200 | 1Cap | Cyrus Person | | IHS |
| 3-24 | 2006 | 1800 | 1Cap | Cyrus Person | | IHS |
| 3-25 | 2006 | 0500 | 1cap | Cyrus Person | | IHS |
| 3-25 | 2006 | 1200 | 1cap | Cyrus Person | | IHS |
| 3/25 | 2006 | 1800 | 1Cap | Cyrus Person | None | IHS |
| 3/26 | 2006 | 0500 | 1cap | Refused | C-14 | IHS |
| 3/26 | 2006 | 1200 | 1cap | Cyrus Person | Winters | IHS |
| 3/26 | 2006 | 1800 | 1cap | Cyrus Person | C-14 | IHS |
| 3-27 | 2006 | 0500 | 1Cap | Cyrus Person | Williams | IHS |
| 3-27 | 2006 | 1200 | 1Cap | Cyrus Person | Salter | IHS |
| 3-27 | 2006 | 1800 | 1Cap | Cyrus Person | Walker | IHS |
| XXXX | XX | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____   DATE REFILLED _____   DATE MED OUT W/NO REFILL _____

| | | COFFEE COUNTY JAIL | FEDERAL: |
| | | ACA STANDARD FORM 2-2133 | STATE: |
| | | MEDICATION SHEET | COUNTY: |
| | | CELLBLOCK 2 | CITY: |

NAME: Penson, Cyrus
MEDICATION: Dilantin, 100 mg
R/X INSTRUCTIONS: 1 cap 3x daily
HS

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 3/28 | 2006 | 0500 | 1 cap | Cyrus Penson | Cain | 1/b |
| 3/28 | 2006 | 1200 | 1 cap | Cyrus Penson | nt | 1/b |
| 3/28 | 2006 | 1800 | 1 cap | Cyrus Penson | Wilder | 1/b |
| 3/28 | 2006 | 2200 | 1 cap | Cyrus Penson | Wilder | 1/b |
| 3/29 | 2006 | 0500 | 1 cap | Cyrus Penson c-14 | | 1/b |
| 3/29 | 2006 | 1200 | 1 cap | Cyrus Penson | Wood | 1/b |
| 3/29 | 2006 | 1800 | 1 cap | Cyrus Penson | Wilder | |
| | 2006 | 2200 | | | | |
| | 2006 | 0500 | | | | |
| | 2006 | 1200 | | | | |
| | 2006 | 1800 | | | | |
| | 2006 | 2200 | | | | |
| | 2006 | 0500 | | | | |
| | 2006 | 1200 | | | | |
| | 2006 | 1800 | | | | |
| | 2006 | 2200 | | | | |

DATE IN FOR REFILL ___    DATE REFILLED ___    DATE MED OUT w/NO REFILL ___

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK | CITY: |

**NAME:** Cyrus Pierson
**MEDICATION:** Phenytoin 100mg
**R/X INSTRUCTIONS:** 1 cap 3X a day
IHS

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 3-30 | 2006 | 0500 | 1 | | | IHS |
| 3-30 | 2006 | 1200 | 1 | Refused | | IHS |
| 3-30 | 2006 | 1800 | 1 | Cyrus Pierson | M. B | IHS |
| 3-31 | 2006 | 0500 | 1 | Refused | | IHS |
| 3-31 | 2006 | 1200 | 1 | Refused | | IHS |
| 3-31 | 2006 | 1800 | 1 | Refused | | IHS |
| 4-1 | 2006 | 0500 | 1 | Cyrus Pierson | | IHS |
| 4-1 | 2006 | 1200 | 1 | Cyrus Pierson | Nores | IHS |
| 4-1 | 2006 | 1800 | 1 | Refused | | IHS |
| 4-2 | 2006 | 0500 | 1 | Cyrus Pierson | MWilliams | IHS |
| 4-2 | 2006 | 1200 | 1 | Cyrus Pierson | Walden | IHS |
| 4-2 | 2006 | 1800 | 1 | Refused | C-14 | IHS |
| 4-3 | 2006 | 0500 | 1 | Cyrus Pierson | | IHS |
| 4-3 | 2006 | 1200 | 1 | Cyrus Pierson | B. Robaits | IHS |
| 4-3 | 2006 | 1800 | 1 | Cyrus Pierson | Walden | IHS |
| | 2006 | | | | | |

DATE IN FOR REFILL ___    DATE REFILLED ___    DATE MED OUT w/NO REFILL ___

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Pearson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Neurotin | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 1 cap 3 x a day | CELLBLOCK 2 | CITY: |
| 1 HS | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 4/4 | 2006 | 0500 | 1cap | X Refused | C-14 | IHS |
| 4/4 | 2005 | 1200 | 1cap | Cyrus Pearson | Name | IHS |
| 4/4 | 2006 | 1800 | 1cap | Cyrus Pearson | Wesley | IHS |
| 4/5 | 2006 | 0500 | 1cap | Cyrus Pearson | Chambers | IHS |
| 4/5 | 2006 | 1200 | 1cap | Cyrus Pearson | Name | IHS |
| 4/5 | 2006 | 1800 | 1cap | Cyrus Pearson | Wilson | IHS |
| 4-6 | 2006 | 0500 | 1cap | Refused | Rea | IHS |
| 4/6 | 2006 | 1200 | 1cap | Cyrus Pearson | Name | IHS |
| 4/6 | 2006 | 1800 | 1cap | Cyrus Pearson | Walden | IHS |
| 4-7 | 2006 | 0500 | 1cap | Cyrus Turber | William | IHS |
| 4-7 | 2006 | 1200 | 1cap | X Cyrus Pearson | nd. | IHS |
| 4-7 | 2006 | 1800 | 1cap | Cyrus Pearson | C-14 | IHS |
| 4-8 | 2006 | 0500 | 1cap | Cyrus Pearson | | IHS |
| 4/8 | 2006 | 1200 | 1cap | Cyrus Pearson | | IHS |
| 4-8 | 2006 | 1800 | 1cap | Cyrus Pearson | | IHS |
| XXXX | XX | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____   DATE REFILLED _____   DATE MED OUT w/NO REFILL _____

| NAME: Cyndi Pierson | | | COFFEE COUNTY JAIL | | FEDERAL: |
| MEDICATION: Phenytoin 100mg | | | ACA STANDARD FORM 2-2133 | | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 X a day | | | MEDICATION SHEET | | COUNTY: |
| | | | CELLBLOCK | | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 4-9 | 2006 | 0500 | 1 cap | Cyndi Pierson | R. Cal | SAS |
| 4-9 | 2006 | 1200 | 1 cap | Cynna Pierson | Wilder | SAS |
| 4-9 | 2006 | 1800 | 1 cap | Cyndi Pierson | | SAS |
| 4-10 | 2006 | 0500 | 1 cap | Refused | J Williams | SAS |
| 4-10 | 2006 | 1200 | 1 cap | Cyndi Pierson | S. Roberts | SAS |
| 4-10 | 2006 | 1800 | 1 cap | Cyndi Pierson | Wilder | SAS |
| 4-11 | 2006 | 0500 | 1 cap | Cyndi Pierson | SO | SAS |
| 4-11 | 2006 | 1200 | 1 cap | Cyndi Pierson | Tolison | SAS |
| 4-11 | 2006 | 1800 | 1 cap | Cyndi Pierson | W. Saddler | SAS |
| 4-12 | 2006 | 0500 | 1 cap | Cyndi Pierson | C-14 | SAS |
| 4-12 | 2006 | 1200 | 1 cap | Cyndi Pierson | J Cooper | SAS |
| 4-2 | 2006 | 1800 | 1 cap | Cyndi Pierson | R. Cal | SAS |
| 4-13 | 2006 | 0500 | 1 cap | Refused | R. Cal | SAS |
| 4-13 | 2006 | 1200 | 1 cap | Refused | S. Roberts | SAS |
| 4-13 | 2006 | 1800 | 1 cap | Cyndi Pierson | | SAS |
| | 2006 | | | | | |

DATE IN FOR REFILL ____    DATE REFILLED ____    DATE MED OUT w/NO REFILL ____

**NAME:** Cyrus Pierson

**MEDICATION:** Doxycycline 100 mg

**R/X INSTRUCTIONS:** 1 cap 3 caday

JHS

| | COFFEE COUNTY JAIL | FEDERAL: |
| --- | --- | --- |
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| --- | --- | --- | --- | --- | --- | --- |
| 4-14 | 2006 | 0510 | 1 cap | Refuse | | JHS |
| 4-14 | 2006 | 1200 | 1 cap | Cyrus Pierson | | JHS |
| 4-14 | 2006 | 1800 | 1 cap | Cyrus Pierson | | JHS |
| 4-15 | 2006 | 0530 | 1 cap | Cyrus Pierson | | JHS |
| 4-15 | 2006 | 1200 | 1 cap | Cyrus Pierson | | JHS |
| 4-15 | 2006 | 1800 | 1 cap | Cyrus Pierson | | JHS |
| 4-16 | 2006 | 0530 | 1 cap | Cyrus Pierson | | JHS |
| 4-16 | 2006 | 1200 | 1 cap | Cyrus Pierson | | JHS |
| 4-16 | 2006 | 1800 | 1 cap | Cyrus Pierson | C-14 | JHS |
| 4-17 | 2006 | 0530 | 1 cap | Refused | | JHS |
| 4-17 | 2006 | 1200 | 1 cap | Cyrus Pierson | M.B | JHS |
| 4-17 | 2006 | 1800 | 1 cap | Cyrus Pierson | C-14 | JHS |
| 4-18 | 2006 | 0510 | 1 cap | x Cyrus Pierson | | JHS |
| 4-18 | 2006 | 1200 | 1 cap | Cyrus Pierson | | JHS |
| 4-18 | 2006 | 1800 | 1 cap | Cyrus Pierson | Wilder | JHS |
| 4-18 | 2006 | 2000 | 1 cap | Cyrus Pierson | Wilder | JHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

NAME Cyrus Pierson

MEDICATION: Dilantin 100mg

R/X INSTRUCTIONS: 1 tab 3 x a day

1 HS

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 4/19 | 2006 | 0500 | 1cap | Pekse d | Seed | 1 HS |
| 4/19 | 2005 | 1200 | 1cap | Cyrus Pierson | Tollert | 1 HS |
| 4/19 | 2006 | 1800 | 1cap | Cyrus Pierson | Wilder | 1 HS |
| 4-20 | 2006 | 0500 | 1ap | Cyrus Pierson | Herrell | JHS |
| 4-20 | 2006 | 1200 | 1ap | Cyrus Pierson | Werrow | JHS |
| 4-20 | 2006 | 1800 | 1ap | Cyrus | Wilders | JHS |
| 4-21 | 2006 | 0500 | 1ap | Cyrus Pierson | Williams | JHS |
| 4-21 | 2006 | 1200 | 1ap | Cyrus Pierson | Tollert | JHS |
| 4-21 | 2006 | 1800 | 1ap | | | JHS |
| | 2006 | 0500 | | | | |
| | 2006 | 1200 | | | | |
| | 2006 | 1800 | | | | |
| | 2006 | 0500 | | | | |
| | 2006 | 1200 | | | | |
| | 2006 | 1800 | | | | |
| XXXX | XX | XXXXXXX | XXXXXXX | NEW MED SHEET REQUIRED | XXXXXXXXXXXXXXXXXXXX | XXXXXXX |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

NAME: Cyrus Pierson

MEDICATION: Neurontin 100 mg

R/X INSTRUCTIONS: 1 cap 3x a day

whole envelope

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 7-6 | 2006 | 0530 | 1 cap | Cyrus Pierson | | SL |
| 7-6 | 2006 | 1300 | 1 cap | Cyrus Pierson | | SL |
| 7-6 | 2006 | 1800 | 1 cap | Cyrus Pierson | M B | |
| 7-7 | 2006 | 0530 | 1 cap | Refused | R. Cat | |
| 7-7 | 2006 | 1300 | 1 cap | Cyrus Pierson | Dora Dia | |
| 7-7 | 2006 | 1800 | 1 cap | Cyrus Pierson | By William | |
| 7-8 | 2006 | 0530 | 1 cap | Cyrus Pierson | | |
| 7-8 | 2006 | 1300 | 1 cap | Cyrus Pierson | | |
| 7-8 | 2006 | 1800 | 1 cap | CP | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | COFFEE COUNTY JAIL | FEDERAL: |
| MEDICATION: Phenytoin 100 mg | | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: Cap 3 x a Day | | MEDICATION SHEET | COUNTY: |
| IHS | | CELLBLOCK  2 | CITY: |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|------|----|----|----|----|----|----|
| 7-9 | 2006 | 0830 | 1 cap | Refused | E. Kelly | IHS |
| 7-9 | 2006 | 1200 | 1 cap | | Cramer (cw) | IHS |
| 7-9 | 2006 | 1800 | 1 cap | CP | B. Williams | IHS |
| 7-10 | 2006 | 0830 | 1 cap | Refused | J. Avery | IHS |
| 7-10 | 2006 | 1200 | 1 cap | Refused | J. Avery | IHS |
| 7-10 | 2006 | 1800 | 1 cap | CP | JC | IHS |
| 7/11 | 2006 | 0500 | 1 CAP | Refused | J.P | JR |
| 7/11 | 2006 | 1200 | 1 CAP | CP | Wong | JR |
| 7/11 | 2006 | 1800 | 1 CAP | CP | JC | JR |
| 7/12 | 2006 | 0500 | 1 CAP | CP | J.A. | JR |
| 7/12 | 2006 | 1200 | 1 CAP | CP | | JR |
| 7/12 | 2006 | 1800 | 1 CAP | out of CJ | JC | JR |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Dixon | | |
| MEDICATION: Amoxicillin (500 mg) (Al Cohn) | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 1 cap 3 xa Day | MEDICATION SHEET | COUNTY: |
| THS packs = repackage to envelopes | CELLBLOCK 6 | CITY: |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 8-3 | 2006 | 0830 | 1 cap | | B Williams | sd |
| 8-3 | 2006 | 1200 | 1 cap | | Tolbert | sd |
| 8-3 | 2006 | 1800 | 1 cap | | | sd |
| 8-4 | 2006 | 0500 | 1 cap | | | |
| 8-4 | 2006 | 1200 | 1 cap | | | |
| 8-4 | 2006 | 1800 | 1 cap | | BA | |
| 8-5 | 2006 | 0500 | 1 cap | | R. Col | |
| 8-5 | 2006 | 1200 | 1 cap | | B | |
| 8-5 | 2006 | 1800 | 1 cap | | | |
| 8-6 | 2006 | 0500 | 1 cap | | | |
| 8-6 | 2006 | 1200 | 1 cap | | B Williams | |
| 8-6 | 2006 | 1800 | 1 cap | | | |
| 8-7 | 2006 | 0500 | 1 cap | | | |
| 8-7 | 2006 | 1200 | 1 cap | | Tolbert | |
| 8-7 | 2006 | 1800 | 1 cap | | | |
| | 2006 | | | | | |

DATE IN FOR REFILL _____   DATE REFILLED _____   DATE MED OUT w/NO REFILL _____

**NAME:** Cyrus Pierson

**MEDICATION:** Phenytoin Exten 100 mg

**R/X INSTRUCTIONS:** 1 cap 3x day

**COFFEE COUNTY JAIL**

**ACA STANDARD FORM 2-2133**

**MEDICATION SHEET**

**CELLBLOCK** 2

**FEDERAL:**

**STATE:**

**COUNTY:**

**CITY:**

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 6/6 | 2006 | 0500 | 1 cap | Cyrus Pierson | | THS |
| 6/8 | 2006 | 1200 | 1 cap | Cyrus Pierson | Th-L by | THS |
| 6/8 | 2006 | 1800 | 1 cap | Cyrus Pierson | | THS |
| 6-9 | 2006 | 0500 | 1 cap | Cyrus Pierson | Anne Davis | THS |
| 6-9 | 2006 | 1200 | 1 cap | Cyrus Pierson | M.B. | THS |
| 6-9 | 2006 | 1800 | 1 cap | Cyrus Pierson | SOI | THS |
| | 2006 | | | | | |
| | 2006 | | Charged to 3 cab Kelley @ USO | | |
| | 2006 | | per Dr. Blakly | | |
| | 2006 | | new sheet made | | |
| | 2006 | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |

**DATE IN FOR REFILL** ___    **DATE REFILLED** ___    **DATE MED OUT w/NO REFILL** ___

**NAME:** Cyrus Pierson

**MEDICATION:** Phenytoin Exten 100 MG

**R/X INSTRUCTIONS:** 3 Caps 1X daily

**COFFEE COUNTY JAIL**

ACA STANDARD FORM 2-2133

**MEDICATION SHEET**

**CELLBLOCK** 2

**FEDERAL:**
**STATE:**
**COUNTY:**
**CITY:**

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 8-10 | 2006 | 0500 | 3 Caps | Refused | R. Cole | JHS |
| 8-11 | 2006 | 0520 | 3 cps | Cyrus Pierson | M Williams | JHS |
| 8-12 | 2006 | 0500 | 3 cps | Cyrus Pierson | R. Cole | JHS |
| 8-13 | 2006 | 0500 | 3 cps | Cyrus Pierson | M Williams | JHS |
| 8-14 | 2006 | 0500 | 3 cps | Cyrus Pierson | R Cole | JHS |
| 8-15 | 2006 | 0500 | 3 cps | Cyrus Pierson | AP | JHS |
| 8-16 | 2006 | 0500 | 3 cps | Cyrus Pierson | AP | JHS |
| 8-17 | 2006 | 0500 | 3 cps | Cyrus Pierson | M Williams | JHS |
| 8-18 | 2006 | 0500 | 3 cps | Cyrus Pierson | Cole | JHS |
| 8-19 | 2006 | 0500 | 3 cps | Cyrus Pierson | M Williams | AP |
| 8-20 | 2006 | 0500 | 3 cps | Cyrus Pierson | M Williams | JHS |
| 8-21 | 2006 | 0500 | 3 cps | Refused | R Cole | JHS |
| 9-22 | 2006 | 0500 | 3 cps | White Pulford | JD | JHS |
| 5-23 | 2006 | 0500 | 3 cps | Refused | JD | JHS |
| 8-24 | 2006 | 0500 | 3 cps | M Williams | Colford | JHS |
| 8-25 | 2006 | 0500 | 3 cps | Refused | M Williams | JHS |

DATE IN FOR REFILL ___    DATE REFILLED ___    DATE MED OUT w/NO REFILL ___

| | COFFEE COUNTY JAIL | FEDERAL: |
| --- | --- | --- |
| NAME: Cyrus Pierson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Phenydein Ester 100 mg | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 3 caps 1 x a day | CELLBLOCK | CITY: |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| --- | --- | --- | --- | --- | --- | --- |
| 8-26 | 2006 | 0500 | 3 cap5 | Refused | R.Cole | THS |
| 8-27 | 2006 | 0500 | 36 caps | Refused | R.Cole | THS |
| 8-28 | 2006 | 0500 | 3 caps | Cyrus Pierson | C. Reel | THS |
| 9/29 | 2006 | 0500 | 3 caps | Cyrus Pierson | Cyrus Pierson | JHB |
| 8/30 | 2006 | 0500 | 3 caps | Cyrus Pierson | | JHB |
| 8-31 | 2006 | 0500 | 3 caps | Cyrus Pierson | R.Cole | THS |
| 9-1 | 2006 | 0500 | 3 caps | Refused | C.Robey | SPS |
| 9-2 | 2006 | 0500 | 3 caps | Cyrus Pierson | L.Williams | SPS |
| 9-3 | 2006 | 0500 | 3 caps | Cyrus Pierson | R.Cole | THS |
| 9-4 | 2006 | 0500 | 3 caps | Refused | C. Hendrix | SPS |
| 9-5 | 2006 | 0500 | 3 caps | Cyrus Pierson | None | JHB |
| | 2006 | | | out error | | |
| 9-6 | 2006 | 0500 | 3 caps | Cyrus Pierson | M. Cordova | JHB |
| 9-7 | 2006 | 0500 | 3 caps | Cyrus Pierson | L. Williams | THS |
| 9-8 | 2006 | 0500 | 3 caps | Cyrus Pierson | R.Cole | SPS |
| 9-9 | 2006 | 0500 | 3 caps | Cyrus Pierson | | SHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| MEDICATION: Menthium Eyden 100 mg | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 3 caps / X a day | MEDICATION SHEET | COUNTY: |
| JHS | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 9-10 | 2006 | 0500 | 3 caps | Cyrus Pierson | | JHS |
| 9-11 | 2006 | 0500 | 3 caps | Refused | | JHS |
| 9-12 | 2006 | 0500 | 3 caps | Cyrus Pierson | M. Williams | JHS |
| 9-13 | 2006 | 0500 | 3 caps | Refused | | JHS |
| 9-14 | 2006 | 0500 | 3 caps | Cyrus Pierson | | JHS |
| 9-15 | 2006 | 0500 | 3 caps | Refused | | JHS |
| 9-16 | 2006 | 0500 | 3 caps | Refused | | JHS |
| 9-17 | 2006 | 0500 | 3 caps | Refused | E. Williams | JHS |
| 9-18 | 2006 | 0500 | 3 caps | Refused | | JHS |
| 9-19 | 2006 | 0500 | 3 caps | Refused | | JHS |
| 9-20 | 2006 | 0500 | 3 caps | Refused | | JHS |
| 9-21 | 2006 | 0500 | 3 caps | Refused | | JHS |
| 9-22 | 2006 | 0500 | 3 caps | William Pierson | E. Williams | JHS |
| 9-23 | 2006 | 0500 | 3 caps | Cyrus Pierson | | JHS |
| 9-24 | 2006 | 0500 | 3 caps | Refused | | JHS |
| 9-25 | 2006 | 0500 | 3 caps | Cyrus Pierson | | JHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

C20214

| | | COFFEE COUNTY JAIL | | FEDERAL: |
|---|---|---|---|---|
| | | ACA STANDARD FORM 2-2133 | | STATE: |
| | | MEDICATION SHEET | | COUNTY: |
| | | CELLBLOCK 2 | 14 | CITY: |

NAME: Cyrus Pierson
MEDICATION: Phenytoin Exten 100 mg
R/X INSTRUCTIONS: 3 caps 1x day
☑ IHS

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 9-26 | 2006 | 0500 | 3 caps | Cyrus Pierson | Lynn Mars | JHS |
| 9-27 | 2006 | 0500 | 3 caps | Refused | MR | JHS |
| 9-28 | 2006 | 0500 | 3 caps | Cyrus Pierson | R.C.C | IHS |
| 9-29 | 2006 | 0500 | 3 caps | R Grue@ | | CIHS |
| 9-30 | 2006 | 0500 | 3 caps | Cyrus Pierson | M Williams | EIHS |
| 10-1 | 2006 | 0500 | 3 caps | Refused | Richie | IHS |
| 10-2 | 2006 | 0500 | 3 caps | Cyrus Pierson | M Williams | IHS |
| 10-3 | 2006 | 0500 | 3 caps | Cyrus Pierson | MR | JHS |
| 10-4 | 2006 | 0500 | 3 caps | Cyrus Pierson | | JHS |
| 10-5 | 2006 | 0500 | 3 caps | Cyrus Pierson | Ballard | IHS |
| 10-6 | 2006 | 0500 | 3 caps | Cyrus Pierson | R.C.C | IHS |
| 10-7 | 2006 | 0500 | 3 caps | Cyrus Pierson | Hilliard | IHS |
| 10-8 | 2006 | 0500 | 3 caps | Refused | E Hilliard | IHS |
| 10-9 | 2006 | 0500 | 3 caps | Blackwood | R.C.C | IHS |
| 10/10 | 2006 | 0500 | 3 caps | Cyrus Pierson | | JHS |
| 10/11 | 2006 | 0500 | 3 caps | Cyrus Pierson | | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

16

| | | | | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|---|---|---|
| NAME: Cyrus (resa) | | | | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Megstrw Estw 10mg | | | | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 3cps 1Kaday @0500 | | | | CELLBLOCK | CITY: |
| FDS | | | | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 10-0 | 2006 | r0500 | F cps | Cyrus Pedda | J Williams | FDS |
| 10-13 | 2006 | 0500 | 3 cps | Refused | R Coe | INS |
| 10-14 | 2005 | 0500 | 3caps | Cyrus Pierson | B Williams | IHS |
| 10-15 | 2006 | 0500 | 3Caps | Refused | R.Coe | IHS |
| 10-16 | 2006 | 0500 | 3 cps | Cyrus Pierson | Howell | IHS |
| 10-17 | 2006 | 0500 | 3caps | Wayne Pierson | JP | IHS |
| 10-18 | 2006 | 0500 | 3cops | Cyrus Pierson | RD | IHS |
| 10-19 | 2006 | 0500 | 3Caps | Cyrus Pierson | H Williams | IHS |
| 10-20 | 2006 | 0500 | 3caps | Cyrus Pierson | R Coe | IHS |
| 10-21 | 2006 | 0500 | 3 cps | refused | R Coe | IHS |
| 10-22 | 2006 | 0500 | 3 cps | Refused | G Williams | IHS |
| 10-23 | 2006 | 0500 | 3 cps | Refused | R.Coe | IHS |
| 12-01 | 2006 | 0500 | 3 cops | Cyrus Pierson | JP | IHS |
| 10-25 | 2006 | 0500 | 3 cops | Cyrus Pierson | JP | IHS |
| 10-26 | 2006 | 0500 | 3Cps | Cyrus Pierson | G Howell | IHS |
| 10-27 | 2006 | 0500 | 3 cps | Cyrus Pierson | G Williams | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | COFFEE COUNTY JAIL. | FEDERAL: |
| MEDICATION: Phenytoin Exten 100 mg | | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 3 caps 1 Xa Day @ 0500 | | MEDICATION SHEET | COUNTY: |
| 3 caps | | CELLBLOCK  2 | CITY: |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 10-28 | 2006 | 0500 | 3caps | Refused | R.Cb | IHS |
| 10-29 | 2006 | 0500 | 3cps | Cyrus Pierson | Howell | IHS |
| 10-30 | 2006 | 0500 | 3 cps | Refused | B Williams | IHS |
| 10-31 | 2006 | 0500 | 3 caps | Cyrus Pierson | PM | IHS |
| 11-01 | 2006 | 0500 | 3 caps | Cyrus Pierson | Lynne | IHS |
| 11-2 | 2006 | 0500 | 3 cps | Refused | Howell | IHS |
| 11-3 | 2006 | 0500 | 3 cps | Cyrus Pierson | Howell | IHS |
| 11-4 | 2006 | 0500 | 3 cps | Refused | H Williams | IHS |
| 11-5 | 2006 | 0500 | 3 cps | Cyrus Pierson | Godley | IHS |
| 11-6 | 2006 | 0500 | 3 cps | Refused | B Williams | IHS |
| 11-07 | 2006 | 0500 | 3 caps | Cyrus Pierson | Lynne | IHS |
| 11-08 | 2006 | 0500 | 3 caps | Cyrus Pierson | Cole | IHS |
| 11-9 | 2006 | 0500 | 3 cps | Cyrus Pierson | R.Cb | IHS |
| 11-10 | 2006 | 0500 | 3 cps | Cyrus Pierson | B Williams | IHS |
| 11-11 | 2006 | 0600 | 3 cps | Refused | | IHS |
| 11-12 | 2006 | 0500 | 3 cps | Refused | | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK   2 | CITY: |

NAME: Cyrus Pierson
MEDICATION: Champton Sulfer   100 mg
R/X INSTRUCTIONS: 3 cps 1x a day of 0500
THS

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 11-13 | 2006 | 0500 | 3 cps | Refused | E. Sellers | THS |
| 11-14 | 2006 | 0500 | 3 cps | Cyrus Pierson | | THS |
| 11-15 | 2006 | 0500 | 3 cps | Cyrus Pierson | Jim Cal | THS |
| 11-16 | 2006 | 0500 | 3 cps | Cyrus Pierson | MR | DPS |
| 11-17 | 2006 | 0500 | 3 cps | Cyrus Pierson | S. Baker | EJB |
| 11-18 | 2006 | 0500 | 3 cps | Cyrus Pierson | B. Williams | LH |
| 11-19 | 2006 | 0500 | 3 cps | Cyrus | MR | THS |
| 11-20 | 2006 | 0500 | 3 cps | Cyrus Pierson | J. Williams | DPS |
| 11-21 | 2006 | 0500 | 3 cps | Cyrus Pierson | Jayne Davis | JLS |
| 11-22 | 2006 | 0500 | 3 cps | Cyrus Pierson | Jayne Davis | JLS |
| 11-23 | 2006 | 0500 | 3 cps | Cyrus Pierson | S. Baker | DPS |
| 11-24 | 2006 | 0500 | 3 cps | Cyrus Pierson | J. Williams | DPS |
| 11-25 | 2006 | 0500 | 3 cps | Cyrus Pierson | A. Cle | DPS |
| 11-26 | 2006 | 0500 | 3 cps | Cyrus Pierson | S. Baker | DPS |
| 11-27 | 2006 | 0500 | 3 cps | Refused | S. Williams | DPS |
| 11-28 | 2006 | 0600 | 3 cps | Cyrus Pierson | J. Cox | THS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | |
|---|---|
| COFFEE COUNTY JAIL | FEDERAL: |
| ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION SHEET | COUNTY: |
| CELLBLOCK 2 | CITY: |

NAME: _Pierson Chris_

MEDICATION: _Phenytoin Exten 100mg_

R/X INSTRUCTIONS: _3caps 1x day_
_JMS_

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 11-29 | 2006 | 0500 | 3caps | | | JMS |
| 11-30 | 2006 | 0500 | 3caps | | | CAP |
| 12-1 | 2006 | 0500 | 3caps | | | JMS |
| 12-1 | 2006 | 0500 | 3caps | | | JMS |
| 12-3 | 2006 | 0500 | 3caps | | | JMS |
| 12-4 | 2006 | 0500 | 3caps | | | JMS |
| 12-5 | 2006 | 0500 | 3caps | | | JMS |
| 12-6 | 2006 | 0500 | 3caps | | | JMS |
| 12-7 | 2006 | 0500 | 3caps | | | JMS |
| 12-8 | 2006 | 0500 | 3caps | | | JMS |
| 12-9 | 2006 | 0500 | 3caps | | | JMS |
| 12-10 | 2006 | 0500 | 3caps | | | JMS |
| 12-11 | 2006 | 0500 | 3caps | | | JMS |
| 12-12 | 2006 | 0500 | 3caps | | | JMS |
| 12-13 | 2006 | 0500 | 3caps | | | JMS |
| 12-14 | 2006 | 0500 | 3caps | | | JMS |

DATE IN FOR REFILL: _____ DATE REFILLED: _____ DATE MED OUT w/NO REFILL: _____

| | | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|---|
| NAME: Pearson Cyrus | | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Phenytoin Extd 100mg | | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 3 caps 1 x daily | | CELLBLOCK 2 | CITY: |
| IHS | | | |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 12-15 | 2006 | 0500 | 3 caps | Refused | R. Cole | IHS |
| 12-16 | 2006 | 0500 | 3 caps | (illegible) | H. Williams | IHS |
| 12-17 | 2006 | 0500 | 3 caps | Refused | R. Cole | IHS |
| 12-18 | 2006 | 0500 | 3 caps | Refused | R. Cole | IHS |
| 12-19 | 2006 | 0500 | 3 caps | (illegible) | MR | IHS |
| 12-20 | 2006 | 0500 | 3 caps | (illegible) | MR | IHS |
| 12-21 | 2006 | 0520 | 3 caps | Refused | R. Cole | IHS |
| 12-22 | 2006 | 0520 | 3 caps | Refused | (illegible) | IHS |
| 12-23 | 2006 | 0500 | 3 caps | (illegible) | H. Williams | IHS |
| 12-24 | 2006 | 0500 | 3 caps | (illegible) | R. Cole | IHS |
| 12-25 | 2006 | 0500 | 3 caps | Refused | R. Cole | IHS |
| 12-26 | 2006 | 0500 | 3 caps | Refused | MR | IHS |
| 12-27 | 2006 | 0500 | 3 caps | (illegible) | (illegible) | IHS |
| 12-28 | 2006 | 0500 | 3 caps | (illegible) | H. Williams | IHS |
| 12-29 | 2006 | 0500 | 3 caps | (illegible) | | IHS |
| 12-30 | 2006 | 0700 | 3 caps | | R. Cole | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED MED OUT W/NO REFILL _____

NAME: _Person Ayers_

MEDICATION: _Phenytoin Extew 100mg_

R/X INSTRUCTIONS: _3cap 1 x day_
_HS_

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK _2_ | CITY: |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 12-31 | 2006 | 0500 | 3cap | _Person Ayers_ | _H Wilson_ | _EW_ |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |
| | 2006 | | | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | | COFFEE COUNTY JAIL | FEDERAL: |
| --- | --- | --- | --- |
| NAME: Cyrus Pierson | | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Phenytoin Extend Cap 100mg | | MEDICATION SHEET | COUNTY: |
| RX INSTRUCTIONS: 3cap @ 0180 | | CELLBLOCK 2 | CITY: |
| IHS | | | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
| --- | --- | --- | --- | --- | --- | --- |
| 1-01 | 2007 | 0556 | 3cap | Refused | R.Cb | IHS |
| 1-02 | 2007 | 0500 | 3cap | Refused | MP | IHS |
| 1-03 | 2007 | 0500 | 3cap | Refused | | IHS |
| 1-04 | 2007 | 0500 | 3cap | Refused | B.Williams | IHS |
| 1-05 | 2007 | 0500 | 3cap | | R.Cb | IHS |
| 1-06 | 2007 | 0500 | 3cap | | Williams | IHS |
| 1-07 | 2007 | 0500 | 3cap | | R.Cb | IHS |
| 1-08 | 2007 | 0500 | 3cap | | Williams | IHS |
| 1-09 | 2007 | 0500 | 3cap | | MP | IHS |
| 1-10 | 2007 | 0500 | 3cap | | | IHS |
| 1-11 | 2007 | 0500 | 3cap | Refused | R.Cb | IHS |
| 1-12 | 2007 | 0500 | 3cap | Williams | Williams | IHS |
| 1-13 | 2007 | 0500 | 3cap | Cyrus Pierson | R.Cb | IHS |
| 1-14 | 2007 | 0500 | 3cap | Cyrus Pierson | R.Cb | IHS |
| 1-15 | 2007 | 0500 | 3cap | Cyrus Pierson | Williams | IHS |
| 1-16 | 2007 | 0500 | 3cap | Cyrus Pierson | MP | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

DATE MED OUT w/NO REFILL    Out of Jail

| | COFFEE COUNTY JAIL | FEDERAL: |
|---|---|---|
| NAME: Cyrus Pierson | ACA STANDARD FORM 2-2133 | STATE: |
| MEDICATION: Phenytoin Exten 100mg | MEDICATION SHEET | COUNTY: |
| R/X INSTRUCTIONS: 3 Caps 1 X A day | CELLBLOCK 2 | CITY: |
| IHS | | |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 4-13 | 2007 | 0500 | 3caps | Cyrus Pierson | MR | IHS |
| 4-14 | 2007 | 0500 | 3caps | Pierson | MR | IHS |
| 4-15 | 2007 | 0500 | 3caps | Pierson | MR | IHS |
| 4-16 | 2007 | 0500 | 3caps | Pierson | MR | IHS |
| 04-17 | 2007 | 0522 | 3caps | Cyrus Pierson | CR | IHS |
| 04-18 | 2007 | 0522 | 3caps | Cyrus Pierson | | IHS |
| 4-19 | 2007 | 0500 | 3caps | Cyrus Pierson | MR | IHS |
| 4-20 | 2007 | 0500 | 3caps | Cyrus Pierson | MR | IHS |
| 4-21 | 2007 | 0500 | 3caps | Pierson | MR | IHS |
| 4-22 | 2007 | 0500 | 3caps | Pierson | MR | IHS |
| 4-23 | 2007 | 0500 | 3caps | Pierson | MR | IHS |
| 04-24 | 2007 | 0500 | 3caps | Refused | CR | IHS |
| 04-25 | 2007 | 0500 | 3caps | Cyrus Pierson | MR | IHS |
| 4-26 | 2007 | 0500 | 3caps | Pierson | MR | IHS |
| 4-27 | 2007 | 0500 | 3caps | Pierson | MR | IHS |
| 4-28 | 2007 | 0500 | 3caps | Pierson | MR | IHS |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

NAME: Cyrus Pierson

MEDICATION: Phenytoin 100mg

R/X INSTRUCTIONS: 3 Caps 1 X A day
Bottle

| | COFFEE COUNTY JAIL | FEDERAL: |
| | ACA STANDARD FORM 2-2133 | STATE: |
| | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK 2 | CITY: |

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 4-29 | 2007 | 0500 | 3Caps | Refused | MR | |
| 4-30 | 2007 | 0500 | 3Caps | Refused | MR | |
| 05-01 | 2007 | 0500 | 3Caps | Cyrus Pierson | | |
| 5/2 | 2007 | 0500 | 3 Caps | Cyrus Pierson | MR | |
| 5-3 | 2007 | 0500 | 3Caps | Refused | MR | |
| 5-4 | 2007 | 0500 | 3caps | | MR | |
| 5-5 | 2007 | 0500 | 3caps | | Williams | |
| 5-6 | 2007 | 0500 | 3caps | Cyrus Pierson | NCR | |
| 5-7 | 2007 | 0500 | 3caps | Cyrus Pierson | MR | |
| 5-8 | 2007 | 0500 | 3Caps | Cyrus Pierson | MR | |
| 5-9 | 2007 | 0500 | 3Caps | Refused | MR | |
| 5/10 | 2007 | 0500 | 3Caps | Cyrus Pierson | MR | |
| 5/11 | 2007 | 0500 | 3 Caps | Cyrus Pierson | MR | |
| 5-12 | 2007 | 0500 | 3 Caps | Refused | MR | |
| 5-13 | 2007 | 0500 | 3caps | | MR | |
| 5-14 | 2007 | 0500 | 3Caps | | MR | |

DATE IN FOR REFILL. _____     DATE REFILLED _____     DATE MED OUT w/NO REFILL _____

NAME: Cyrus Pierson
MEDICATION: Phenytoin 100mg
R/X INSTRUCTIONS: 3 caps 1x daily bitte

COFFEE COUNTY JAIL
ACA STANDARD FORM 2-2133
MEDICATION SHEET
CELLBLOCK 2

FEDERAL:
STATE:
COUNTY:
CITY:

| DATE | YR | TIME ISSUED | AMOUNT ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 5/15 | 2007 | 0500 | 8caps | R.Sis | | Nancy |
| 5/16 | 2007 | 0500 | 3caps | Cyrus Pierson | | Nancy |
| 5-17 | 2007 | 0500 | 3caps | | B.Wadoms | Bri |
| 5-18 | 2007 | 0500 | 3caps | Cyrus Pierson | | Nancy |
| 5/19 | 2007 | 0500 | 3caps | Cyrus Pierson | | Nancy |
| 5/20 | 2007 | 0500 | 3caps | Cyrus Pierson | | Nancy |
| 5/31 | 2007 | 0500 | 3caps | Cyrus Pierson | | Nancy |
| 5-22 | 2007 | 0500 | 3caps | Cyrus Pierson | | Bri |
| 5-23 | 2007 | 0500 | 3caps | Cyrus Pierson | | Bri |
| 5/24 | 2007 | 0500 | 3caps | Cyrus Pierson | | Nancy |
| 5/25 | 2007 | 0500 | 3caps | Cyrus Pierson | | Nancy |
| 5-26 | 2007 | 0500 | 3caps | Refused | | Bri |
| 5-27 | 2007 | 0500 | 3caps | Refused | R.Cal | Bri |
| 5-28 | 2007 | 0600 | 3caps | Refused | | Bri |
| 5/29 | 2007 | 0500 | 3caps | Cyrus Pierson | | Nancy |
| 5/30 | 2007 | 0500 | 3caps | | | Nancy |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| | | |
|---|---|---|
| NAME: Cyrus Pierson | COFFEE COUNTY JAIL | FEDERAL: |
| MEDICATION: Phenytoin 100 mg | ACA STANDARD FORM 2-2133 | STATE: |
| R/X INSTRUCTIONS: 3 caps 1 x daily | MEDICATION SHEET | COUNTY: |
| | CELLBLOCK | CITY: |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 5-31 | 2007 | 0500 | 3 tab/cap | | | |
| 6-1 | 2007 | 0500 | 3 tab/cap | | | |
| 6/2 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | | MSC |
| 6/3 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MA | MSC |
| 6/4 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | | |
| 6-5 | 2007 | 0500 | 3 tab/cap | refused | | |
| 6-6 | 2007 | 0500 | 3 tab/cap | | MR | |
| 6-7 | 2007 | 0500 | 3 tab/cap | | | |
| 6-8 | 2007 | 0500 | 3 tab/cap | refused | | |
| 6-9 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | | |
| 6-10 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MR | |
| 6-11 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MR | |
| 6/12 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | | |
| 6/13 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | | |
| 6-14 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | R | |
| 6-15 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MR | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

COFFEE COUNTY JAIL
ACA STANDARD FORM 2-2133
MEDICATION SHEET
CELLBLOCK 4

FEDERAL:
STATE:
COUNTY:
CITY:

NAME Cyrus Pearson
MEDICATION: Phenytoin 100mg
R/X INSTRUCTIONS 3cap/3 x daily

| DATE | YR | TIME ISSUED | AMT. ISSUED | | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|---|
| 9/16 | 2007 | 0500 | 3 | tab/cap | recd med | E.S | Nancy |
| 9/17 | 2007 | 0500 | 3 | tab/cap | | HM | Nancy |
| 9/18 | 2007 | 0500 | 3 | tab/cap | Cyrus Pearson R Meds | | Nancy |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |
| | 2007 | 0500 | | tab/cap | | | |

DATE IN FOR REFILL _____    DATE REFILLED _____    DATE MED OUT w/NO REFILL _____

| NAME: Cyrus Pierson | | | FEDERAL: | |
|---|---|---|---|---|
| MEDICATION: Phenytoin Exten 100mg | COFFEE COUNTY JAIL | | STATE: | |
| | ACA STANDARD FORM 2-2133 | | | |
| RX INSTRUCTIONS: 1 x daily | MEDICATION SHEET | | COUNTY: | |
| bottle | CELLBLOCK #-1 | | CITY: | |

| DATE | YR | TIME ISSUED | AMT. ISSUED | INMATE'S SIGNATURE | ISSUING OFFICER'S SIGNATURE | MED PKG MADE BY |
|---|---|---|---|---|---|---|
| 6-18 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MB | bu |
| 6-19 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MB | Rd |
| 6/01 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | | uavey |
| 6/22 | 2007 | 0500 | 3 tab/cap | | | money |
| 6-23 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MB | bu |
| 6-24 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MB | bu |
| 6-25 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MB | bu |
| 6/26 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MB | Nancy |
| 6/27 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | | Nancy |
| 6/28 | 2007 | 0500 | 3 tab/cap | | MC | bu |
| 6/29 | 2007 | O 700 | 3 tab/cap | Cyrus Pierson | Nancy | bu |
| 6/30 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | MB | MSC |
| 7/1 | 2007 | 0500 | 3 tab/cap | Refused | Worley | c/sc |
| 7/2 | 2007 | 0500 | 3 tab/cap | Cyrus Pierson | Cavada | c/sc |
| 7-3 | 2007 | 0500 | 3 tab/cap | Cyrus not woke up | CR | bu |
| 7-4 | 2007 | 0500 | 3 tab/cap | Refused | Nancy | bu |

DATE IN FOR REFILL_____    DATE REFILLED_____    DATE MED OUT w/NO REFILL_____



Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

## BLOOD PRESSURE RECORD

Name of Inmate: _Cyrus Pierson_

| Date | Time | PRESSURE | PULSE | Sign of Inmate | Sign of CO |
|------|------|----------|-------|----------------|------------|
| 2-26-06 | 2130 | 180/116 | 96 | Cyrus Pierson | Wilder |
| 3-4- | 1845 | 156/98 | 92 | Cyrus Pierson | Wilder |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Name _Cyrus Pierson_    Date _3-11-05_    Time _1030_ A.M. / P.M.

Address _____    Age _18_    Sex _Male_

☑ County Prisoner    ☐ State Prisoner    ☐ Other _I 102.1_

Complaint: _Seizures c/o Sorethroat, fever, Prescription for dilantin._

History of Complaint: _Phenytoin 100MG (Dilantin)_

Doctor Impression: _Influenza_

_J Bloch ___ (mo)_
**Doctor Signature**

Treatment:
1) _Amof 500 g DM_
2) _Tamiflu 75 g bid x 5d_

Quality Printing Co.

---

## HENRY S. COCHRAN, M.D.

OFFICE
1208 HIGHLAND DRIVE
ELBA, ALABAMA 36323

DEA NO. AC7370606
ALA. REG. NO. 7628

OFFICE PHONE
897 3416

For _Cyrus Pierson_

Address _____    _3/11/05_

Rx

_Tamiflu 75 g_                   _Dilantin 100 g_

_# 10_                           _# 90_

_Sig i bid_                      _Sig i bid_

_J Bloch_ _____ M.D.
PRESCRIPTION SUBSTITUTION PERMITTED

LABEL ALL RX'S

REFILL (0)  1  2  3  4  (5)

_____ M.D.
DISPENSE AS WRITTEN

## HENRY S. COCHRAN, M.D.

OFFICE
4208 HIGHLAND DRIVE
ELBA, ALABAMA 36323

DEA NO. AC7370606
ALA. REG. NO. 7628

OFFICE PHONE
897 3416

For _Cyrus Pierson_

Address _____    _3/11/05_

R⚕

Tamiflu 75g          Dilantin 100g

#10                  #90

Sig ⅛ ÷ bid          Sig g ÷ bid

_____ M.D.
PRESCRIPTION SUBSTITUTION PERMITTED

LABEL ALL RX'S

REFILL  0  1  2  3  4 (5)     _____ M.D.
DISPENSE AS WRITTEN

Cyrus Pierson

Coffee County Jail

New Brockton, AL.

Faxed

3-11-05

J. Roberts

**MEDICAL CENTER ENTERPRISE**
400 North Edwards Street
Enterprise, Alabama 36330
(334) 347-0584

Name _Cyrus Pierson_                Date _7/30/06_

Address _____

R̠  Dilantin 100 mg 3 Po
prior to Bedtime tonight
Then 3 Po qd
#90

_____ M.D.

PRODUCT SELECTION PERMITTED

LABEL

REFILL 0 1 2 3 4 PRN

PHILIP TSOLAKIS
ME# FLME71708 _____ M.D.
DISPENSE AS WRITTEN
DEA# BT4546478

BNDD NO. _18857_          AL REG NO. _____

Form No. RX-1

**MEDICAL CENTER ENTERPRISE**
400 North Edwards Street
Enterprise, Alabama 36330
(334) 347-0584

Name _Cyrus Pierson_____ Date _7/30/06_

Address _____

℞   Dilantin 100 mg 3 PO
    prior to Bedtime denisit
    Then 3 PO qd

    # 90

LABEL                                              M.D.
                        PRODUCT SELECTION PERMITTED
REFILL 0 1 2 3 4 PRN    PHILIP TSOLAKIS
                        ME# FL ME71708
BNDD NO. _18857_        DISPENSE AS WRITTEN    M.D.
Form No. RX-1           DEA# BT4546478
                        _____ AL. REG. NO. _____

# MEDICATION INFORMATION FORM    FACILITY/CODE: COFFEE CO(AL)(CF)

## PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: _Luison_    FIRST NAME: _Cymes_    SS #: _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_    BIRTHDATE: _09-16-86_

CIRCLE ONE:    CITY    (COUNTY)    STATE    FEDERAL    *MUST HAVE SSN & DOB TO FILL ANY CONTROLLED SUBSTANCES*

BILL TO:
(IF DIFFERENT ACCOUNT)    ALLERGY

ALIAS IF KNOWN:    BOOK IN #    INS#    PERSON COMPLETING FORM:    CELL BLOCK

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY | REFILLS |
|---|---|---|---|---|---|---|---|
| PRESCRIPTION | | to follow | | to follows | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*IHS/MEDINFO FORM CUSTOM 2001.DOC*

DISPENSE AS WRITTEN    M.D. / P.A. / F.N.P. / C.R.N.P.    SIGNATURE REQUIRED _Jared 8-8-6_    PRODUCT SELECTION PERMITTED

**IHS Pharmacy**

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax:    1(800)638-9459

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE NOR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC, IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL 1(800)638-3104.

S e n d i n g   C o n f i r m

Date : AUG-8-2006  TUE  07:24AM
Name : COFFEE COUNTY JAIL NEW BROCKTON AL
Tel. : 8946231

```
Phone          :  18006389459
Pages          :  2
Start Time     :  08-08 07:23AM
Elapsed Time   :  00'45"
Mode           :  ECM
Result         :  Ok
```



**COFFEE COUNTY JAIL**

**BEN MOATES, SHERIFF**

**ZACK ENNIS, ADMINISTRATOR**

phone: 334-894-5535
fax: 334-804-6231

**MEDICAL TRANSPORT SHEET**

Date: 3-14-05

Name of Inmate: *Cyrus Pierson*

Reason for Medical Care: *wound to head*

Transported From: *County Jail*

Transported To: *Medical Center Enterprise*

Time of Transport: *12 43*

Transporting Officer: *D. Copen*

## Inmate Classification (Check One)

Federal _____
State _____
County _X_____
(City) Enterprise _____ Elba _____ New Brockton _____ Kinston _____

*This form to be completed for each inmate receiving any medical treatment

**MEDICAL CENTER ENTERPRISE**
400 North Edwards Street
Enterprise, Alabama 36330
(334) 347-0584

CHARLES Winfrey
PA 055

Name _Cyrus Pierson_____ Date 3/14/05

Address _____

R

Keflex 500

100 360°

# 60

☐ _____ M.D.
PRODUCT SELECTION PERMITTED

☐ _____ M.D.
DISPENSE AS WRITTEN

LABEL
REFILL ⓪ 1 2 3 4 PRN

BNDD NO. _____ AL. REG. NO. _____
Form No. RX-1

---

# COFFEE COUNTY (ALA.) JAIL
## *PATIENT RECORD*

Name _Pierson Cyrus_____ Date _3-14-05_____ Time _1300_ A.M. / **P.M.**

Address _____ Age _____ Sex _Male_

☒ County Prisoner   ☐ State Prisoner   ☐ Other _____

Complaint: (L) side of face wound

Pt evaluated by Dr. Rogers. Wound too old to suture. Pt given a shot of Rocephin 1gm. Given a prescription for Keflex (antibiotic)

History of Complaint: _____

_____

_____

**Doctor Impression:**

Niki Jolley RN
Doctor Signature

**Treatment:**

Quality Printing Co.

1-800-638-9460

# MEDICAL CENTER ENTERPRISE
400 North Edwards Street
Enterprise, Alabama 36330
(334) 347-0584

CHARLES PIERSON
PX 055

Name _Cyrus Pierson_   Date _3/14/05_

Address _____

R̸  Keflex 500

1ᵖᵒ q6°

# 40

LABEL

REFILL (0) 1 2 3 4 PRN

_____ PRODUCT SELECTION PERMITTED _____ M.D.

_____ DISPENSE AS WRITTEN _____ M.D.

BNDD NO. _____   AL. REG. NO. _____

Form No. RX-1

Cyrus Pierson
Coffee County Inmate
Faxed From Coffee County Jail
3-14-05
D Green

**MEDICAL CENTER ENTERPRISE**    400 North Edwards Street    Enterprise, Alabama 36330

## CONDITIONS FOR TREATMENT

1. MEDICAL AND SURGICAL TREATMENT AND BLOOD TRANSFUSION CONSENT: A patient's care is under the control of his or her attending physicians and the Hospital is not liable for any act or omission in following the instructions of that physician. The undersigned consent to any radiological examination, laboratory procedure, anesthesia, Emergency Room treatment, medical, surgical or diagnostic treatment or hospital services rendered the patient under the general and special instructions of the physician. The undersigned recognizes that all physicians furnishing services to the patient, including the radiologist, anesthesiologist, and emergency room physician are independent contractors and are neither employees nor agents of the Hospital.

2. RELEASE OF INFORMATION: The hospital may disclose all or any part (including Social Security number) of the patient's medical record to any person or corporation which is or may be liable under a contract to the Hospital or the patient or to a family member or employer of the patient for all or part of the Hospital's charge including, but not limited to, hospital or hospital utilization review entities, including the Peer Review Organizations that may perform Medicare/Medicaid/Champus review or those who have an agreement with the patient's employer, insurance companies, workmen's compensation carriers, Veterans Administration, welfare or the patient's employer. The Hospital may disclose any information concerning my case which is necessary or appropriate concerning my case which is necessary and/or appropriate for medical research. This authorization includes, but is not limited to, the release of information relating to drug, alcohol, HIV/AIDS, and/or psychiatric treatment as specified in Volume 42 of the code of Federal Regulations Part 2. I further authorize any hospital, health care institution, or physician that attended me previously to furnish medical records including radiologic films and laboratory test results which may be requested by the Hospital or my attending physician. This constitutes my specific authorization and consent, under Alabama Statute, to release my prior medical records to Medical Center Enterprise and to my physician(s).

3. RELEASE FROM LIABILITY FOR VALUABLES: I have been made aware that Medical Center Enterprise provides facilities for the safekeeping of my valuables and, therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, glasses, dentures or other items of value that I might keep at my bedside, or that may be brought to me by my friends or relatives unless deposited with the Hospital for safekeeping.

4. GUARANTOR/FINANCIAL AGREEMENT: The undersigned and/or patient is entitled to Hospital and/or Physician's benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to Medical Center Enterprise, and/or Physician having performed services for this patient during his/her stay at Medical Center Enterprise, and the Radiologist, Pathologist, Anesthesiologist and/or other attending or consulting Physicians, for application to the patient's bill. It is agreed that the Hospital and/or Physician may receipt for any such payment, and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by the assignment. Should the account be referred for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts may be assessed interest at the legal rate.

5. ASSIGNMENT OF INSURANCE BENEFITS: In the event the undersigned is entitled to hospital benefits of any type whatsoever arising out of any policy of insurance insuring patient of any party liable to patient, such benefits are hereby assigned to Medical Center Enterprise for application on patient's bill, and it is agreed that the Hospital may receipt any such payment and such payment shall discharge the said insurance company of any and all obligation under the policy of the extent of such payment, the undersigned and/or patient being responsible for charges not covered by assignment.

6. PHYSICIAN INSURANCE ASSIGNMENT: I, the above named subscriber, hereby authorize payment directly to any physician examining or treating me or any group and/or individual surgical and/or medical radiologist, anesthesiologist, pathologist, emergency room physician and neonatologist benefits herein specified and otherwise payable to me for the services as described but not to exceed the reasonable and customary charge for these services.

7. NOTICE OF OCCUPATIONAL EXPOSURE: Occasionally healthcare workers may experience exposure to your blood or body fluids. If this type of exposure occurs, it may be necessary to perform a blood test on you for the Hepatitis B Virus and the HIV (AIDS) Virus. The testing will be done in a manner intended to preserve your privacy and at no cost to you or your family. The test results will be treated as confidential medical information and will be placed in your hospital medical record. Test results will be reported to others only at your request and with your consent, or as required by law and the policies of Medical Center Enterprise.

THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS THE PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

### ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES

"I certify that I have received a copy of Medical Center Enterprise's Notice of Privacy Practices on the date indicated."

X _Cyrus Pierson_    Date _3.14.05_
Patient Signature

Authority to Sign if Not Patient _____

### ASSIGNMENT OF MEDICARE BENEFITS: PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION AND PAYMENT REQUEST.

**INITIAL BLOCK IF APPLICABLE** [    ]

"I certify that the information given by me in applying for payment under XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its' intermediates or carriers any information needed to for this or a related claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physicians' services or authorize such physicians or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred.

**ACKNOWLEDGMENT OF MEDICAID** [    ]

"I certify that I am a recipient of the Medicaid program, and request that payment of authorized benefits be made on my behalf. I authorize the treating physician, hospital and hospital insurance carrier to make available to the Alabama Department of the Medical Assistance and requested information concerning medical, insurance and financial records relating to my hospitalization. I hereby certify all hospital insurance shall be assigned to the hospital and/or treating physician for services provided.

X _Cyrus Pierson_    Date _3.14.05_
Patient Signature

Guarantor or Guardian Signature _____    Date _____

Witness _____    Date _3.14.05_

MCE-CFT-1

QUALITY PRINTING COMPANY

TRANSMISSION REPORT



**IHS Pharmacy**

**Independent Health Services, Inc.**

Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax: 1(800)638-9459

**INMATE RELEASE FORM**

**FACILITY/FACILITY CODE:** COFFEE CO JAIL (AL)(CF)

**PLEASE PRINT CLEARLY, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY**

| INMATE NAME | RELEASE DATE/DISPENSE STOP DATE |
|---|---|
| Cyrus Pierson | 3-23-05 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

IF DRUG/INMATE RELEASE CUSTOM FORM/UDCC  0401

**AUTHORIZED SIGNATURE** S. Roberts    **DATE** 3/23/05

THE INFORMATION CONTAINED IN THIS FACSIMILE AND ANY ATTACHMENTS IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, YOU ARE PROHIBITED FROM COPYING, DISTRIBUTING, OR USING THE INFORMATION. PLEASE CONTACT THE SENDER IMMEDIATELY AT 1(800)638-3104 AND DISPOSE OF YOUR ORIGINAL IMMEDIATELY.



# IHS Pharmacy

**Independent Health Services, Inc.**
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax: 1(800)638-9459

## INMATE RELEASE FORM

### FACILITY/FACILITY CODE:    COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

| INMATE NAME | RELEASE DATE/DISPENSE STOP DATE |
|---|---|
| Cyrus Pierson | 2-10-05 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

FORMS/INMATE RELEASE CUSTOM FORM1.DOC    04/01

AUTHORIZED SIGNATURE _S. Roberts_    DATE _2/10/05_

THE INFORMATION CONTAINED IN THIS FACSIMILE AND ANY ATTACHMENTS IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, YOU ARE PROHIBITED FROM COPYING, DISTRIBUTING, OR USING THE INFORMATION. PLEASE CONTACT THE SENDER IMMEDIATELY AT 1(800)638-3104 AND DISPOSE OF YOUR ORIGINAL IMMEDIATELY.

# MEDICATION INFORMATION FORM    FACILITY/CODE: COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: Pierson

FIRST NAME: Cyrus

CIRCLE ONE:  CITY  (COUNTY)  STATE  FEDERAL

SS #: ___    BIRTHDATE: ___

BILL TO:
(IF DIFFERENT ACCOUNT)

ALLERGY: ___    CELL BLOCK: ___

BOOK IN #: ___    INS #: ___

ALIAS IF KNOWN:

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY. | REFILLS |
|---|---|---|---|---|---|---|---|
| RX# 604999 Phenytoin sod ext | 100 MG | 1 cap 3x daily | Jones, Douglas | | | | |
| | | Martin Colley Drug 209 East Brunson St. Enterprise, AL 36330 phone# (334) 347-6865 | | | 2-9-06 | 90 | 5 Refills |

R.N./L.P.N. SIGNATURE: ___    M.D. SIGNATURE: Taylor

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax:   1(800)638-9459

IHS Pharmacy

TRANSMISSION REPORT

# MEDICATION INFORMATION FORM   FACILITY/CODE: COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: Pierson    FIRST NAME: Cyrus

CIRCLE ONE: CITY  COUNTY  STATE  FEDERAL    Enterprise

BILL TO: (IF DIFFERENT ACCOUNT)

ALIAS IF KNOWN:

SS #:   BIRTHDATE:

ALLERGY:   CELL BLOCK:

BOOK IN #:   INS #:

| DRUG NAME Rx# 6014999 | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY | REFILLS |
|---|---|---|---|---|---|---|---|
| Phenytoin 500 Ext | 100 mg | 1 cap 3 x a day | Douglas Jones | 0600 1200 1800 | 12-7-04 | 100 | 2 |
| | | | | | | | |
| | | | | | | | |

Martin Colley Drugs
Enterprise, AL
334-347-6865

R.N./L.P.N. SIGNATURE:

[FORMAT/MED INFO FORM CUSTOM 2001.DOC]

M.D. SIGNATURE:

IHS Pharmacy
Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986
Phone: 1(800)638-3104
Fax: 1(800)638-9459

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC. IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL 1(800)638-3104.

# MEDICATION INFORMATION FORM    FACILITY/CODE: COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: Michels                    FIRST NAME: Carol

CIRCLE ONE:  CITY  COUNTY  STATE  FEDERAL
                   Coffee

SS #: 

ALLERGY:

BIRTHDATE:

CELL BLOCK:

BILL TO:
(IF DIFFERENT ACCOUNT)

BOOK IN #:                    INS #:

ALIAS IF KNOWN:

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY. | REFILLS |
|---|---|---|---|---|---|---|---|
| Rx# 35575 Amitrip Tylone HCl | 50mg | 1 tab @ bedtime | Heckleff | 2200 | 6-7-05 | 30 | 2 |
| Pharmacare Enterprise, Al. 334-347-5111 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

R.N./L.P.N. SIGNATURE:

M.D. SIGNATURE:

[FORMS/MED INFO FORM CUSTOM 2001.DOC]

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE NOR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC., IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL 1(800)xxx.

**IHS Pharmacy**

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax:    1(800)638-9459

```
************************************************************

TRANSMISSION REPORT

PHONE/TTI NO.        2566381061
DATE AND TIME        04-21 08:13PM
DURATION             00'46
MODE
PAGE                 01
RESULT               GOOD

************************************************************
```

# IHS Pharmacy

**Independent Health Services, Inc.**
Post Office Box 1428
Rainsville, AL 35986

Phone:    1(800)638-3104
Fax:    1(800)638-9459

## INMATE RELEASE FORM

## FACILITY/FACILITY CODE:  COFFEE CO JAIL (AL)(CF)

### PLEASE PRINT CLEARLY, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

| INMATE NAME | RELEASE DATE/DISPENSE STOP DATE |
|---|---|
| Cyrus Pierson | 4-21-06    Faxed 4-21-06 S. Roberts |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

IF ORIGINATE RELEASE CUSTOM FOR ALDOC   04/01

AUTHORIZED SIGNATURE _____    DATE __ / __ / __

THE INFORMATION CONTAINED IN THIS FACSIMILE AND ANY ATTACHMENTS IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, YOU ARE PROHIBITED FROM COPYING, DISTRIBUTING, OR USING THE INFORMATION. PLEASE CONTACT THE SENDER IMMEDIATELY AT 1(800)638-3104 AND DISPOSE OF YOUR ORIGINAL IMMEDIATELY.



IHS Pharmacy

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone:    1(800)638-3104
Fax:      1(800)638-9459

INMATE RELEASE FORM

FACILITY/FACILITY CODE:  COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

| INMATE NAME | RELEASE DATE/DISPENSE STOP DATE |
|---|---|
| Pierson, Cyrus | 4/2/06 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

AUTHORIZED SIGNATURE _Janey Glass_    DATE 4/21/06

AFORMS/INMATE RELEASE CUSTODY FORM.DOC  04/01

THE INFORMATION CONTAINED IN THIS FACSIMILE AND ANY ATTACHMENTS MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND
ARE PROHIBITED FROM COPYING, DISTRIBUTING, OR USING THE INFORMATION. PLEASE CONTACT THE SENDER IMMEDIATELY AT 1(800)638-3104 AND DISPOSE OF YOUR ORIGINAL
IMMEDIATELY.

```
TRANSMISSION REPORT

PHONE/TTI NO.        256 638 1061
DATE AND TIME       04-21 09:34PM
DURATION            00'46
MODE
PAGE                01
RESULT              GOOD
```

## Sending Confirm

Date : JUL-15-2006  SAT 01:49AM
Name : COFFEE COUNTY JAIL NEW BROCKTON AL
Tel. : 8946231

```
Phone          :  18006389459
Pages          :  1
Start Time     :  07-15 01:48AM
Elapsed Time   :  00'29"
Mode           :  ECM
Result         :  Ok
```

**IHS Pharmacy**    Independent Health Services, Inc.    Phone:    1(800)638-3104
Post Office Box 1428    Fax:    1(800)638-9459
Rainsville, AL 35986

INMATE RELEASE FORM    FACILITY/FACILITY CODE:    COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

| INMATE NAME | RELEASE DATE/DISPENSE STOP DATE |
|---|---|
| Cyrus Pierson | 7 - 12 - 2006 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

FORMS/INMATE RELEASE CUSTOM FORM/DOC - 04/01

AUTHORIZED SIGNATURE _____ / 3rd Shift Supervisor    DATE 7 / 15 / 2006

THE INFORMATION CONTAINED IN THIS FACSIMILE AND ANY ATTACHMENTS IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, YOU
ARE PROHIBITED FROM COPYING, DISTRIBUTING, OR USING THE INFORMATION. PLEASE CONTACT THE SENDER IMMEDIATELY AT 1(800)638-3104 AND DISPOSE OF YOUR ORIGINAL
IMMEDIATELY.



TRANSMISSION REPORT

PHONE NO.       256 626 1061
DATE AND TIME   05-23 03:43PM
DURATION        00:44
MODE
PAGE            01
RESULT          GOOD

**IHS Pharmacy**

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone:   1(800)638-3104
Fax:     1(800)638-9459

INMATE RELEASE FORM

FACILITY/FACILITY CODE:   COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

| INMATE NAME | RELEASE DATE/DISPENSE STOP DATE |
|---|---|
| Cyrus Pierson | 8-9-05 |
|  |  |
|  |  |
|  |  |
|  | faxed 8-23-05 S. Roberts |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

FORMS/INMATE RELEASE CUSTOM FORM.DOC    04/01

AUTHORIZED SIGNATURE _____    DATE ___/___/___

THE INFORMATION CONTAINED IN THIS FACSIMILE AND ANY ATTACHMENTS IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, YOU ARE PROHIBITED FROM COPYING, DISTRIBUTING, OR USING THE INFORMATION. PLEASE CONTACT THE SENDER IMMEDIATELY AT 1(800)638-3104 AND DISPOSE OF YOUR ORIGINAL IMMEDIATELY.

TRANSMISSION REPORT

# IHS Pharmacy

**Independent Health Services, Inc.**
Post Office Box 1428
Rainsville, AL 35986

Phone:  1(800)638-3104
Fax:    1(800)638-9459

## INMATE RELEASE FORM

**FACILITY/FACILITY CODE:**   COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

| INMATE NAME | RELEASE DATE/DISPENSE STOP DATE |
|---|---|
| Cyrus Pierson | 4-28-05 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | Faxed 4-28-05 S.Roberts |
| | |

FOR IHS/INMATE RELEASE CUSTOM FORM II.DOC   04/01

**AUTHORIZED SIGNATURE** _____     DATE ___/___/___

THE INFORMATION CONTAINED IN THIS FACSIMILE AND ANY ATTACHMENTS IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, YOU ARE PROHIBITED FROM COPYING, DISTRIBUTING, OR USING THE INFORMATION. PLEASE CONTACT THE SENDER IMMEDIATELY AT 1(800)638-3104 AND DISPOSE OF YOUR ORIGINAL IMMEDIATELY.

03-12-04   03:03PM   P01

# EXHIBIT V

**Inmate file, Grievance Form, dated 4/19/2007**

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

## Grievance Form

Your Name: Cyrus Pierson

Date of Incident Leading to Complaint: 4-18-07

STATEMENT: Yesterday when they came in, I was welding in the cell block, after the trustees finished the material of the door, (like a black ash substance was all over the Cell block, and all over the inside of the cell. Before lunch on first shift I asked Dallas exactly 9 times, Mike Bryant exactly 5 times, and Ronnie Maney exactly 3 time for a broom & mop. I wasn't the only one asking them, but before I knew it, it was 3:30 p.m., & 1st shift was gone. It seems to me the only way to get something done is to curse them out so they can tell captain Moss & the he call me up front to talk to him.

List of Witnesses, if any: Marchello Reek    Pedro G  Cary Williams
Donell Ott    Justin Knights    Joseph Worsham    Walter Scott
Dallas Radsers    Merlin Townsend
Timothy Council    James Bisham

Place Grievance in an envelope, your name on outside of envelope, and give to CO who will see it gets to the Jail Administrator. They weren't busy 3½ hrs. straight.
That's just no excuse but being lazy as hell. It wouldn't have took no more then 10 min. of their time to get a mop bucket back here cause I don't like to live in filth.

All of the little particles on the floor was just tiny grains of meolal, & their were pieces long enough for a shank. What if somebody would've grabbed a handfull & tossed it in somebody's eyes, the proably would've been blind forever.

Cyrus Pierson
and

Cell Block 2 AKA. The Thunderdom

# EXHIBIT W

**Remainder of Plaintiff's Inmate File not otherwise
attached as a separate exhibit**



# IHS Pharmacy

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone:  1(800)638-3104
Fax:    1(800)638-9459

## INMATE RELEASE FORM

FACILITY/FACILITY CODE:  COFFEE CO JAIL (AL)(CF)

PLEASE PRINT CLEARLY, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

| INMATE NAME | RELEASE DATE/DISPENSE STOP DATE |
|---|---|
| Cyrus Pierson | 1-16-07 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | Faxed |
| | 1-23-07 |
| | S. Roberts |
| | |

IHS/NUAB/INMATE RELEASE CUSTOM FORM.DOC  04/01

AUTHORIZED SIGNATURE _____    DATE ____/____/____

THE INFORMATION CONTAINED IN THIS FACSIMILE AND ANY ATTACHMENTS MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE PROHIBITED FROM COPYING, DISTRIBUTING, OR USING THE INFORMATION. PLEASE CONTACT THE SENDER IMMEDIATELY AT (800)638-3104 AND DISPOSE OF YOUR ORIGINAL IMMEDIATELY. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, YOU

COFFEE COUNTY JAIL
BEN MOATES, SHERIFF
ZACK ENNIS, ADMINISTRATOR
phone: 334-894-5535
fax: 334-804-6231

MEDICAL TRANSPORT SHEET

Date: _11-14-2006_

Name of Inmate: _Pierson, Gus_

Reason for Medical  Care: _Cut above Rt eye_

Transported From: _CCJ_

Transported To: _ENT Medical_

Time of Transport: _14:45_

Transporting Officer: _C/O Casada_

## Inmate Classification (Check One)

Federal _____
State _____
County ✓_____
(City) Enterprise_____ Elba_____ New Brockton_____ Kinston_____

*This form to be completed for each inmate receiving any medical treatment



**COFFEE COUNTY JAIL**
**BEN MOATES, SHERIFF**
**ZACK ENNIS, ADMINISTRATOR**
phone: 334-894-5535
fax: 334-804-6231

**MEDICAL TRANSPORT SHEET**

*Copy*

Date: 3-11-05

Name of Inmate: Cyrus Pierson

Reason for Medical Care: Dr. Appt.

_____

_____

Transported From: Coffee County Jail

Transported To: Dr. Cochran

Time of Transport: 10:00

Transporting Officer: S. Roberts

### Inmate Classification (Check One)

Federal _____
State _____
County X
(City) Enterprise _____ Elba _____ New Brockton _____ Kinston _____

*This form to be completed for each inmate receiving any medical treatment

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                               COFFEE COUNTY
                           TRANSCRIPT OF RECORD
                           CONVICTION REPORT
                                          CC 2006 000399.00 01
                                          THOMAS E HEAD
```

| CIRCUIT COURT OF COFFEE COUNTY | COURT ORI: 019025 J |
|---|---|

```
STATE OF ALABAMA      VS.              DC NO: GJ 2006 000092.00
PIERSON CYRUS DESMOND     ALIAS:       G J:   06-92
707 WEST ADAMS STREET     ALIAS:       SSN:   422230259
ENTERPRISE  AL  36330                  SID:   000000000
                                       AIS:   000000
```

```
DOB: 09/16/1986   SEX: M   HT: 5 08   WT: 140   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____
```

DATE OFFENSE: 11/30/2005   ARREST DATE: 11/30/2005   ARREST ORI: 0190000

```
CHARGES @ CONV    CITES        CT CL COURT ACTION          CA DATE
ATT -DISTRIBUTE DR 13A-012-203 01 B  GUILTY PLEA           05/21/2007
                               00                          00/00/0000
                               00                          00/00/0000
```

JUDGE: THOMAS E HEAD             PROSECUTOR: JARRELL LARRY C

```
PROBATION APPLIED  GRANTED  DATE      REARRESTED DATE  REVOKED  DATE
(X)Y ( )N 05212007 ( )Y ( )N          ( )Y ( )N        ( )Y ( )N
```

```
15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
(X)Y ( )N  CONFINEMENT: 01 00 000   04 00 000   05 00 000   00 00 180
           PROBATION :  02 00 000               02 00 000
DATE SENTENCED: 05/21/2007   SENTENCE BEGINS: 05/21/2007
```

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| CONCURR SENT | RESTITUTION | $0.00 | $0.00 |
| SPLIT SENTENC | ATTORNEY FEE | $0.00 | $0.00 |
| DOC/SAPP PGM | CRIME VICTIMS | $50.00 | $50.00 |
| DRUG | COST | $277.00 | $277.00 |
| JAIL | FINE | $0.00 | $0.00 |
|  | MUNICIPAL FEES | $0.00 | $0.00 |
|  | DRUG FEES | $1100.00 | $1100.00 |
|  | ADDTL DEFENDANT | $0.00 | $0.00 |
|  | DA FEES | $0.00 | $0.00 |
|  | COLLECTION ACCT | $0.00 | $0.00 |
|  | JAIL FEES | $0.00 | $0.00 |
|  | TOTAL | $1427.00 | $1427.00 |

```
APPEAL DATE      SUSPENDED       AFFIRMED          REARREST
( )Y( )N         ( )Y( )N        ( )Y( )N          ( )Y( )N
```

```
REMARKS:                        THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS
                                AND IS TRUE AND CORRECT.

                                           COPY

                                JAMES M COUNTS
                                07/06/2007
```

```
OPERATOR: JEL
PREPARED: 07/06/2007
```

IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA
ENTERPRISE DIVISION

STATE OF ALABAMA,     *

  PLAINTIFF,      *

VS.           *   CASE NO.  CC-2006-399

CYRUS D. PIERSON,    *

  DEFENDANT.     *

## GUILTY PLEA AND SENTENCING ORDER

Defendant, Cyrus D. Pierson, appeared before the Court and was represented by Hon. Steven E. Blair, Attorney at Law. The State was represented by Hon. Larry C. Jarrell, Assistant District Attorney for the Twelfth Judicial Circuit, State of Alabama.

Upon arraignment, the Defendant entered a plea of GUILTY to the offense of Attempted Distribution of a Controlled Substance (Marihuana), in violation of § 13A-12-203 of the *Code of Alabama, 1975.*

The Court conducted a colloquy and is satisfied that Defendant understands the nature of and elements required to constitute the crime charged against him and the range of penalty for said offense. The Court is further satisfied that Defendant knowingly, intelligently, and voluntarily waives his right to trial, by judge or jury, his right to confrontation, his right to the attendance of defense witnesses through compulsory process, and his right against compulsory self-incrimination. The Court finding a factual basis for the plea and/or being of the opinion that the Defendant fully understands the significance of same, accepts his plea of guilty.

The Defendant is pronounced and declared GUILTY of Attempted Distribution of a Controlled Substance (Marihuana), as charged in the indictment.

Defendant was then: (1) Afforded an opportunity to make a statement in his own behalf before sentencing and was further asked if he had anything to say as to why the sentence of the law

should not be imposed; and (2) Given an opportunity to present evidence as to any matter probative in the issue of sentence(s) and/or facts in mitigation of any penalties that are to be imposed.

The State was then afforded an opportunity to present evidence as to any matter probative to the issue of sentence(s) and/or facts in aggravation or mitigation of any penalties that are to be imposed. The District Attorney submitted the appropriate "Voluntary Sentencing Standards Worksheet" for the convicted offense, which was reviewed and considered prior to imposition of sentence.

The State further offered a *"Settlement Agreement"* containing, among other things, certain negotiated sentencing recommendations.

The Court having considered the settlement agreement offered, arguments of the parties, the sentencing standards worksheet, and all evidence presented, it is;

ORDERED that for Defendant's aforesaid conviction, he is hereby sentenced, on recommendation of the District Attorney, to serve five (5) years imprisonment in the Penitentiary of the State of Alabama, concurrently with sentence in CC-2006-23, and to pay costs, $50.00 to be distributed to the Alabama Crime Victim Compensation Commission, $100.00 assessment payable to the Department of Forensic Science Services Trust Fund, $1,000.00 fine pursuant to the "Demand Reduction Assessment Act" (13A-12-281), and full reimbursement for indigent attorney fees.

Pursuant to plea agreement and under the provisions of the *Alabama Split Sentence Act*, Defendant's sentence is split with Defendant to serve one year imprisonment in the Coffee County Jail, with balance suspended and Defendant placed on two years supervised probation. Defendant is given credit for all time served while awaiting trial and/or disposition in this case, same to be applied to the active portion of Defendant's sentence. (It was represented to the Court that Defendant has accumulated 180 days jail credit.)

During the probationary phase of Defendant's sentence, conditions of his probation are as follows: (a) Defendant shall not commit a crime; (b) Defendant shall report to his probation officer as

often as directed and abide by any special conditions of probation imposed by his supervising probation officer; (c) Defendant shall pay all taxed sums in accordance with a plan to be implemented through his supervising probation officer; and (d) Defendant enroll in and complete a substance abuse program approved by the Court Referral Officer.

The payment of all taxed sums is specifically made a condition of Defendant's probation, parole and/or other early release from penitentiary confinement. Should the Defendant be incarcerated in a State of Alabama Penitentiary or Correctional Facility and have income while therein, the Alabama Department of Corrections is ORDERED to pay twenty-five percent (25%) of Defendant's said funds (which funds of the Defendant the Department may come into possession of) to the Clerk of the Court, Coffee County, Alabama, as is allowed by law and said Department is ordered to pay same to the Clerk of the Court until such time as all ordered monies are paid in full.

Also as an additional part of Defendant's sentence, he is ordered to submit upon demand to the taking of a DNA sample or samples, as required by § 36-18-24, *Code of Alabama*, 1975.

Defendant reserved no issue(s) for purposes of appeal

DONE THIS THE 21st day of May, 2007.

_____
CIRCUIT JUDGE



CC: DA
SB
PJP
S.O.

STATE OF ALABAMA                                          IN THE CIRCUIT COURT OF
PLAINTIFF
VS.                                                       COFFEE    COUNTY, ALABAMA

**CYRUS PIERSON**                                        ENTERPRISE    DIVISION
DEFENDANT          **SETTLEMENT AGREEMENT**

After discussion and negotiation between counsel for the defendant, defendant and
the prosecution, it is agreed, subject to acceptance by the Court, that:     CASE NO: CC 2006-H-399

① ② CC-06-23

1. The defendant will enter a plea of guilty to the charge(s) of:
① ATTEMPTED DISTRIBUTION OF CONTROLLED SUBSTANCE
② *Burglary Third reduced to Receiving* Two (2)
   *Stolen Property Third*
   *Degree*

2. The prosecutor will recommend, and the defendant agrees to accept a sentence of:                ②

IF ACCEPTED BY PLEA DATE: ~~THREE (3) YEARS PLUS~~ FIVE (5) YEARS ~~PLUS FIVE (5) YEARS~~ split with ~~one~~ *one*
year ordered executed and balance suspended for ~~THREE (3)~~ years supervised probation.  If after plea date, THREE
(3) YEARS plus FIVE plus FIVE with balance suspended for 3 years probation.

__1,000.00__ Demand Reduction Assessment, $__100.00__ Dept Forensic Sciences Fine, _6_ months loss of
driver's license, __X__ CRO/SAP, $_____ FINE

② *Burglary 3° reduced to*
   *Receiving Stolen Property Third*
   *Degree — One year concurrent*

3. Whether sentence is Suspended? Split? Probation?

4. If probation is part of the agreement, Defendant will carry out all GENERAL conditions of probation.  As a SPECIAL
condition of probation, Defendant will pay court ordered monies at the rate of $_____ per _____ until court ordered
monies are paid in full.
5. Defendant will pay RESTITUTION in the amount of $____ *To be determined* to the Clerk of Court for
distribution to *Charlene Boolaby, college  CONCURRENT*
   *Street Enterprise)            Can be served in County jail*

6. Defendant shall be ordered: to pay COSTS of court in each case; an assessment to the Crime Victim's
Compensation Commission of $ _50.00_ _25_ AND defendant will (  ) not be required to reimburse
the State of Alabama for indigent attorney's fees.
7. Defendant affirmatively states Defendant reserves no issues for appeal.  As a basis of this Settlement Agreement,
Defendant waives/gives up any right of appeal in the above styled cause.  Defendant acknowledges he is aware he
has a right to demand a Pre-Sentence Report before Sentencing.  Defendant expressly waives/gives up his right to
demand a Pre-Sentence Report of Investigation before sentencing.
8.  Defendant shall receive credit for time spent in custody while awaiting trial and/or disposition in this/these case(s).
CREDIT FOR TIME SERVED WHILE AWAITING DISPOSITION OF THIS CASE   *180 days*

9.  No other terms or conditions related to judgment and sentence in this/these case(s) are agreed on or contemplated by the
defendant or the prosecutor.  The parties stipulate Defendant has _____ proper, prior felony conviction(s) which are to be used
for enhancement of sentence.

_May 21, 2007_
Date

_Cyrus Pierson_
Signature of Defendant

_____
Signature of Defendant's Counsel

_Gary Pincaria_
Signature of Prosecutor

Having reviewed the settlement agreement entered into by the defendant and the prosecutor, the Court hereby:
☑ Accepts the Settlement Agreement and incorporates same in the judgment and sentence.
☐ Rejects the Settlement Agreement and modifies the terms as follows: _____

_May 21, 2007_
Date

_Thomas E. Head, III_
Judge

| State of Alabama<br>Unified Judicial System<br><br>Form CR-51(front)    Rev. 7/96 | **EXPLANATION OF RIGHTS AND PLEA OF GUILTY**<br>(Non-Habitual Offender — Felony and Misdemeanor<br>Circuit or District Court) | Case Number |
|---|---|---|

IN THE _____ COURT OF _____ , ALABAMA
(Circuit or District)                    (Name of County)

STATE OF ALABAMA v. _____ *Cyrus Pierson* _____
Defendant

**TO THE ABOVE-NAMED DEFENDANT:** The Court, having been informed that you wish to enter a plea of guilty in this case, hereby informs you of your rights as a criminal defendant.

## PENALTIES APPLICABLE TO YOUR CASE

JUN 2007

You are charged with the crime of *Unlawful Dist* _____, which is a Class ___ ☐ Felony ☐ Misdemeanor. The Court has been informed that you desire to enter a plea of guilty to ☐ this offense or ☐ to the crime of *At Unlawful Dist* which is a ☐ felony    ☐ misdemeanor. The sentencing range for the above crime(s) is set out below:

| **MISDEMEANOR** | | **FELONY** | |
|---|---|---|---|
| **Class A** | Up to one (1) year imprisonment in the county jail, or a fine up to $2,000, or both. | **Class A** | Not less than ten (10) years and not more than life or ninety-nine (99) years imprisonment in the state penitentiary, and may include a fine not to exceed $20,000. |
| **Class B** | Up to six (6) months imprisonment in the county jail, or a fine not to exceed $1,000, or both. | **Class B** | Not less than two (2) years and not more than twenty (20) year imprisonment in the state penitentiary, and may include a fine not to exceed $10,000. |
| **Class C** | Up to three (3) months imprisonment in the county jail, or a fine not to exceed $500, or both. | **Class C** | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, and may include a fine not to exceed $5,000. |

**Crime Victims Assessment:** You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony and not less than $25 and not more than $1,000 for each misdemeanor for which you are convicted.

This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** §13A-5-6, *Code of Alabama* 1975, provides for the enhancement of a punishment where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a **Class A Felony**, a term of imprisonment of not less than **20 years**; For the commission of a **Class B Felony**, a term of imprisonment of not less than **10 years**; For the commission of a **Class C Felony**, at term of imprisonment of not less than **10 years**.

☐ **Enhanced Punishment for Drug Sale Near School:** §13A-12-250 *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years' imprisonment for each violation.

☐ **Enhanced Punishment For Sales Of Controlled Substance To One Under 18:** §13A-12-215, *Code of Alabama* 1975, provides that anyone convicted of selling, furnishing or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.

☒ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281 provides that, if you are convicted of a violation of §13A-12-202, 13A-12-203, 13A-12-204, 13A-12-211, 13A-12-212, 13A-12-213, 13A-12-215 or 13A-12-231, *Code of Alabama* 1975, you shall be assessed an additional fee of $1,000 if you are a first-time offender or $2,000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to §13A-12-214 (unlawful possession of marijuana in the second degree), §32-5A-191(a)(3) or §32-5A-191(a)(4)(DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ **Alcohol/Drug Related Offenses:** If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or treatment and to pay for the evaluation and any program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath, tests and to pay a fee for this service. You may request a waiver of part or all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the court in lieu of the monetary payment of fees by an indigent.

| Form CR-51 (back)    Rev. 7/96 | EXPLANATION OF RIGHTS AND PLEA OF GUILTY<br>(Non-Habitual Offender—Felony and Misdemeanor -- Circuit or District Court) |
| --- | --- |

☐ **DNA Samples for Criminal Offenses in §36-18-24:** Beginning May 6, 1994, §36-18-25(e), *Code of Alabama 1975*, provides that, as of May 6, 1994, all persons convicted of any of the offenses set out in §36-18-24, shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ **DUI Offenses:** Beginning October 1, 1993, if you are convicted of a DUI offense pursuant to §32-5A-191, *Code of Alabama 1975*, an additional fine of $100.00 will be assessed pursuant to §32-5A-191.1, *Code of Alabama 1975*.

☐ **Drug Possession:** Beginning October 1, 1995, if you are convicted in any court of this state for drug possession, drug sale, drug trafficking, or drug paraphernalia offenses as defined in §§13A-12-211 to 13A-12-260, inclusive, *Code of Alabama 1975*, an additional fee of $100.00 will be assessed pursuant to §36-18-7, *Code of Alabama 1975*.

☐ Other: _____

### RIGHTS YOU HAVE AND THE WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You do not have to answer any questions. If you do answer questions knowing that you have a right to silence, you will have waived your right to remain silent.

You have the right to enter, or stand on if previously entered, a plea of "Not Guilty" or "Not Guilty by Reason of Mental Disease or Defect," or "Not Guilty and Not Guilty by Reason of Mental Disease or Defect" and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the court, and you would have the right to take the witness stand and to testify, but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross examined by the State just as any other witness is subjected to cross examination. If you elect not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty.

If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the court.

**IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL. YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY. THE STATE WILL HAVE NOTHING TO PROVE AND YOU WILL STAND GUILTY ON YOUR GUILTY PLEA. YOU WILL, HOWEVER, HAVE THE RIGHT TO APPEAL.**

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

May 21, 2007
Date

*Thomas E. Head, III*
Judge

### ATTORNEY'S CERTIFICATE

I certify that the above was read to the defendant by me; that I explained the penalty or penalties to the defendant, that I discussed in detail the defendant's rights and the consequences of pleading guilty; and that, in my judgment, the defendant understands the same and that he/she is knowingly, voluntarily, and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the court that I have in no way forced or induced the defendant to plead guilty and, to my knowledge, no one else has done so.

May 21, 2007
Date

_____
Attorney

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case, and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines, or alcoholic beverages; and I have not been threatened or abused or offered any inducement, reward, or hope or reward to plead guilty other than the terms of the plea agreement, which will be stated on the record.

I further state to the court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently, and voluntarily waive my right to a trial in this case. I further state to the court that I am satisfied with my attorney's services and his/her handling of my case.

May 21, 2007
Date

X *Cyrus Pinson*
Defendant

# W A R R A N T

STATE OF ALABAMA          COFFEE COUNTY                     DISTRICT   COURT

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 000397.00
                                        OTHER CASE NBR:              .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   CYRUS PIERSON   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF COFFEE COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
              PROMOT PRISON CONTRA   CLASS: B  TYPE: M  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 08 DAY OF JUNE, 2007.

BOND SET AT: (1)        $500.00  BOND TYPE:
             (2) _____
             (3) _____


_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

-------------------------------------------------------------------------
CHARGES: PROMOT PRISON CONTRA  13A-010-038        M  MISDEMEANOR
-------------------------------------------------------------------------

NAME: CYRUS PIERSON                  ALIAS:
ADDRESS: 707 W ADAMS                 ALIAS:
ADDRESS:
CITY: ENTERPRISE          STATE: AL      ZIP: 36330 0000
                                         PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 09/16/1986   RACE: B     SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'10"   WEIGHT: 160
SID: 000000000  SSN: 422230259  DL NUM:
-------------------------------------------------------------------------

# E X E C U T I O N

        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

        ( )   PLACING DEFENDANT IN THE COFFEE COUNTY JAIL

        ( )   RELEASING DEFENDANT ON APPEARANCE BOND


_____

_____

THIS _____ DAY OF _____ _____

                        SHERIFF _____

                        BY _____
-------------------------------------------------------------------------

COMPLAINANT:   CPT. RICHARD MOSS
               C/O CCSO

               NEW BROCKTON  AL   36351

OPERATOR: DEC      DATE: 06/08/2007
-------------------------------------------------------------------------

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF COFFEE COUNTY * * *

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 000397.00
                                        OTHER CASE NBR:                .

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
COFFEE COUNTY, ALABAMA, PERSONALLY APPEARED  CPT. RICHARD MOSS
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    CYRUS PIERSON              DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT JUNE 6, 2007, BEING A PERSON CONFINED IN A
DETENTION FACILITY, TO-WIT: COFFEE COUNTY JAIL, HE INTENTIONALLY
AND UNLAWFULLY MAKES, OBTAINS OR POSSESSES ANY CONTRABAND, TO-WIT: TOBACCO
IN VIOLATION OF 13A-010-038              OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                          _Cpt. R.BL_____
                          COMPLAINANT'S SIGNATURE


SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 08 DAY OF JUNE, 2007.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: PROMOT PRISON CONTRA  13A-010-038        M  MISDEMEANOR
--------------------------------------------------------------------

WITNESS FOR THE STATE

CPT. RICHARD MOSS/C/O CCSO/NEW BROCKTON/36351

MIKE MITCHELL/C/O CCJ/NEW BROCKTON/36351
JEFF SHELTON/C/O CCSO/NEW BROCKTON/36351
AUSTIN REDMON/C/O CCSO/NEW BROCKTON/36351
NEAL BRADLEY/C/O CCSO/NEW BROCKTON/36351

OPERATOR: DEC    DATE: 06/08/2007

```
---------------------------------------------------------------------
                        W A R R A N T
STATE OF ALABAMA          COFFEE COUNTY              DISTRICT   COURT
AGENCY NUMBER:                    WARRANT NUMBER: WR 2007 000395.00
                                  OTHER CASE NBR:
TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:
YOU ARE HEREBY COMMANDED TO ARREST  CYRUS PIERSON   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF COFFEE COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
            PROMOT PRISON CONTRA  CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.
YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.
DATED THIS 08 DAY OF JUNE, 2007.
BOND SET AT: (1)     $1,500.00  BOND TYPE:
             (2)
             (3)

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT
---------------------------------------------------------------------
| CHARGES: PROMOT PRISON CONTRA 13A-010-037        F  FELONY        |
---------------------------------------------------------------------
| NAME: CYRUS PIERSON              ALIAS:                           |
| ADDRESS: 707 W ADAMS             ALIAS:                           |
| ADDRESS:                                                          |
| CITY: ENTERPRISE       STATE: AL    ZIP: 36330 0000               |
|                                     PHONE: 000 000 0000 EXT: 000  |
|                                                                   |
| EMPLOYMENT:                                                       |
| DOB: 09/16/1986   RACE: B    SEX: M   HAIR: BLK                   |
| EYE: BRO  HEIGHT: 5'10"  WEIGHT: 160                              |
| SID: 000000000  SSN: 422230259  DL NUM:                          |
---------------------------------------------------------------------
                     E X E C U T I O N
        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
        (  )  PLACING DEFENDANT IN THE COFFEE COUNTY JAIL
        (  )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS _____ DAY OF _____ _____

                        SHERIFF

                        BY
---------------------------------------------------------------------
| COMPLAINANT:  CPT. RICHARD MOSS                                  |
|               C/O CCSO                                           |
|               ENTERPRISE  AL  36330                              |
|                                                                  |
| OPERATOR: DEC      DATE: 06/08/2007                              |
---------------------------------------------------------------------
```

ALABAMA JUDICIAL INFORMATION SYSTEM

\* \* \* IN THE DISTRICT COURT OF COFFEE COUNTY \* \* \*

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 000395.00
                                        OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
COFFEE COUNTY, ALABAMA, PERSONALLY APPEARED   CPT. RICHARD MOSS
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    CYRUS PIERSON              DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT JUNE 6, 2007, BEING A PERSON CONFINED IN A
DETENTION FACILITY, TO-WIT: COFFEE COUNTY JAIL, HE INTENTIONALLY
AND UNLAWFULLY MAKES, OBTAINS OR POSSESSES ANY NARCOTIC, DANGEROUS DRUG, OR
CONTROLLED SUBSTANCE, TO-WIT: MARIJUANA,
IN VIOLATION OF 13A-010-037                     OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.


                                   _____
                                   COMPLAINANT'S SIGNATURE


SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 08 DAY OF JUNE, 2007.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: PROMOT PRISON CONTRA  13A-010-037            F  FELONY

WITNESS FOR THE STATE

CPT. RICHARD MOSS/C/O CCSO/ENTERPRISE/36330

MICHAEL BRYAN/C/O CCJ/ENTERPRISE/36330
STANLEY ROBERTS/C/O CCJ/ENTERPRISE/36330
MIKE MITCHELL/C/O CCJ/ENTERPRISE/36330


OPERATOR: DEC    DATE: 06/08/2007

```
                        W A R R A N T
  STATE OF ALABAMA          COFFEE COUNTY              DISTRICT  COURT
  AGENCY NUMBER:                      WARRANT NUMBER: WR 2007 000395.00
                                      OTHER CASE NBR:

  TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA.

  YOU ARE HEREBY COMMANDED TO ARREST    CYRUS PIERSON   AND BRING
  HIM/HER BEFORE THE DISTRICT  COURT OF COFFEE COUNTY TO ANSWER THE STATE
  ON A CHARGE(S) OF:
            PROMOT PRISON CONTRA   CLASS: C  TYPE: F  COUNTS: 001
  AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

  YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
  _____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

  DATED THIS 08 DAY OF JUNE, 2007.

  BOND SET AT: (1)   .  $1,500.00  BOND TYPE:
               (2)
               (3)


  JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT
```

CHARGES: PROMOT PRISON CONTRA  13A-010-037        F  FELONY

```
  NAME: CYRUS PIERSON             ALIAS:
  ADDRESS: 707 W ADAMS            ALIAS:
  ADDRESS:
  CITY: ENTERPRISE      STATE: AL    ZIP: 36330 0000
                                     PHONE: 000 000 0000 EXT: 000

  EMPLOYMENT:
  DOB: 09/16/1986   RACE: B   SEX: M   HAIR: BLK
  EYE: BRO  HEIGHT: 5'10"   WEIGHT: 160
  SID: 000000000  SSN: 422230259  DL NUM:
```

                        E X E C U T I O N
        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
        ( X )  PLACING DEFENDANT IN THE COFFEE COUNTY JAIL
        (   )  RELEASING DEFENDANT ON APPEARANCE BOND


  THIS  19th    DAY OF  June              2007

                          SHERIFF
                          BY  Dale E Grimm

  COMPLAINANT:  CPT. RICHARD MOSS
                C/O CCSO
                ENTERPRISE  AL  36330

  OPERATOR: DEC      DATE: 06/08/2007

```
         ALABAMA JUDICIAL INFORMATION SYSTEM
    * * * IN THE DISTRICT COURT OF COFFEE COUNTY * * *
AGENCY NUMBER:                    WARRANT NUMBER: WR 2007 000395.00
                                  OTHER CASE NBR:
              C O M P L A I N T
BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
COFFEE COUNTY, ALABAMA, PERSONALLY APPEARED  CPT. RICHARD MOSS
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   CYRUS PIERSON            DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT JUNE 6, 2007, BEING A PERSON CONFINED IN A
DETENTION FACILITY, TO-WIT: COFFEE COUNTY JAIL, HE INTENTIONALLY
AND UNLAWFULLY MAKES, OBTAINS OR POSSESSES ANY NARCOTIC, DANGEROUS DRUG, OR
CONTROLLED SUBSTANCE, TO-WIT: MARIJUANA,
IN VIOLATION OF 13A-010-037                OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.
```

COMPLAINANT'S SIGNATURE

©COPY

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 08 DAY OF JUNE, 2007.

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: PROMOT  PRISON CONTRA   13A-010-037            F  FELONY

WITNESS FOR THE STATE

CPT. RICHARD MOSS/C/O CCSO/ENTERPRISE/36330

MICHAEL BRYAN/C/O CCJ/ENTERPRISE/36330
STANLEY ROBERTS/C/O CCJ/ENTERPRISE/36330
MIKE MITCHELL/C/O CCJ/ENTERPRISE/36330

OPERATOR: DEC    DATE: 06/08/2007

ACR359

ALABAMA JUDICIAL DATA CENTER
COFFEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2006 000023.00 01
ROBERT W BARR

---

CIRCUIT COURT OF COFFEE COUNTY                         COURT ORI: 019025 J

STATE OF ALABAMA       VS.                 DC NO: GJ 2005 000293.00
PIERSON CYRUS D              ALIAS:        G J:    05-293
707 WEST ADAMS              ALIAS:         SSN:    422230259
ENTERPRISE  AL   36330                     SID:    000000000
                                           AIS:    000000

---

DOB:  09/16/1986  SEX: M  HT: 5 09   WT: 160  HAIR: BLK   EYE: BRO
RACE:  ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____

---

DATE OFFENSE: 02/18/2005  ARREST DATE: 01/03/2006  ARREST ORI: 0190200

---

CHARGES @ CONV    CITES          CT CL COURT ACTION           CA DATE
THEFT OF PROP 3RD  13A-008-005   01 A  GUILTY PLEA            05/21/2007
                                 00                           00/00/0000
                                 00                           00/00/0000

---

JUDGE: ROBERT W BARR                  PROSECUTOR: JARRELL LARRY C

---

PROBATION APPLIED    GRANTED  DATE      REARRESTED DATE  REVOKED  DATE
( )Y(X)N            ( )Y( )N _____   ( )Y( )N _____  ( )Y( )N _____

15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:    01 00 000  00 00 000  01 00 000  00 00 180
            PROBATION  :    00 00 000             00 00 000
DATE SENTENCED: 05/21/2007   SENTENCE BEGINS: 05/21/2007

---

PROVISIONS                COSTS/RESTITUTION        DUE        ORDERED

CONCURR SENT              RESTITUTION             $0.00        $0.00
JAIL                     ATTORNEY FEE            $0.00        $0.00
                         CRIME VICTIMS          $50.00       $50.00
                         COST                  $236.00      $236.00
                         FINE                    $0.00        $0.00
                         MUNICIPAL FEES          $0.00        $0.00
                         DRUG FEES               $0.00        $0.00
                         ADDTL DEFENDANT         $0.00        $0.00
                         DA FEES                 $0.00        $0.00
                         COLLECTION ACCT         $0.00        $0.00
                         JAIL FEES               $0.00        $0.00

                         TOTAL                 $286.00      $286.00

---

APPEAL DATE        SUSPENDED        AFFIRMED           REARREST

( )Y( )N _____   ( )Y( )N _____  ( )Y( )N _____      ( )Y( )N _____

---

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS
                                  AND IS TRUE AND CORRECT.

                                  COPY

                                  JAMES M COUNTS

                                  06/19/2007

---

OPERATOR: JEL
PREPARED: 06/19/2007

IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA
ENTERPRISE DIVISION

STATE OF ALABAMA,                        *

    PLAINTIFF,                            *

VS.                                      *        CASE NO. CC-2006-23

CYRUS D. PIERSON,                        *

    DEFENDANT.                            *

## GUILTY PLEA AND SENTENCING ORDER

Defendant, Cyrus D. Pierson, appeared before the Court and was represented by Hon. Steven E. Blair, Attorney at Law. The State was represented by Hon. Larry C. Jarrell, Assistant District Attorney for the Twelfth Judicial Circuit, State of Alabama.

On motion of the District Attorney, with Defendant's concurrence, the indictment is amended to charge Theft of Property, Third Degree, a misdemeanor. Upon arraignment, the Defendant entered a plea of GUILTY to Theft of Property, Third Degree, in violation of Section 13A-8-5 of the Code of Alabama, 1975.

The Court conducted a colloquy and is satisfied that Defendant understands the nature of and elements required to constitute the crime charged against him and the range of penalty for said offense. The Court is further satisfied that Defendant knowingly, intelligently, and voluntarily waives his right to trial, by judge or jury, his right to confrontation, his right to the attendance of defense witnesses through compulsory process, and his right against compulsory self-incrimination. The Defendant's plea is accepted by the Court and Defendant is pronounced and declared GUILTY of Theft of Property, Third Degree, as charged by the amended indictment.

Defendant was then: (1) Afforded an opportunity to make a statement in his own behalf before sentencing and was further asked if he had anything to say as to why the sentence of the law should not be imposed; and (2) Given an opportunity to present evidence as to any matter probative in the issue of sentence and/or facts in mitigation of any penalty that is to be imposed.

The State was then afforded an opportunity to present evidence as to any matter probative to the issue of sentence and/or facts in aggravation or mitigation of any penalty that is to be imposed. The State made certain sentencing recommendations as per the parties' agreed upon settlement.

After considering the settlement agreement offered, arguments of the parties, and any evidence presented, it is;

HEREBY ORDERED that for Defendant's aforesaid conviction, he is hereby sentenced, on recommendation of the District Attorney, made pursuant to plea agreement, to serve one year imprisonment in the Coffee County Jail, concurrently with Case No. CC-2006-399, and to pay to the Clerk of Court costs, $25.00 to be distributed to the Alabama Crime Victim Compensation Commission, and full reimbursement of indigent attorney fees. The payment of all taxed sums is specifically made a condition of Defendant's probation, parole and/or other release from penitentiary confinement. Defendant is given credit for all time served while awaiting trial and/or disposition in this case. The Court was advised that Defendant has accumulated 180 days jail credit. NOTE: The District Attorney advising the amount of restitution has not been determined, the Court reserves jurisdiction of this issue.

Defendant reserved no issue(s) for appeal.

DONE THIS THE 21st day of May, 2007.

_____
CIRCUIT JUDGE

CC: DA
S. Blair
jail
P+P



| State of Alabama<br>Unified Judicial System | **EXPLANATION OF RIGHTS AND PLEA OF GUILTY** | Case Number |
|---|---|---|
| Form CR-51(front)    Rev. 7/96 | (Non-Habitual Offender — Felony and Misdemeanor<br>Circuit or District Court) | |

IN THE _____ COURT OF _____, ALABAMA
                   (Circuit or District)                                    (Name of County)

STATE OF ALABAMA v. _____*Cyrus Pleasn*_____
                                    **Defendant**

**TO THE ABOVE-NAMED DEFENDANT:** The Court, having been informed that you wish to enter a plea of guilty in this case, hereby informs you of your rights as a criminal defendant.

**PENALTIES APPLICABLE TO YOUR CASE**

You are charged with the crime of ___*Burg 3rd*___, which is a Class ___*C*___ ☑ Felony ☐ Misdemeanor. The Court has been informed that you desire to enter a plea of guilty to ☐ this offense or ☑ to the crime of ___*RSP 3rd*___ which is a ☐ felony ☐ misdemeanor. The sentencing range for the above crime(s) is set out below:

| **MISDEMEANOR** | | **FELONY** | |
|---|---|---|---|
| **Class A** | Up to one (1) year imprisonment in the county jail, or a fine up to $2,000, or both. | **Class A** | Not less than ten (10) years and not more than life or ninety-nine (99) years imprisonment in the state penitentiary, and may include a fine not to exceed $20,000. |
| **Class B** | Up to six (6) months imprisonment in the county jail, or a fine up to $1,000, or both. | **Class B** | Not less than two (2) years and not more than twenty (20) year imprisonment in the state penitentiary, and may include a fine not to exceed $10,000. |
| **Class C** | Up to three (3) months imprisonment in the county jail, or a fine not to exceed $500, or both. | **Class C** | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, and may include a fine not to exceed $5,000. |

**Crime Victims Assessment:** You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony and not less than $25 and not more than $1,000 for each misdemeanor for which you are convicted.

This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** §13A-5-6, *Code of Alabama* 1975, provides for the enhancement of a punishment where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a **Class A Felony**, a term of imprisonment of not less than **20 years**; For the commission of a **Class B Felony**, a term of imprisonment of not less than **10 years**; For the commission of a **Class C Felony**, a term of imprisonment of not less than **10 years.**

☐ **Enhanced Punishment For Drug Sale Near School:** §13A-12-250 *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years' imprisonment for each violation.

☐ **Enhanced Punishment For Sales Of Controlled Substance To One Under 18:** §13A-12-215, *Code of Alabama* 1975, provides that anyone convicted of selling, furnishing or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.

☐ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281 provides that, if you are convicted of a violation of §13A-12-202, 13A-12-203, 13A-12-204, 13A-12-211, 13A-12-212, 13A-12-213, 13A-12-215 or 13A-12-231, *Code of Alabama* 1975, you shall be assessed an additional fee of $1,000 if you are a first-time offender or $2,000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to §13A-12-214 (unlawful possession of marijuana in the second degree), §32-5A-191(a)(3) or §32-5A-191(a)(4)(DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ **Alcohol/Drug Related Offenses:** If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or treatment and to pay for the evaluation and any program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath, tests and to pay a fee for this service. You may request a waiver of part or all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the court in lieu of the monetary payment of fees by an indigent.

| Form CR-51 (back)    Rev. 7/96 | EXPLANATION OF RIGHTS AND PLEA OF GUILTY |
|---|---|
| | (Non-Habitual Offender—Felony and Misdemeanor – Circuit or District Court) |

☐ **DNA Samples for Criminal Offenses in §36-18-24:** Beginning May 6, 1994, §36-18-25(e), *Code of Alabama* 1975, provides that, as of May 6, 1994, all persons convicted of any of the offenses set out in §36-18-24, shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ **DUI Offenses:** Beginning October 1, 1993, if you are convicted of a DUI offense pursuant to §32-5A-191, *Code of Alabama* 1975, an additional fine of $100.00 will be assessed pursuant to §32-5A-191.1, *Code of Alabama* 1975,

☐ **Drug Possession:** Beginning October 1, 1995, if you are convicted in any court of this state for drug possession, drug sale, drug trafficking, or drug paraphernalia offenses as defined in §§13A-12-211 to 13A-12-260, inclusive, *Code of Alabama* 1975, an additional fee of $100.00 will be assessed pursuant to §36-18-7, *Code of Alabama* 1975.

☐ **Other:** _____

### RIGHTS YOU HAVE AND THE WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You do not have to answer any questions. If you do answer questions knowing that you have a right to silence, you will have waived your right to remain silent.

You have the right to enter, or stand on if previously entered, a plea of "Not Guilty" or "Not Guilty by Reason of Mental Disease or Defect," or "Not Guilty and Not Guilty by Reason of Mental Disease or Defect" and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the court, and you would have the right to take the witness stand and to testify, but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross examined by the State just as any other witness is subjected to cross examination. If you elect not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty.

If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the court.

**IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL. YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY. THE STATE WILL HAVE NOTHING TO PROVE AND YOU WILL STAND GUILTY ON YOUR GUILTY PLEA. YOU WILL, HOWEVER, HAVE THE RIGHT TO APPEAL.**

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

May 21, 2007
_____
Date

Thomas E. Head, III
_____
Judge

### ATTORNEY'S CERTIFICATE

I certify that the above was read to the defendant by me; that I explained the penalty or penalties to the defendant, that I discussed in detail the defendant's rights and the consequences of pleading guilty; and that, in my judgment, the defendant understands the same and that he/she is knowingly, voluntarily, and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the court that I have in no way forced or induced the defendant to plead guilty and, to my knowledge, no one else has done so.

May 21, 2007
_____
Date

_____
Attorney

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case, and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines, or alcoholic beverages; and I have not been threatened or abused or offered any inducement, reward, or hope or reward to plead guilty other than the terms of the plea agreement which will be stated on the record.

I further state to the court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently, and voluntarily waive my right to a trial in this case. I further state to the court that I am satisfied with my attorney's services and his/her handling of my case.

May 21, 2007
_____
Date

X Cyrus Pierson
_____
Defendant

ALABAMA JUDICIAL DATA CENTER
COFFEE COUNTY
BONDSMAN'S PROCESS

PAGE 1

CC 2006 000023 00
BUR3

JID: ROBERT W BARR

CIRCUIT COURT OF COFFEE COUNTY

STATE OF ALABAMA    VS PIERSON CYRUS D
707 WEST ADAMS

ENTERPRISE, AL    36330 0000

A-ADVANTAGE BONDING
GOLDEN, MATTIE J.



WHEREAS, THE SURETIES ON THE BAIL IN THE ABOVE-STYLED CASE HAVE
EXPRESSED THEIR WISH TO SURRENDER THE DEFENDANT TO THE CUSTODY OF THE
SHERIFF OR JAILER AND,

WHEREAS, THE CLERK OF COURT HAS CHECKED THE RECORDS AND HAS FOUND
THAT THE ABOVE-STYLED CASE IS STILL PENDING; AND THAT THE DEFENDANT
OR HIS OR HER SURETIES HAVE NOT BEEN DISCHARGED OF THEIR OBLIGATIONS;
OR THAT THE RECORDS IN THE ABOVE-STYLED CASE REFLECT THAT THE DEFENDANT
HAS FAILED TO APPEAR ON THE OBLIGATION OF BAIL AS REQUIRED AND A
WARRANT HAS BEEN ISSUED FOR THE ARREST OF THE DEFENDANT.

NOW, THEREFORE, THIS PROCESS IS ISSUED, AS REQUIRED BY LAW, GIVING THE
RIGHT TO THE SURETIES (BONDSMEN) TO ARREST THE DEFENDANT AT ANY PLACE
WITHIN THE STATE OF ALABAMA, OR ALLOWING THE SURETIES TO AUTHORIZE
ANOTHER PERSON TO ARREST THE DEFENDANT BY AN ENDORSEMENT IN WRITING ON
THIS DOCUMENT BELOW OR ON AN ATTACHMENT TO THIS DOCUMENT.  THE SURETY
OR BONDSMAN SHALL FORTHWITH, AFTER THE ARREST, TAKE THE DEFENDANT TO
THE JAIL, AS CUSTODIAN THEREOF.

ISSUED THIS 27 DAY OF        MARCH , 2007.

JAMES M COUNTS
CLERK OF COURT

BONDSMAN RETURN

ON THIS _____ DAY OF _____ , _____ , AT
10:25pm (TIME), I _____
(BONDSMAN/AGENT FOR _____
SURRENDERED THE DEFENDANT TO THE _____ SURETY)
JAIL.

_____
SIGNATURE OF BONDSMAN/SURETY

THIS PROCESS MUST BE RETURNED TO THE CLERK OF COURT WITHIN FIVE (5)
DAYS AFTER EXECUTED.

PERATOR: AMR
REPARED: 03/27/2007

ALABAMA JUDICIAL DATA CENTER
COFFEE COUNTY
PAGE 2
Case 1:07-cv-00451-WKW-WC BONDSMAN Document 8-26 Filed 07/19/2007 CC Page 244 of 254 00
BUR3
JID: ROBERT W BARR

## NOTICE TO BONDSMAN OR BONDSMAN'S DESIGNEE

(1) WHEN NOTIFIED BY THE CLERK OF COURT TO RETURN THIS PROCESS, YOU MUST RETURN IT WITHIN FIVE (5) DAYS OF RECEIVING IT.

(2) EXECUTION OF THIS PROCESS AFTER THE DEFENDANT HAS BEEN DISCHARGED IS AN ILLEGAL ARREST.

## NOTICE TO THE JAILER

UPON RECEIPT OF THE BONDSMAN'S PROCESS, YOU MUST RETURN THIS PROCESS TO THE CLERK OF COURT.



CHARGE: BURGLARY 3RD DEGREE          BOND AMOUNT:          $5,000.00

## IDENTIFICATION OF ACCUSED PERSON

NAME OF ACCUSED PERSON: PIERSON CYRUS D          PHONE NUMBER:

SSN: 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 DOB: 09161986     AGE: 020     RACE: B SEX: M HT: 509

WT: 160 HR: BLK EY: BRO OTHER:

ADDR:                              EMPLOYER/ADDR/PHONE:

## WITNESSES

OPERATOR: AMR
PREPARED: 03/27/2007

**COFFEE COUNTY JAIL**
**Ben Moates, Sheriff**
**Zack Ennis,**
**Administrator**

Inmate: Cyrus Pierson
Date: 2 19 06

*Visitor # 1*

Name: Glas Wanda Pierson   *Address:*
707 W ADAMS
Phone #: N/A          ST E'prise AL
Relationship to Inmate: mother

*Visitor # 2*

Name: Jarvis Pierson   *Address:*
Same
Phone #: N/A
Relationship to Inmate: brother

*Visitor # 3*

Name:_____   *Address:*
Phone #:_____
Relationship to Inmate:_____

*Visitor # 4*

Name:_____   *Address:*
Phone #:_____
Relationship to Inmate:_____

*Visitor # 5*

Name:_____   *Address:*
Phone #:_____
Relationship to
Inmate:_____        CO on Duty M. B

## Visitor Registration

Date: 3/19/06

Visitor # 1

Name: VANDA Pierson          Address:
                                        707 W. ADAms
                                            ST.
Phone #:_____

Relationship to Inmate: mother

Visitor # 2

Name:_____    Address:


Phone #:_____

Relationship to Inmate:_____

Visitor # 3

Name:_____    Address:


Phone #:_____

Relationship to Inmate:_____

Visitor # 4

Name:_____    Address:


Phone #:_____

Relationship to Inmate:_____

Visitor # 5

Name:_____    Address:


Phone #:_____

Relationship to
Inmate:_____          CO on Duty M. By

## Visitor Registration

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis,
Administrator

Inmate: CYRUS PIERSON
Date: 8/07/05

Visitor # 1
Name: SHANDA PIERSON
Phone #: 393-8089
Relationship to Inmate: SON
Address: 707 W. ADAMS
EnPRISE AL

Visitor # 2
Name: JARVIS PIERSON
Phone #: 393-8089
Relationship to Inmate: brother
Address: 707 W. ADAMS
EnPRISE AL

Visitor # 3
Name: _____
Phone #: _____
Relationship to Inmate: _____
Address: _____

Visitor # 4
Name: _____
Phone #: _____
Relationship to Inmate: _____
Address: _____

Visitor # 5
Name: _____
Phone #: _____
Relationship to Inmate: _____
Address: _____

*Visitor Registration*

CO on Duty M. Tolbert

# Steve Blair COPY

**Attorney at Law**

127 East College Avenue
Enterprise AL 36330

E-mail: sblair506@hotmail.com

Phone: 334-308-5375
FAX:    334-308-2055

Reply to:
P. O. Box 310843
Enterprise AL 36331-0843

*May 16, 2007 @ 0900*
*Per Judge Barr*

April 18, 2007

Cyrus Pierson
c/o Coffee County Jail
New Brockton AL 36351

Dear Cyrus,

*Split 1 yr to serve*

Judge Barr **has ordered** that you appear before the court on April 25, 2007 at 9:00 a.m. to dispose of your case.   If necessary, you may present this letter to the jail administrator so that you will timely appear before the Judge.

Steve Blair

*Rescheduled  5-24-07 @ 0900AM*

*1 yr — Cr 185 180 days*

*6 months → Served @ Coffee*

| | | Case Number |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br><br>Form C-54.    Rev. 8/97 | **APPLICATION FOR YOUTHFUL OFFENDER STATUS**<br>**AND ORDER OF INVESTIGATION** | CC-2006-399 |

IN THE __Circuit__ _____ **COURT OF** __Coffee__ _____, **ALABAMA**
(County)

**STATE OF ALABAMA v.** __Cyrus Desmond Pierson__ _____ **DEFENDANT**

Comes now the defendant in the above-styled cause and makes application for youthful offender treatment.

1.  I am ___20___ years of age. Date of Birth: ~~April 16,~~ Sept. 16, 1986

2.  I am represented by my attorney and he has discussed my case with me. I have had enough time to talk with my attorney about the facts of my case and he/she has explained my constitutional rights to me (see reverse side). I am satisfied with the services of my attorney and I have no complaints as to the way he/she has handled my case.

3.  I understand that I am eligible to apply for treatment as a youthful offender. I understand that if I waive my right to a trial by jury and consent to be tried by the court without a jury and treated as a youthful offender, the court will cause me to be investigated and examined by the court and the court, in its discretion, may direct that I be arraigned and tried as a youthful offender.

4.  I understand that if I am adjudged by the court to be a youthful offender, the court, in its sole discretion, may do any of the following:
    a.  Suspend the imposition or execution of sentence with or without probation; or
    b.  Place me on probation not to exceed three (3) years, prescribing such terms of probation as the court, in its sole discretion, may deem proper; or
    c.  Impose a fine as provided by law with or without probation or commitment; or
    d.  Commit me to the custody of the Board of Corrections for a term of three (3) years or for a lesser term or where a sentence or fine is not otherwise authorized by law, in lieu of or in addition to any such fine, the court may also impose a fine not to exceed $1,000.
    e.  If the underlying charge is a misdemeanor, I may be given correctional treatment as provided by law for such misdemeanor.

5.  I certify that I have not been threatened or abused or offered any inducement or reward to get me to make this application. I further understand that the punishment I receive is in the sole discretion of the court, although the court may in its discretion accept recommendations of punishment from the District Attorney.

6.  With a full understanding of the foregoing, I hereby waive my right to a trial by jury and consent to be examined by the court, or such agency as the court may direct, and I further consent to be tried by the court, without a jury, should the court direct that I be treated as a youthful offender.

__11-28-06__ _____    _Cyrus Pierson_ _____
Date                                         Defendant

Comes the attorney for the above named defendant and certifies that on this date, the above information was read by the defendant in my presence, or was read to him/her by me, that I discussed these matters with the defendant in detail, and that I concur in this petition.

__11-28-06__ _____    _Shannon R Chee_ _____
Date                                         Attorney
                                             Attorney Code __CLA070__

---

**ORDER**

It is ORDERED that the Parole and Probation Office in this County make an investigation of the defendant in accordance with the Code of Alabama 1975.

It is further ORDERED that a hearing is set on said Petition on (date) _January 16, 2007_ _____ at
(time) __9:00 A.M.__ _____

__12-5-06__ _____    _Thomas E. Head_, _____
Date                                         Judge

CC: DA
    SC
    P.O.

IN THE DISTRICT COURT FOR
COFFEE COUNTY, ALABAMA
ENTERPRISE DIVISION

STATE OF ALABAMA,                    *
                                     *
    Plaintiff,                       *
                                     *
vs.                                  *        CASE NO.    DC 2005-1307
                                     *          and      DC 2006-1109
CYRUS DESMOND PIERSON,               *
                                     *
    Defendant.                       *

## **ORDER**

    The Defendant this day appeared with appointed counsel, Hon. Shannon Clark, and

waived preliminary hearings. Cases are hereby forwarded to the action of the Grand Jury.

    Upon oral motion duly considered, the $5,000.00 cash requirement in case number

DC 2006-1109, is withdrawn. The Defendant's bail is set at $10,000.00 cash or secured

bond in case number DC 2006-1109.

    Notice shall issue to State and Hon. Shannon Clark.

    DONE THIS THE 16th day of October, 2006.

CC:DA
3C.

                          B. PAUL SHERLING
                          DISTRICT JUDGE

FORWARDED TO CLERK

OCT 1 7 2006

DISTRICT COURT JUDGE



COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis,
Administrator

Inmate: CYRUS PIERSON
Date: 7-16-05

### Visitor # 1

Name: WANDA PIERSON      Address: 707 W. ADAMS

Phone #: 393-8089
Relationship to Inmate: mother

### Visitor # 2

Name: DENNIS PIERSON      Address: 707 W. ADAMS

Phone #: 393-8089
Relationship to Inmate: Brother

### Visitor # 3

Name: _____      Address: _____

Phone #: _____
Relationship to Inmate: _____

### Visitor # 4

Name: _____      Address: _____

Phone #: _____
Relationship to Inmate: _____

### Visitor # 5

Name: _____      Address: _____

Phone #: _____
Relationship to Inmate: _____

*Visitor Registration*                CO on Duty _Ronnie Dan Ruth_

COFFEE COUNTY JAIL
Ben Moates, Sheriff
Zack Ennis,
Administrator

Inmate: CYRUS PIERSON
Date: 02-06-05

### Visitor # 1

Name: WANDA PIERSON    Address: 707 W ADAMS
                                 ENTERPRISE AL
Phone #: 348-9183               36330
Relationship to Inmate: MOther

### Visitor # 2

Name:_____    Address:_____

Phone #:_____

Relationship to Inmate:_____

### Visitor # 3

Name:_____    Address:_____

Phone #:_____

Relationship to Inmate:_____

### Visitor # 4

Name:_____    Address:_____

Phone #:_____

Relationship to Inmate:_____

### Visitor # 5

Name:_____    Address:_____

Phone #:_____

Relationship to Inmate:_____

*Visitor Registration*    CO on Duty M. Tolbert

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE

PRIVACY ACT OF 1974 (PL 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | AL0190000 |
|---|---|---|---|
| SUBMISSION YES ☐ | MM DD YY 1-9-05 | CONTRIBUTOR | SO |
| TREAT AS ADULT YES ☐ | | ADDRESS | NEW BROCKTON, AL |
| | | REPLY YES ☐ DESIRED? | |

| SEND COPY TO (ENTER ORI) | DATE OF OFFENSE MM DD YY 1-9-05 | PLACE OF BIRTH (STATE OR COUNTRY) Alabama | COUNTRY OF CITIZENSHIP U.S. |
|---|---|---|---|

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |
|---|---|---|---|

| | RESIDENCE/COMPLETE ADDRESS 707 West Adams St. | CITY Enterprise | STATE AL |
|---|---|---|---|
| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE? YES ✓ | |
| | | PALM PRINTS TAKEN? YES ✓ | |

| EMPLOYER  IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. Theft of property III | 1. |
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |

| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |
|---|---|

FD-249 (REV. 5-11-99)   ☆ U.S. GOVERNMENT PRINTING OFFICE: 2003-496-233/80013

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | LEAVE BLANK |
|---|---|---|---|

STATE USAGE

NFF SECOND

| SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR |
|---|---|---|---|

STATE USAGE

SIGNATURE OF PERSON FINGERPRINTED
X *Cyrus Pierson*

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX
*Pierson Cyrus D.*

SOCIAL SECURITY NO.
*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*

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 9-16-86 | M | B | 509 | 165 | BRO | BLK |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY